Steven S. Baik (SBN 184622)
sbaik@sidley.com
Ryuk Park (SBN 298744)
ryuk.park@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road
Building 1
Palo Alto, CA 94304
Telephone: +1 650 565 7074
Facsimile: +1 650 565 7100

Rollin A. Ransom (SBN 196126)
rransom@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6047
Facsimile: +1 213 896 6600

Ketan V. Patel (*pro hac vice* pending)
ketan.patel@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: +1 212 839 5300
Facsimile: +1 650 839 5599

*Attorneys for Plaintiffs PUBG Corporation and
PUBG Santa Monica, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBG Corporation and<br>PUBG Santa Monica, Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>NetEase, Inc., NetEase Information Technology Corporation and NetEase (Hong Kong) Limited,<br><br>Defendants. | Case No.  4:18-cv-02010<br><br>**PLAINTIFFS' FIRST AMENDED COMPLAINT FOR:**<br><br>**1) COPYRIGHT INFRINGEMENT UNDER 17 U.S.C. § 101 *et seq.*;**<br><br>**2) TRADE DRESS INFRINGEMENT UNDER 15 U.S.C. § 1125(a);**<br><br>**3) UNFAIR COMPETITION UNDER CAL. BUS. & PROF. CODE § 17200 *et seq.* AND CAL. COMMON LAW**<br><br>**4) UNFAIR COMPETITION UNDER CAL. COMMON LAW**<br><br>**DEMAND FOR JURY TRIAL** |

1  Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc. (collectively, "PUBG"), by and

2  through their attorneys, for their First Amended Complaint against Defendants NetEase, Inc.,

3  NetEase Technology Corporation and NetEase (Hong Kong) Limited (collectively, "NetEase" or

4  "Defendants") state as follows:

5  **INTRODUCTION**

6  1.      This is an action for copyright infringement under the United States Copyright Act of

7  1976, 17 U.S.C. § 101 *et seq.* ("Copyright Act"); trade dress infringement under the United States

8  Trademark Act of 1946, 15 U.S.C. 1051 *et seq.* ("Lanham Trademark Act"); and unfair business

9  competition under California State Law, Cal. Bus. & Prof. Code § 17200 *et seq.* ("California Unfair

10  Competition Law") and California common law.

11  **PARTIES**

12  2.      Plaintiff PUBG Corporation ("PUBG") is a corporatioffn organized and existing

13  under the laws of the Republic of Korea, having its principal place of business located at 7F, 8F, 12,

14  Seocho-daero 38-gil, Seocho-gu, Seoul, Republic of Korea.

15  3.      Plaintiff PUBG Santa Monica, Inc. ("PUBG America") is a corporation organized

16  and existing under the laws of the State of Delaware, having its principal place of business located at

17  1223 Wilshire Blvd. Num. 1015, Santa Monica, CA 90403.  Plaintiff PUBG America is a wholly-

18  owned subsidiary of Plaintiff PUBG.

19  4.      Upon information and belief, Defendant NetEase, Inc. is a corporation organized and

20  existing under the laws of the Cayman Islands, having its principal place of business located at

21  Building No. 7, West Zone, Zhongguancun Software Park (Phase II), No.10 Xibeiwang East Road,

22  Haidian District, Beijing 100193, People's Republic of China.  Upon information and belief,

23  NetEase Inc. is registered to do business in the State of Delaware under its former English name,

24  NetEase.com (U.S.) Inc., and has a registered agent for service of process at The Corporation Trust

25  Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.  Upon

26  information and belief, shares of NetEase Inc. have been listed on the NASDAQ Global Select

27  Market since June 30, 2000, under the symbol "NTES," and NetEase Inc. regularly files reports with

28  the United States Securities and Exchange Commission.  Upon information and belief, Defendant

1

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-cv-02010

1  NetEase Inc. maintains an Investor Relations contact in New York, New York, in the United States.

2  5.      Upon information and belief, Defendant NetEase Information Technology Corp.

3  ("NetEase IT") is a corporation organized and existing under the laws of California, having its

4  principal place of business located at 2000 Sierra Point Parkway, Suite 800, Brisbane, California

5  94005.  Upon information and belief, Defendant NetEase Information Technology, Corp. operates

6  under the name NetEase North America and/or the name NetEase Games.  Upon information and

7  belief, Defendant NetEase Information Technology Corp. is a subsidiary of Defendant NetEase Inc.

8  and is an affiliate of Defendant NetEase (Hong Kong) Limited.  Upon information and belief,

9  Defendant NetEase Information Technology Corp.'s registered agent for service process is CT

10  Corporation System (C0168406), 818 West Seventh Street, Suite 930, Los Angeles, CA 90017.

11  6.      Upon information and belief, Defendant NetEase (Hong Kong) Limited ("NetEase

12  HK") is a corporation organized and existing under the laws of Hong Kong, having its principal

13  place of business located at 8/F Chuang's Tower, 30-32 Connaught Road, Central, Hong Kong.

14  Upon information and belief, Defendant NetEase (Hong Kong) Limited operates under the name

15  NetEase North America and/or the name NetEase Games.  Upon information and belief, Defendant

16  NetEase Information Technology Corp. is a subsidiary of Defendant NetEase Inc. and is an affiliate

17  of Defendant NetEase Information Technology Corp.

18  **JURISDICTION**

19  7.      This Court has subject matter jurisdiction over PUBG's claims for copyright

20  infringement under the Copyright Act pursuant to 17 U.S.C. §§ 101, 501 *et seq.* and 28 U.S.C. §§

21  1331 (federal subject matter jurisdiction) and 1338(a) (any act of Congress relating to copyrights,

22  patents and trademarks).

23  8.      This Court has subject matter jurisdiction over PUBG's claims for trade dress

24  infringement under the Lanham Trademark Act pursuant to 15 U.S.C. 1051 *et seq.* and 28 U.S.C.

25  §§ 1331 and 1338(a).

26  9.      This Court has subject matter jurisdiction over PUBG's claims for unfair competition

27  under California Unfair Competition Law pursuant to Cal. Bus. & Prof. Code § 17200 *et seq.* and 28

28  U.S.C. §§ 1338(b) and 1367.

2

10.     This Court has personal jurisdiction over Defendant NetEase Inc. because it regularly conducts business in California and in this judicial district, including through its subsidiary, Defendant NetEase IT, and through distribution of its mobile games through the Apple App Store and the Android Google Play distribution network.  This Court also has personal jurisdiction over Defendant NetEase Inc. because it has committed acts in California and in this judicial district giving rise to this action.  To the extent Defendant NetEase Inc. is found not to be subject to jurisdiction in any state's courts of general jurisdiction, this Court has personal jurisdiction over Defendant NetEase Inc. pursuant to Fed. R. Civ. P. 4(k)(2) because of its extensive contacts with the United States, including the acts giving rise to this action.

11.     This Court has personal jurisdiction over Defendant NetEase IT because it is incorporated in California, because it has its principal place of business in California and in this judicial district, and because it has committed acts in California and in this judicial district giving rise to this action.

12.     This Court has personal jurisdiction over Defendant NetEase HK because it regularly conducts business in California and in this judicial district and through distribution of its mobile games through the Apple App Store and the Android Google Play distribution network.  This Court also has personal jurisdiction over Defendant NetEase HK because it has committed acts in California and in this judicial district giving rise to this action.  To the extent Defendant NetEase HK is found not to be subject to jurisdiction in any state's courts of general jurisdiction, this Court has personal jurisdiction over Defendant NetEase HK pursuant to Fed. R. Civ. P. 4(k)(2) because of its extensive contacts with the United States, including the acts giving rise to this action.

13.     Defendants are subject to both specific and general personal jurisdiction. Defendants market, monetize, and support the derivative works described below throughout the United States by means of the Apple App Store and Android Google Play distribution network.  Further, on information and belief, Defendants regularly solicit and conduct business in and/or derive substantial revenue from goods and services provided to residents of California.  Accordingly, both jurisdiction and venue are proper in this court. 28 U.S.C. §§ 1391 and 1400.

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

**VENUE**

14.     Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and (c) and pursuant to 28 U.S.C. § 1400(a), because a substantial part of the events giving rise to this action occurred in this judicial district, because Defendants are subject to this Court's personal jurisdiction with respect to this action, and because all Defendants reside either within this judicial district or outside of the United States.

**INTRADISTRICT ASSIGNMENT**

15.     Pursuant to Civil L. R. 3-2(c), this action is excluded from the Court's division-specific venue rule and will be assigned on a district-wide basis because it is an Intellectual Property case.

**FACTUAL BACKGROUND**

**Brendan Greene and the BATTLEGROUNDS Game**

16.     Brendan Greene is a widely-recognized video game developer.  Mr. Greene is well known as "PlayerUnknown," which is a screen name he used while playing and developing games.

17.     In or about March 2016, Bluehole Ginno Games, Inc. ("Bluehole Ginno") hired Mr. Greene to develop a computer game, which ultimately was named PLAYERUNKNOWN'S BATTLEGROUNDS.   On or about September 14, 2017, Plaintiff PUBG USA was formed as a wholly-owned subsidiary of Bluehole Ginno, to support the community of players and fans of PLAYERUNKNOWN'S BATTLEGROUNDS in the United States, including by promoting tournaments and interacting with players and streamers.  On or about September 29, 2017, Bluehole Ginno was renamed PUBG Corp., and Plaintiff PUBG is the successor-in-interest to Bluehole Ginno with respect to PLAYERUNKNOWN'S BATTLEGROUNDS.

18.     PLAYERUNKNOWN'S BATTLEGROUNDS ("BATTLEGROUNDS") was developed as a computer video game for personal computers ("PCs") running the Windows operating system.  In early 2017, BATTLEGROUNDS was made accessible to limited groups of players during closed alpha and beta testing and development periods.  On or about March 23, 2017, an early-access beta version of BATTLEGROUNDS was made publicly available through Steam, an online computer game distribution site.  On or about December 20, 2017, PUBG released version 1.0

4

of BATTLEGROUNDS.  PUBG has continued to expend considerable time, money and resources in further development and promotion of BATTLEGROUNDS, and in fostering the BATTLEGROUNDS community.

19.     Additionally, PUBG has developed and is continuing to develop versions of BATTLEGROUNDS for platforms other than PCs running the Windows operating system.  For example, a licensed version of BATTLEGROUNDS for the Xbox gaming system was released on or about December 12, 2017.  As another example, PUBG is working with a third party to develop and release mobile versions of BATTLEGROUNDS for the iOS and Android platforms.  These mobile versions are currently in beta testing and were recently publicly released.

20.     Bluehole Ginno and PUBG expended significant time, money, and other resources to develop BATTLEGROUNDS.  In early 2016, a team of about 35 developers was supporting this project, and by June 2017 the team had expanded to about 70 developers.

21.     BATTLEGROUNDS became an instant hit and has achieved high levels of success in the computer gaming and console gaming industry.  When the early-access public beta version of BATTLEGROUNDS was released in March 2017, it sold a million copies in less than a month and reached the million-copies mark faster than any other game ever sold on the Steam distribution platform.  By July 2017, BATTLEGROUNDS had achieved over one hundred million dollars in sales.  By September 2017, over ten million copies of BATTLEGROUNDS had been sold.  In September 2017, BATTLEGROUNDS broke an all-time Steam record by having 1.35 million concurrent players (*i.e.*, players playing at the same time).  In December 2017, BATTLEGROUNDS reached 3 million concurrent players.

22.     To date, over twenty-eight million copies of the PC version of BATTLEGROUNDS, and over four million copies of the Xbox version of BATTLEGROUNDS have been sold. Additionally, real-world and online BATTLEGROUNDS tournaments take place on a regular basis, with tens of thousands of participants, attendees, and viewers.

**Copyrightable Audiovisual Subject Matter in BATTLEGROUNDS**

23.     BATTLEGROUNDS is an original work of creative expression that provides interactive audiovisual entertainment to players.  BATTLEGROUNDS contains numerous unique,

5

1    creative audio and visual elements, including numerous individual works of creative expression that

2    each individually constitute copyrightable subject matter.  Further, the selection and arrangement of

3    individual audio and visual elements in BATTLEGROUNDS constitutes copyrightable subject

4    matter.  In addition, the total look and feel of BATTLEGROUNDS constitutes copyrightable subject

5    matter.

6         24.    BATTLEGROUNDS is an original work of authorship and, its audio-visual aspects

7    constitute copyrightable subject matter under the copyright laws of the United States.  Plaintiff

8    PUBG owns, and at all relevant times and including through its predecessor Bluehole Ginno has

9    owned, the copyrights in BATTLEGROUNDS and has complied with all statutory requirements in

10   securing a federal copyright registration for this work.  Applications to register Plaintiff PUBG's

11   copyrights in the audio-visual aspects of the early-access public beta and subsequent versions of

12   BATTLEGROUNDS for PC were filed on March 30, 2018.[1]

13        25.    The copyrightable audiovisual aspects of the PC version of BATTLEGROUNDS[2]

14   include individual and collective creative and artistic expressions within the game, including but not

15   limited to the following audio/visual/audiovisual/gameplay arrangement and look and feel.

16

17

18

19

20

21

22   _____

23   [1] Case Nos. 1-6444365542 and 1-6444329777 (for PLAYERUNKNOWN'S BATTLEGROUNDS
     (Version 2.6), and Case Nos. 1-6444365308 and 1-6444027916 (for PLAYERUNKNOWN'S
     BATTLEGROUNDS (Version 2.1)).

24   [2] The current PC version of *BATTLEGROUNDS* differs from the early-access public beta version for
     PC in certain respects but generally provides the same or similar game play experience and the
25   elements depicted here appear in both.  The early-access Xbox version of *BATTLEGROUNDS* and
     the closed beta development mobile versions of *BATTLEGROUNDS* also vary in certain aspects but
26   generally provide the same or similar game play experience as the PC versions.  The elements
     depicted here also appear in the Xbox version of *BATTLEGROUNDS*.  Hereafter,
27   "*BATTLEGROUNDS*" refers to the first early-access public beta version for PC and subsequent
     versions that are the subject of the copyright registration applications.

28

26. **Pre-Game Lobby and Waiting Area**. Each game of BATTLEGROUNDS begins with all of the players entering from a "lobby" to a designated waiting area on the play map. Typically, players wait in a lobby, where they can potentially chat, but not physically (in the virtual world) interact with each other or the game play environment. BATTLEGROUNDS provides a waiting area located within the game play map to allow the players to interact with each other and the game play area. Weapons such as hand-held melee weapons (*e.g.*, machete, crowbar, and the iconic frying pan), grenades, hand guns, shot guns, and various types of rifles and machine guns are available for players to explore and experience without inflicting damage.



The players are able to talk to and interact with each other, practice firing their weapons, and roam around the scene. The players remain in this interactive pre-game waiting area until enough players have connected to the game for competitive gameplay to begin.



7

The pre-game waiting area creatively provides the players with an interactive audiovisual experience, allowing them to engage with each other and explore the environment and weapons of the game before competitive gameplay begins.  This lower-pressure, slower-paced illustration of objects, scenes, and actions is an artistic presentation that allows players to experience and appreciate these aspects of the animated fantasy world differently than they do during tense competitive gameplay.  The creative expression of a pre-game lobby and interactive waiting area in BATTLEGROUNDS is a copyrightable audio-visual work, individually and/or in combination with other elements of BATTLEGROUNDS.  Additionally, this creative expression of the pre-game lobby and interactive waiting area has taken on secondary meaning as an emblem of BATTLEGROUNDS and of PUBG.  For example, it has been the subject of a live-action BATTLEGROUNDS parody skit, available at https://www.youtube.com/watch?v=cPGLLZu5lz4&list=PLSMETuURtTXCngmWf_wUWfnzTjn04XF-B&index=10.

27.    **Air Jump**.  When a sufficient number of players have connected to the game (typically, 100 players), the players are transported to an aircraft.  In other shooter games, players "spawn" or just appear on the game play map in either a pre-designated or random location.  Rather than the typical spawning mechanic, BATTLEGROUNDS has created an interactive approach which allows the player to choose where to begin play on the game play map.

1
2
3
4
5
6
7
8
9
10



11
12
13
14
15
16
17
18
19



20   As the aircraft flies over a game play map, the player can watch the aircraft and the game play map

21   terrain underneath.  The route of the aircraft is randomized for each game.  The route can be seen on

22   a mini-map embedded within a corner of the game play screen as well as a map screen showing the

23   entire island in which the plane is indicated by a [symbol] symbol.

24
25
26
27
28

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7
8
9
10



11  Each player can choose to jump out of the aircraft anywhere along the route of the aircraft. The time
12  at which a player chooses to jump affects the player's experience in dropping down to ground level
13  which, in turn, affects the location where the player will land.  During the jump, the player can
14  choose to free fall and guide him/herself towards different areas of the play map.  During free fall,
15  the player has a bird's eye panoramic view of the play map and can view other players as they also
16  descend to Earth.

17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7
8
9
10



11   At any time before reaching a critical low altitude, the player can open his/her parachute and glide
12   down to a landing.

13
14
15
16
17
18
19
20
21



22   The Air Drop experience in BATTLEGROUNDS is a creative artistic experience created by PUBG.
23   This aspect of the game artistically presents the fantasy world of BATTLEGROUNDS through
24   unusual and varied angles of perspective and movement.  It provides the player with a dynamic and
25   interactive game-starting and location-selecting experience, in contrast to conventional shooter
26   games in which characters spawn in pre-determined or random locations.  Additionally, the player
27   experiences an audiovisual representation of free-falling to earth while surveying the game play
28   terrain and other players in freefall and while parachuting to earth—an unprecedented experience in

shooter games.  This creative and interactive expression of the introduction to a game play map expresses a narrative fantasy through creative images and sounds.  The Air Jump is a copyrightable audio-visual work, individually and/or in combination with other elements of BATTLEGROUNDS.  Additionally, this creative expression of the Air Jump has taken on secondary meaning as an emblem of BATTLEGROUNDS and of PUBG.  For example, it has been featured in live-action BATTLEGROUNDS parody skits, such as those available at

https://www.youtube.com/watch?v=4hqqFqcr1K8 and

https://www.youtube.com/watch?v=cPGLLZu5lz4&list=PLSMETuURtTXCngmWf_wUWfnzTjn04XF-B&index=10.

28.  **Play Map**.  While many shooter games have a game play map, each game play map is unique.  Similarly, PUBG created a unique game play map, as shown below, which is much larger than previous shooter games.  The player's decision when to jump from the aircraft and to freefall to a particular location on the game play map may also depend upon the actual game play map.  BATTLEGROUNDS uses a single game play map entitled "Erangel."



As shown, above, Erangel is a large island with a secondary island connected by bridges and a smaller third island (top right corner) that is not connected to the main island.  The islands are populated with different types of game play areas and terrains, such as towns, a military base, a port,

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

farms, a lighthouse, various buildings, canals, roads, open space and thousands of other unique elements.  Plaintiff PUBG created Erangel, including the types and locations of game play areas, and the designs of the terrain and buildings, to give players a unique visual gameplay experience, as well as a diversity of areas for game play.  The Play Map, a unique and creative expression of a game play map, is a copyrightable visual and/or audio-visual work, individually and/or in combination with other elements of BATTLEGROUNDS.

29.   **Character Attributes.**  While many shooter games display attributes of a player, BATTLEGROUNDS include unique and creative expressions of certain types of attributes created by PUBG.  Each player has a set of attributes, such as health and speed.  All characters possess the same set of attributes.  During gameplay, a health bar is displayed.  A unique expression of health and abilities in BATTLEGROUNDS is the display of a "boost" bar.  Initially, players start with zero boost.  Certain items, explained with regard to consumables, below, can increase a player's boost level.  Depending upon the amount of boosting, the player's health is increased at different rates over time.  At higher levels of boost, the player also receives an increase in speed.





The "boost" factor is unique to BATTLEGROUNDS, created to provide an additional dimension to

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1   the typical health/hit points attributes used in prior games.  These and other creative expressions of

2   the unique attributes, especially the effects of the level of boost, are copyrightable audio-visual

3   works, individually and/or in combination with other elements of BATTLEGROUNDS.

4   Additionally, this creative expression of boost has taken on secondary meaning as an emblem of

5   BATTLEGROUNDS and of PUBG.  For example, it has been featured in a live-action

6   BATTLEGROUNDS parody skit, available at

7   https://www.youtube.com/watch?v=DBwpMDaMoOI&list=PLSMETuURtTXCngmWf_wUWfnzTj

8   n04XF-B&index=1.

9        30.   **Equipment Acquisition.**  In BATTLEGROUNDS, each player lands with nothing

10  except clothing and a belt.  After landing, the player must seek out weapons, modifications to

11  weapons, ammunition, armor, equipment, clothing and consumables.  The player can also find and

12  use vehicles located throughout the map.  Starting with nothing is a key creative and artistic

13  component of BATTLEGROUNDS.  The requirement of scavenging results in the players being

14  forced to compete for resources and necessary interaction.



15

16

17

18

19

20

21

22

23  31.   BATTLEGROUNDS' unique expression of Equipment Acquisition is a copyrightable audio-

24  visual work, individually and/or in combination with other elements of BATTLEGROUNDS.

25  Additionally, this creative expression of equipment acquisition has taken on secondary meaning as

26  an emblem of BATTLEGROUNDS and of PUBG.  For example, it has been featured in live-action

27  BATTLEGROUNDS parody skits, such as those available at

28  https://www.youtube.com/watch?v=kM8Cws9tiTQ&list=PLSMETuURtTXCngmWf_wUWfnzTjn0

1   4XF-B&index=5 and https://www.youtube.com/watch?v=4hqqFqcr1K8.

2       **32.     Weapons, Modifications and Ammunition**.  BATTLEGROUNDS includes realistic

3   weapons to simulate real life combat.  PUBG created a realistic combat environment, including

4   realistic weapons action (*e.g.*, recoil) and sounds.  These expressions of specific weapon audio

5   elements used in BATTLEGROUNDS are protectable works as a combination of the audio synced

6   to the visual operation of the weapons.  The types of weapons include melee weapons (*e.g.*, crowbar,

7   machete, sickle and a frying pan), bows, hand guns, rifles, shot guns, assault rifles, sniper rifles,

8   machine guns and grenades.  The visual appearances of the weapons are realistic, but each weapon

9   has been stylized to make it distinct from actual real life weapons.  For example, the grain pattern on

10  wooden pieces, configurations of the rifles and machine guns, the wear on melee weapons all

11  provide unique details and styling to each weapon, as seen below.



20  Ammunition for the various firearms can also be found.  To add further realism, items that modify

21  the operation of the firearms can also be found, such as different types of optical scopes, stocks,

22  magazines of varying capacities, suppressors, and grips.  The variety of modifications provides

23  thousands of combinations of available weapons, leading to diverse gameplay.  Additionally, PUBG

24  assigned specific characteristics to each weapon, such as the amount of damage per hit they inflict,

25  recoil, reload time, number of rounds per magazine, range, blast radius (*e.g.*, shotgun and grenades).

26      33.     These expressions of specific characteristics of the weapons, weapon modifications,

27  and ammunition are copyrightable works, providing realism during gameplay as well as a balanced

28  game experience for the players.  With regard to damage, PUBG added a further creative aspect to

the BATTLEGROUNDS game.  As discussed further with regard to armor, the amount of damage depends upon where the opposing player is hit.  If the opposing player is hit in the body or the head, different amounts of damage are inflicted on the opposing player.  Additionally, the amount of armor worn by the opposing player affects the amount of damage received by the opposing player.  All these unique expressions of BATTLEGROUNDS weapons, weapon modifications, and ammunition are individually and/or in combination with each other or with other elements of BATTLEGROUNDS protectable copyrightable audio, visual and/or audio-visual works.

**34.**     **Armor**.  In addition to weapons, the player can find and use various types of armor.  In particular, the types of armor in BATTLEGROUNDS include helmets and vests.  Helmets provide armor protection to the player's head, while the vests provide armor protection to the body.  There are three levels of armor protection for both helmets and vests.  Vests also increase carrying capacity, as explained further with regard to belts and backpacks, below.  Again, PUBG created specific statistics for the amount of armor protection and reduction in damage received from a hit.  Additionally, each piece of armor can only absorb a specific amount of damage (i.e., hit points) before the armor is rendered ineffective.  Shown, below, are images of the various armor and helmets.



The helmet with the visor, in particular, has achieved secondary meaning, becoming intricately identified with BATTLEGROUNDS.  A Google search for "PUBG helmet" or "Battlegrounds helmet" results in hits that for the most part include the image of the helmet with the visor.  PUBG created unique visually realistic appearing expressions of armor such as helmets and vests, while adding flair and artistry to these expressions to make them copyrightable visual and/or audio-visual

works, individually and/or in combination with each other or with other elements of
BATTLEGROUNDS.

35.   **Clothing**.  In addition to armor, the user can pick up additional clothing, such as
jackets, pants, hats, goggles, glasses, gloves, masks, shoes and shirts.  The pieces of clothing do not
affect gameplay but is an artistic expression that provides the player with a visually diverse
gameplay experience as well as allowing each player to express him/herself.  The use of mixed
street-wear and military equipment further reinforces the imaginative experience for players by
furthering the game's premise in which everyday citizens from different backgrounds are forced into
an environment in which only one player will be left alive.



However, clothing does affect gameplay in terms of camouflage.  Clothing can be used to assist the
player to blend in with the environment, making the player less visually detectable.  In particular,
BATTLEGROUNDS includes a Ghillie suit, a full body suit covered with camouflaging material
typically used by snipers.  The Ghillie suit allows the player to become nearly visually invisible
depending upon the terrain.



Unlike other shooter games, BATTLEGROUNDS does not display player designators above opposing players.  The player must visually detect an opposing player without any aid other than equipment found in gameplay, such as an optical scope.  Thus, the colors and stylings of the clothing found in BATTLEGROUNDS adds to the rich tapestry of the gameplay experience while permitting artistic expression.   The appearances and styles of clothing found in BATTLEGROUNDS are protectable visual and/or audio-visual works, individually and/or in combination with each other or with other elements of BATTLEGROUNDS.

36.   **Equipment**.  The BATTLEGROUNDS player can also find equipment, such as belts and backpacks.  Belts and backpacks not only have unique visual appearances, they are functional as well.  Each player starts with a belt, which permits the player to hold a certain amount of items (capacity).  Additionally, the belt allows the player to attach two weapons to his/her waist, such as a melee weapon or grenade.  The backpack provides additional carrying capacity.

The belts and the different types of backpacks can carry different amounts of equipment and supplies, as developed by PUBG. As noted, PUBG also created uniquely creative visual appearances for each belt and backpack, making them copyrightable visual and/or audio-visual works, individually and/or in combination with each other or with other BATTLEGROUNDS elements.

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010



37.     **Configuration**.  The player has the freedom to determine how to equip him/herself during gameplay.  PUBG designed slots for easily accessible weapons.  In particular, two slots are designated for rifles or shotguns, each carried around one of the player's shoulders.  A third slot is designated for a hand gun.  Fourth and fifth slots are designated for melee weapons or grenades, to be carried along the player's waist.



Additionally, clothing, equipment and armor are equipped as appropriate on the character's body. The particular set up of the configurable slots is a unique expression created by PUBG, and the slots are copyrightable visual and/or audio-visual works, individually and/or in combination with each other or with other BATTLEGROUNDS elements.

38.     **The "Frying Pan."**  One very beloved aspect of creative expression in BATTLEGROUNDS is the game's iconic frying pan.  Previous shooter games did not include the

use of a frying pan.  In BATTLEGROUNDS, a character who obtains a frying pan may use it as a hand-held melee weapon and also may use it as armor.  When the frying pan is equipped on a character's waist, the frying pan is depicted as covering the character's posterior (buttocks).  When so equipped, as a purely artistic and creative expression injecting humor into the game, the frying pan is the only indestructible armor in the game (*i.e.*, armor that can absorb infinite hit points without deteriorating), providing complete protection against projectiles aimed at a character's posterior.  Thus, the imaginative treatment of a frying pan as a melee weapon is made even more remarkable by its further treatment as armor against shots to the butt of a character.  The frying pan element thus creatively adds humor and whimsy to the audiovisual presentation of the game.  PUBG animation of a frying pan as both weapon and indestructible butt armor is a copyrightable visual and/or audio-visual work, individually and/or in combination with other elements of the BATTLEGROUNDS.



Character holding frying pan as melee weapon



Ricochet off frying pan worn as armor

Furthermore, the frying pan has taken on secondary meaning as an emblem of the

BATTLEGROUNDS game and of PUBG.  For example, it has been the subject of a live-action

BATTLEGROUNDS parody skit, available at,

https://www.youtube.com/watch?v=jfQGY8xaxO0&list=PLSMETuURtTXCngmWf_wUWfnzTjn0

4XF-B&index=12.  It has also been featured in other BATTLEGROUNDS parodies and memes.

*See*, *e.g.*, https://www.youtube.com/watch?v=bywZTWzkuQM; *see also*

https://9gag.com/gag/aVM1Aby/best-pubg-armor.



Sample PUBG frying pan meme

21

39.     **Consumables**.  While the player attempts to stay alive, he/she can also gather consumables, such as bandages, first aid and medical kits, painkillers, adrenaline syringes, energy drinks and gas cans.  Bandages, first aid kits and medical kits heal the character's health varying amounts instantly upon application, the application time of each also varying.  The energy drink, painkiller and syringe increase the player's boost level, which provides regeneration over time and/or an increase in player speed, as discussed with regard to boost level, above.  However, the energy drink instantly increases the player's character's health a set amount, and also increases the player's boost level.  The syringe can only be found in an air dropped supply box, and provides the largest amount of increase in boost level, providing healing and speed boost.  The gas can is used to refuel vehicles, as discussed further, below.  The expressions of the consumables' abilities to increase the health of a player, as well as increasing the player's boost level, are unique to BATTLEGROUNDS and are copyrightable visual and/or audio-visual works, individually and/or in combination with each other or with other BATTLEGROUNDS elements.  Additionally, the unique depictions of certain consumables in BATTLEGROUNDS, such as the energy drinks, have taken on secondary meaning as emblems of BATTLEGROUNDS and PUBG due to their non-traditional, light-hearted and whimsical use.  For example, the energy drinks have been the subject of a live-action BATTLEGROUNDS parody skit, available at

https://www.youtube.com/watch?v=DBwpMDaMoOI&list=PLSMETuURtTXCngmWf_wUWfnzTjn04XF-B&index=1 and

https://www.youtube.com/watch?v=V_vUrY1MczI&index=9&list=PLSMETuURtTXCngmWf_wUWfnzTjn04XF-B&index=9 ; *see also* https://www.youtube.com/watch?v=V_vUrY1MczI.

40.     **Vehicles**.  Plaintiff PUBG has included vehicles to BATTLEGROUNDS to provide an immersive life like experience.  In addition to the planes that drop the players and supply boxes, various automobiles and boats can be found throughout the game play map.  Automobiles include stylized buggies, off road vehicles, motorcycles (with or without a sidecar), vans, pickups, and sedans.  Each automobile has distinctive operating sounds that can be recognized by experienced players.  The automobiles come in varying colors and conditions.  Automobiles also start with a certain amount of boost, which when activated increases the speed of the automobile but at the cost

of increased fuel consumption.  As noted previously, players can refuel automobiles with gas cans.







41.     The automobiles exhibit realistic handling.  For example, taking a hard turn may

1   cause the automobile to flip over.  Automobiles may also provide a measure of protection from fire

2   from opposing players as well, but can also explode from enemy fire.  Additionally, players can

3   obtain a speed boat or jet ski to travel over the water to the islands.  Additionally, other types of

4   vehicles can be seen and heard throughout the game, such as the plane used for the parachute drop,

5   and the plane used for parachuting supply boxes, as discussed further, below.  These vehicles also

6   have distinctive and artistic operating sounds which players can recognize during game play.  These

7   expressions of vehicles in BATTLEGROUNDS are copyrightable audio, visual and/or audio-visual

8   works, individually and/or in combination with each other or with other BATTLEGROUNDS

9   elements.  These expressions of vehicles have also taken on secondary meaning as an emblem of

10  BATTLEGROUNDS and of PUBG.  For example, they have been featured in live-action

11  BATTLEGROUNDS parody skits, such as those available at

12  https://www.youtube.com/watch?v=sQ6s6ujf6kY&list=PLSMETuURtTXCngmWf_wUWfnzTjn04

13  XF-B&index=2 ,

14  https://www.youtube.com/watch?v=V_vUrY1MczI&index=9&list=PLSMETuURtTXCngmWf_wU

15  WfnzTjn04XF-B&index=9, and https://www.youtube.com/watch?v=4hqqFqcr1K8.

16          42.      **Weapon, Equipment and Vehicle Spawning**.  While many of the weapons,

17  consumables and vehicles are located randomly throughout the game play map, they may also spawn

18  at certain set locations.  Fixed spawn locations allows experienced players to focus on certain areas

19  of the game play map to obtain items and vehicles.  Spawn locations of highly desired items further

20  promote players to interact in BATTLEGROUNDS.  The mix of randomness and fixed spawn

21  locations provides unlimited possibilities for game play strategy.  These expressions of weapons,

22  equipment, and vehicle spawning are copyrightable visual and/or audio-visual works, individually

23  and/or in combination with other elements of BATTLEGROUNDS.

24

25

26

27

28

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010



Equipment spawning in a house



Vehicle spawning in a garage

43.     **Game Areas & Buildings.**  The BATTLEGROUNDS game play map includes a number of areas, such as towns, farms, a power plant and even a shooting range.  The artistic renderings and locations of these areas provide an entertaining backdrop to game play in BATTLEGROUNDS.

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28







PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

In addition, PUBG has created artistic renderings of various type of buildings throughout the immersive game play map.  Buildings include outposts, warehouses, houses, buildings, and even a lighthouse.  Again, the variety and types of buildings create a realistic environment, as well as providing strategic locations for game play.







PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

Thus, these expressions of landscapes and buildings within BATTLEGROUNDS are copyrightable visual and/or audio-visual works, individually and/or in combination with each other or with other elements of BATTLEGROUNDS.

44.   **Movement**.  Players can move around in many different ways.  They can stand, walk, run, take a prone position, crawl in a prone position or take a kneeling position.  The various positions provide benefits and disadvantages.  For example, a player can shoot a rifle most accurately in a prone position, but leaves the player vulnerable if detected.  Shooting from a standing position is less accurate, but the player can readily walk or run to cover after taking a shot.  However, walking and running creates more noise than crawling.  These expressions of player movements and accompanying sounds in Battleground are copyrightable audio, visual and/or audio-visual works, individually and/or in combination with each other or with other elements of BATTLEGROUNDS.

45.   **Sounds and Noise.**  The audiovisual experience of BATTLEGROUNDS includes numerous expressive sounds that contribute to the audiovisual depiction of the imaginary spaces, objects, and actions.  Unlike other computer games, there is no music during gameplay.  The player must listen to his/her environment to obtain a competitive edge.  For example, the player can hear an opposing player's footsteps, a supply drop aircraft flying overhead, and the distinctive gunshots of the various firearms.  PUBG created each unique sound to augment the realism of the audiovisual presentation; they allow the player to react to the sounds and, with a trained ear, distinguish the type of firearm being used.  As another example, each vehicle sounds different.  A player can discern the approach of a vehicle, and potentially determine the vehicle type, from sounds.  These distinctive audiovisual expressions add richness to the gameplay created by PUBG.  In fact, many commentators have identified the relationship between success in the game and the ability to identify and discern these player, weapon and vehicle sounds.  *See*, *e.g.*,

https://www.turtlebeach.com/blog/how-audio-helps-you-get-your-chicken-dinner-in-pubg/;

https://www.redbull.com/gb-en/pubg-xbox-one-tips-guide;

https://www.youtube.com/watch?v=zBSBu72qF0s.  The game also includes other distinctive sounds, such as the sounds of parachuting through the wind, the sounds of male and female

1    characters being attacked, the sound of tires destroying objects, and the sounds of item acquisition.

2    These unique sounds are copyrightable in combination with other elements of BATTLEGROUNDS.

3        46.    **Air Drops**.  Another artistic aspect of BATTLEGROUNDS are air drops of supply

4    boxes from a flying aircraft.  As the aircraft approaches, the players can hear the sound of the

5    aircraft, alerting them to a potential air drop.



The supply boxes are colored red and covered by a blue tarp, and parachute down from the aircraft.



PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

When the supply box lands, red smoke wafts up from the landing site, drawing the attention of players to the location of the supply box and creating a dramatic visual impression.





The supply box provides the first player to reach it with either weapons, modifications to weapons (*e.g.*, a scope), ammunition, clothing (*e.g.*, camouflaged clothing) or medical supplies. Players can either speed towards the supply box to obtain the supplies, or lurk around the supply box to snipe other players that approach the supply box. These expressions of air drops in BATTLEGROUNDS are copyrightable, individually and/or in combination with each other or with other elements of BATTLEGROUNDS. The supply boxes also have also taken on secondary meaning as an emblem of BATTLEGROUNDS and of PUBG. Fans have created skits evoking the identifiable red smoke and red and blue supply boxes. *See* https://www.youtube.com/watch?v=0dG6HliC9OI; https://www.youtube.com/watch?v=YDp87dUytd8.

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

47.     **Bombardment Zone** (Red Zones).  PUBG inserted an artistic periodic event where a circular zone, marked in red on the game map, is targeted for bombardment.  Prior to bombardment, the players are warned of the impending barrage.  This creative event conveys fear, danger, and urgency, causing players to either seek shelter or evade the bombardment, potentially running into other players.  However, merely obtaining shelter may not completely protect the player if he/she is too near an opening (*e.g.*, door or window).  The bombardment is an artistic catalyst to create further interaction between the players.  This expression of a bombardment zone is a copyrightable visual and/or audio-visual work, individually and/or in combination with other elements of BATTLEGROUNDS.  The bombardment zone has also taken on secondary meaning as an emblem of BATTLEGROUNDS and of PUBG.  For example, it has been featured as a punchline in multiple live-action BATTLEGROUNDS parody skits, available at https://www.youtube.com/watch?v=pqSN7lsPs2k.

48.     **Shrinking Gameplay.**  The conclusion of each game is creatively precipitated by the shrinking of the gameplay area within the map.  A timer is provided to the players notifying them when the viable play area will shrink to a circle within the game play map.  The first large circle is displayed in white on the game map, indicating where the players will be confined after the timer expires.  A large blue circle covering the entire map appears and slowly shrinks down to the first white circle. Players caught outside of the closing blue circle will begin losing health until they either reach the interior of the first white circle or their health falls to zero.  A new timer begins and a smaller circle within the first circle appears on the map.  After the expiration of the second timer, the first circle is displayed in blue, which begins shrinking down to the smaller white.  The process repeats four times, until the game play is restricted to a final circle of area representing a relatively small area within the game play map.

1
2
3
4
5
6
7
8



9
10
11
12
13
14
15
16



17  The rate of loss of health outside the circles also increases, players caught outside the final circle

18  instantly falling to zero health.  This creative aspect of BATTLEGROUNDS forces the players to

19  converge to a single location to resolve who will be the last player standing.  The timing, sizes, and

20  progression of the shrinking game play area results in a unique experience in each game, paces

21  gameplay to reduce lulls in the action, and provides ever increasing tension in the game.  PUBG's

22  expression of the shrinking game play area is a copyrightable visual and/or audio-visual work,

23  individually and/or in combination with other elements of BATTLEGROUNDS.  The shrinking

24  game play area has also taken on secondary meaning as an emblem of BATTLEGROUNDS and of

25  PUBG.  For example, it has been the subject of various live-action BATTLEGROUNDS parody

26  skits.  *See*

27  https://www.youtube.com/watch?v=RPFZgk_O8Ok&list=PLSMETuURtTXCngmWf_wUWfnzTjn

28

1   04XF-B&index=3;

2   https://www.youtube.com/watch?v=V_vUrY1MczI&index=9&list=PLSMETuURtTXCngmWf_wU

3   WfnzTjn04XF-B&index=9; https://www.youtube.com/watch?v=pqSN7lsPs2k;

4   https://www.youtube.com/watch?v=YDp87dUytd8; and

5   https://www.youtube.com/watch?v=4hqqFqcr1K8.  *See also*

6   https://www.youtube.com/watch?v=sQ6s6ujf6kY&list=PLSMETuURtTXCngmWf_wUWfnzTjn04

7   XF-B&index=2;

8   https://www.youtube.com/watch?v=5FW7xb8jWew&list=PLSMETuURtTXCngmWf_wUWfnzTjn

9   04XF-B&index=25.

10          49.    **"Down But Not Out."**  BATTLEGROUNDS features three play modes: (1) "solo" in

11   which a each player fights alone against the field; (2) "duo" in which players are teamed into groups

12   of two and fight to be the last duo remaining; and (3) "squad" in which players are grouped into

13   squads of 4 and fight to be the last squad remaining.  In "duo" and "squad" modes, every member of

14   a team needs to die to be considered defeated.  However, in both modes, players survive for a short

15   time even after their health/energy has been depleted.  During this time, that player may be revived

16   by a team who crouches next to the fallen player for a pre-determined period of time which is

17   referred to as "Down But Not Out ("DBNO")."  PUBG's expression of DBNO gameplay is a

18   copyrightable visual and/or audio-visual work, individually and/or in combination with other

19   elements of BATTLEGROUNDS.  The DBNO gameplay element has also taken on secondary

20   meaning as an emblem of BATTLEGROUNDS and of PUBG.  For example, it has been the subject

21   of various live-action BATTLEGROUNDS parody skits.  *See*

22   https://www.youtube.com/watch?v=HhZZIu8Yem4&list=PLSMETuURtTXCngmWf_wUWfnzTjn0

23   4XF-B&index=4;

24   https://www.youtube.com/watch?v=KD9sMqp7bdE&list=PLSMETuURtTXCngmWf_wUWfnzTjn

25   04XF-B&index=6; and

26   https://www.youtube.com/watch?v=5FW7xb8jWew&list=PLSMETuURtTXCngmWf_wUWfnzTjn

27   04XF-B&index=25.

28

**PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010**

50. **"Winner Winner Chicken Dinner."**  Should a player be the last player standing at the end of the game, he/she is rewarded with a salutary "Winner Winner Chicken Dinner!" announcement.



Victory Screen from BATTLEGROUNDS

The juxtaposition of this lighthearted expression of victory with the survival narrative of the game adds elements of surprise and humor to the work, and the artistic inclusion of this emphatic expression has become particularly beloved by the gaming community.  "Winner Winner Chicken Dinner" in the context of a shooter game is a copyrightable work in combination with other elements of *Battleground*.  Furthermore, this catchphrase has taken on secondary meaning within the gaming community as an emblem of BATTLEGROUNDS and of PUBG; it has become nearly synonymous with BATTLEGROUNDS to gamers.

As an example, this phrase also has been featured in memes, live-action parody videos, and other responsive content created by fans.  For example, it has been featured in live-action BATTLEGROUNDS parody skits, such as those available at https://www.youtube.com/watch?v=jfQGY8xaxO0&list=PLSMETuURtTXCngmWf_wUWfnzTjn04XF-B&index=12, https://www.youtube.com/watch?v=O9JsWOo-Qyk&list=PLSMETuURtTXCngmWf_wUWfnzTjn04XF-B&index=13, https://www.youtube.com/watch?v=EAnPxrg5kUE&index=16&list=PLSMETuURtTXCngmWf_wUWfnzTjn04XF-B&index=16, and https://www.youtube.com/watch?v=4hqqFqcr1K8, and it has also been featured in other BATTLEGROUNDS parodies and memes.

1

**Copying in *Rules of Survival* Game**

2      51.      ***Rules of Survival:*** *Rules of Survival* ("*ROS*") is a video game that was made and

3  released by Defendants.  *ROS* was released for mobile devices in the United States on or about

4  November 14, 2017.

5      52.      On information and belief, Defendants created *ROS* by copying BATTLEGROUNDS

6  and with the intention of creating a version of BATTLEGROUNDS for mobile devices.

7      53.      On information and belief, Defendants intended to create consumer confusion as to

8  the source of *ROS* and intended to cause consumers to believe, incorrectly, that *ROS* had been

9  developed by PUBG.  On information and belief, Defendants intended to misappropriate consumer

10  goodwill toward PUBG in order to market and gain economic benefit from *ROS*.

11      54.      On information and belief, there has in fact been confusion in the marketplace as to

12  the source and origin of *ROS*, with consumers believing, incorrectly, that *ROS* was developed by

13  PUBG.  For example, *ROS* has been referred to in the marketplace as "PUBG on Mobile," "Mobile

14  PUBG," and the "BEST MOBILE PUBG":

15

16      

17

18      

19

20

21      

22

23

24      

25

26      Sampling of player videos available at https://goo.gl/hNupQo

27

28

35

55.     On information and belief, commentators in the industry have characterized *ROS* as a copy, "rip-off," "knock-off," or "clone" of BATTLEGROUNDS.  For example, one industry commentator observed that "fans viewed the game [*i.e.*, *ROS*] simply as a rip-off of the highly successful 'PlayerUnknown's Battlegrounds ('PUBG')" because "[e]verything about it screamed 'PUBG' as the majority of its elements seem to have been taken from the popular Xbox One title." https://www.christiantoday.com/article/rules-of-survival-update-includes-bigger-map-that-can-fit-300-players/125498.htm.  Other industry commentators have repeatedly characterized *ROS* as a "clone" or "knock-off" of BATTLEGROUNDS, or "[h]eavily modeled after" BATTLEGROUNDS. Samples of such commentary are available at http://toucharcade.com/2018/02/07/new-300-player-fearless-fjord-map-is-now-playable-in-latest-rules-of-survival-update/; https://www.cnet.com/news/playerunknown-battlegrounds-mobile-rules-of-survival-clone/; http://www.pocketgamer.co.uk/r/Android/Rules+of+Survival/feature.asp?c=76595; and https://www.vg247.com/2017/10/18/remember-that-chinese-mobile-pubg-knock-off-its-back-with-new-gameplay/.

56.     On information and belief, the *ROS* app can be downloaded to a mobile device free of charge, and the *ROS* game can be played free of charge.  On information and belief, Defendants have released *ROS* into the marketplace at or below cost for the purpose of gaining market share before PUBG releases BATTLEGROUNDS for mobile devices.

57.     *ROS* contains many elements that are substantially similar to copyrightable elements of creative audiovisual expression in BATTLEGROUNDS, including at least the following.

58.     **Total Look and Feel.**  The overall look, feel, and audiovisual style of *ROS* closely mimic the stylized realism of BATTLEGROUNDS.

1

*Rules of Survival*                                    BATTLEGROUNDS

2

3




4

5

6

7

8




9

10

11

12

13

14




15

16

17

18

19

20




21

22

23

24

25

26

27

28

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010






59.   **Overall Gameplay.**  The overall look and feel of gameplay in *ROS* very closely matches that of BATTLEGROUNDS.  For example, the narrative arc of the game; the audio and visual representations of movement, shooting, healing and boosting; and the battle formats presented (*e.g.*, player versus everyone and small teams versus everyone) all correspond to those of BATTLEGROUNDS.

60.   **Boosting.**  *ROS* includes boosting misappropriates the boosting aspect of BATTLEGROUNDS, thus copying this unique expression of bodily nourishment and fortification in the artistic manner created by PUBG.  ROS includes a health (hit points) bar with symbols located over it: a heart with a plus symbol, which indicates regeneration, and a running symbol indicating increased speed, very similar to BATTLEGROUNDS' boost bar.  Both BATTLEGROUNDS and *ROS* offer an energy drink as one boost item and a syringe as another boost item, and in both games the syringe is available only via air drop.  In both games, the energy drinks increases hit points, and potentially a boost in speed.  In both games, the syringe restores a greater amount of health as well as providing increased speed.

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010



61.    **Pre-Play Area.**  As in BATTLEGROUNDS, the *ROS* audiovisual experience begins with a pre-play area where players can meet each other and try out weapons while waiting for enough players to join.  While prior games have used pre-play screens and areas, the expressive depiction of a pre-play area in BATTLEGROUNDS, which encourages players to interact with another, use weapons, and explore gameplay mechanics is unique.  On information and belief, Defendants copied PUBG's expressive depictions of the pre-play area where other depictions could have been used for the purpose of evoking the same pre-play experience depicted in BATTLEGROUNDS.



39

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

62. **Play Map.** Like BATTLEGROUNDS, *ROS* provides a map defining the area of play, and the *ROS* map is substantially similar to the BATTLEGROUNDS map. The BATTLEGROUNDS map and *ROS* map each comprises a large island in a square-ish shape with a canal leading to a large city, along with a smaller unconnected island. Both maps feature towns, farms, buildings, fields, trees, roads, bridges and feature mountainous topography which is depicted as if taken using a reconnaissance satellite as well as featured location indicators and white lettered descriptions of those featured areas. Although maps have been used in prior games, the depiction of the map in *ROS* is strikingly similar to the depiction of the map in BATTLEGROUNDS. On information and belief, Defendants copied PUBG's expressive depiction of the map where another depiction could have been used.



BATTLEGROUNDS Play Area Map

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7
8
9
10
11



*ROS* Play Area Map

12   63.   **Scenes and Locations.**  Many of the locations, structures, landscapes, and other

13 features within the *ROS* play area closely correspond to those within the BATTLEGROUNDS play

14 area.  For example, the BATTLEGROUNDS play area and the *ROS* play area each contain a

15 shooting range, a rural aqueduct, a port with shipping containers and a farm area.  These areas in *KO*

16 are strikingly similar to those in BATTLEGROUNDS.  On information and belief, Defendants

17 copied PUBG's expressive depictions of the scenes and locations identified below where other

18 depictions could have been used for the purpose of evoking the same gameplay experience depicted

19 in BATTLEGROUNDS.

20
21
22
23
24
25
26
27
28

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7
8
9



BATTLEGROUNDS shooting range

10
11
12
13
14
15
16
17
18



19

*ROS* shooting range

20
21
22
23
24
25
26
27
28

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1   Additionally, they each contain a concrete aqueduct in a rural setting.



BATTLEGROUNDS rural aqueduct



*ROS* rural aqueduct

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

Additionally, they each contain a port with many shipping containers, where items spawn in similar locations in both games.



BATTLEGROUNDS port with shipping containers



*ROS* port with shipping containers

1

Additionally, they each contain a farm area with a tractor and haystacks that provide cover.

2

3

4

5

6

7

8

9



10

BATTLEGROUNDS farm area

11

12

13

14

15

16

17

18



19

*ROS* farm area

20

64.    **Buildings.**  The *ROS* play area contains numerous buildings that are substantially

21

similar to buildings in BATTLEGROUNDS.  Although buildings have been used in prior games, the

22

facades and layouts of the buildings in *ROS* are strikingly similar to those in BATTLEGROUNDS.

23

On information and belief, Defendants copied PUBG's expressive depictions of the buildings

24

identified below where other depictions could have been used for the purpose of evoking the same

25

gameplay experience depicted in BATTLEGROUNDS.  For example, each game contains a two-

26

story home with a garage, garage roof deck, front door, windows, rooflines, and masses of the same

27

shapes, proportions, and layouts.

28

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7
8
9



BATTLEGROUNDS two-story home

10
11
12
13
14
15
16
17
18



*ROS* two-story home

19
20
21
22
23
24
25
26
27
28

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010



Garage roof deck on BATTLEGROUNDS two-story home



Garage roof deck on *ROS* two-story home

As another example, both games contain a three-story residential building with masses, rooflines, entrances, windows, and roof decks, of the same shapes, proportions, and layouts.

1
2
3
4
5
6
7
8
9



Three-story residential building in BATTLEGROUNDS

10
11
12
13
14
15
16
17
18



Three-story residential building in *ROS*

19
20
21
22
23
24
25
26
27
28

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7
8
9



Roof deck on three-story residential building in BATTLEGROUNDS

10
11
12
13
14
15
16
17
18



Roof deck on three-story residential building in *ROS*

19
20
21

As another example, each game contains an elongated single-story building with mass, windows, roofline, entrance, doorway, steps, balconies, railings of the same shapes, proportions, and layouts.

22
23
24
25
26
27
28

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7
8
9



Single-story building in Battleground

10
11
12
13
14
15
16
17
18
19



Single-story building in *ROS*

20   As another example, each game contains an observation tower with a platform, roof, and staircase of

21   approximately the same shape and proportions.

22
23
24
25
26
27
28



PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7
8
9


Observation towers in BATTLEGROUNDS

10
11
12
13
14
15
16
17
18


Observation tower in *ROS*

19  The foregoing are selected representative examples and not an exhaustive catalogue of the large

20  number of similarities in the BATTLEGROUNDS and *ROS* game play areas.

21      65.   **Air Jump.**  Play begins in *ROS* with a transport airplane from which players jump,

22  freefall, and parachute into the play area.  As in BATTLEGROUNDS, the route of the plane is

23  shown in a mini-map within the play screen, and players can choose to jump at any point.  Both *ROS*

24  and BATTLEGROUNDS use similar types of vehicles, similar expressions of a satellite-view map

25  depicting various locations and their names, and similar expressions to indicate the user's location

26  on the map.  On information and belief, Defendants copied PUBG's expressive depictions of an Air

27
28

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

Jump where other depictions could have been used for the purpose of evoking the same introductory experience felt by players of BATTLEGROUNDS.





Transport Airplane in BATTLEGROUNDS





Transport Airplane in *ROS*



Airplane Route Map in PUBG

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010



Airplane Route Map in *ROS*

66.   **Freefall and Parachuting.**  As in BATTLEGROUNDS, following the jump from the airplane, a player can choose to freefall or parachute toward the ground.  The depiction of freefall in *KO* is strikingly similar to the depiction of freefall in BATTLEGROUNDS.  Further, *KO* uses the same depiction of a parachute as used in BATTLEGROUNDS.  On information and belief, Defendants copied PUBG's expressive depictions of freefall and parachuting, where other depictions could have been used, solely for the purpose of evoking the same introductory experience felt by players of BATTLEGROUNDS.



Freefall in BATTLEGROUNDS

1
2
3
4
5
6
7
8



Freefall in *ROS*

9
10
11
12
13
14
15
16



Parachuting in BATTLEGROUNDS

17
18
19
20
21
22
23
24



Parachuting in *ROS*

25
26
27
28

67.    **Weapons.**  The firearms, melee weapons, and throwable weapons in *ROS* are

substantially similar to those in BATTLEGROUNDS.  In general, and on information and belief,

each weapon in *ROS* corresponds to a weapon in BATTLEGROUNDS that is the same type of

weapon, inflicts the same or a similar amount of damage per hit, has a similar appearance, has a similar operation, has similar attachments, and has a similar name.  Further, the assortment of weapons and weapon types available in *ROS* are substantially similar to those in BATTLEGROUNDS, as explained in further detail below.

68.     **Firearms.**  The firearms in *ROS* are substantially similar to those in BATTLEGROUNDS, having the same or similar type, appearance, and, on information and belief, performance statistics (*e.g.*, load capacity and damage inflicted per discharge). For example, the "Tommy Gun" submachine gun in BATTLEGROUNDS and the "Thompson" submachine gun in *ROS* have substantially similar appearances and performance statistics.  Although weapons have been used in prior games, on information and belief, Defendants have copied PUBG's graphical, statistical and audio expressions of the weapons identified below where other graphical, statistical and audio expressions could have been used.  For example, note the similarity of the grip, magazine and the stock of both the BATTLEGROUNDS "M416" and the *ROS* "MA14" assault rifle.



"M416" Assault Rifle in BATTLEGROUNDS



"MA14" Assault Rifle in *ROS*

1   As another example, the "Tommy Gun" submachine gun in BATTLEGROUNDS and the

2   "Thompson" submachine gun in *ROS* have substantially similar appearances and performance

3   statistics.



"Tommy Gun" Submachine Gun in BATTLEGROUNDS



"Thompson" Submachine Gun in *ROS*

As another example, the "AWM" sniper rifle in BATTLEGROUNDS and the "AWM" sniper rifle in

*ROS* have substantially similar appearances and performance statistics.  Note the same color scheme

of the two rifles.  Both rifles are available in different color schemes, but Defendants chose the color

scheme of their AWM rifle to closely mimic the appearance of the AWM rifle in

BATTLEGROUNDS.



"AWM" Sniper Rifle in BATTLEGROUNDS

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010



"AWM" Sniper Rifle in *ROS*, with scope and bipod attached

The foregoing are selected representative examples and not an exhaustive catalogue of the large number of similarities.

69.    **Attachments and Modifications for Firearms.**  The attachments and modifications for firearms in *ROS* are substantially similar to those in BATTLEGROUNDS, having the same or similar type, appearance, and on information and belief, performance statistics.  For example, both games offer muzzle attachments in the form of silencers/suppressors, flash hiders, compensators, and a shotgun choke; both games offer an angled grip attachment and vertical grip attachment; both games offer similar assortments of magazines and stocks, including "Extended" magazines, "QuickDraw" magazines, and "Extended QuickDraw" magazines; and both games offer similar assortment of scopes, including a "red dot sight" that is depicted similarly in both games.  Selected representative examples are shown below:



"Red Dot Sight" in BATTLEGROUNDS



"Red Dot Sight" in *ROS*

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Angled Foregrip and Vertical Foregrip in BATTLEGROUNDS



Triangle Grip and Vertical Foregrip in *ROS*

For example, note that the sniper rifle check pads in both games depict two adjustments in the *exact same* position despite the fact that this type of cheek pad is highly uncommon.  In fact, when searching "sniper rifle cheek pad," on Google, the only result depicting this style of cheek pad references the cheek pad used in BATTLEGROUNDS.

https://www.google.com/search?safe=off&biw=943&bih=921&tbm=isch&sa=1&ei=YY2yWq3QJq LajwSd7rDIAw&q=sniper+rifle+cheek+pad&oq=sniper+rifle+cheek+pad&gs_l=psy-ab.3...0.0.0.5996.0.0.0.0.0.0.0.0..0.0....0...1c..64.psy-ab..0.0.0....0.-JD66v_6sts:



Cheek Pad for Sniper Rifle in BATTLEGROUNDS

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Sniper Rifle Cheek Pad in *ROS*



Bullet Loops for Shotgun in BATTLEGROUNDS



Shotgun Bullet Loop in *ROS*



Extended Magazine for Submachine Guns in BATTLEGROUNDS

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Submachine Gun Extended Magazine for *ROS*

  

Suppressor, Compensator, and Flash Hider for Sniper Rifles in BATTLEGROUNDS

  

Silencer, Compensator, and Flash Hider for Sniper Rifles in *ROS*

The foregoing are selected representative examples and not an exhaustive catalogue of the large number of similarities.

70.      **Melee Weapons.**  The melee weapons in *ROS* are substantially similar to those in BATTLEGROUNDS.  Both games offer a frying pan and a crowbar that are depicted similarly and operate similarly.  The use of cookware as a melee weapon is highly uncommon in shooter type games, and Defendants' use of a frying pan with the same shape and properties as the frying pan introduced in BATTLEGROUNDS was intended to misappropriate Plaintiff PUBG's unique expression

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7
8



9

Frying Pan and Crowbar in BATTLEGROUNDS

10
11
12
13
14

 

15
16

Frying Pan and Crowbar in *ROS*

17  Additionally, in *ROS*, a rubber chicken is available as a melee weapon that causes damage.  Holding

18  the rubber chicken also enables the character to run faster.  The use of a rubber chicken to illustrate

19  the form of this melee weapon is unnecessary because other objects could have been used to

20  illustrate the same functions.  On information and belief, Defendants' decision to include a rubber

21  chicken as a melee weapon in *ROS* was made for the sole purpose of evoking the iconic "Winner

22  Winner Chicken Dinner" emblem of BATTLEGROUNDS.

23
24

![Rubber Chicken Melee Weapon]

25
26

Rubber Chicken Melee Weapon in *ROS*

27       71.      **Throwable Weapons.**  The throwable weapons in *ROS* also are substantially similar

28

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

to those in BATTLEGROUNDS. Each game has four grenades: a frag grenade, a stun grenade, a smoke grenade, and a Molotov cocktail. The grenades are depicted similarly, operate similarly, and, upon information and belief, inflict the same level of damage in each game. For example, in both BATTLEGROUNDS and *ROS*, the Molotov cocktail does not have a delayed explosion.



Fragmentation Grenade, Stun Grenade, Smoke Grenade, and Molotov Cocktail in BATTLEGROUNDS

  



Frag Grenade, Stun Grenade, Smoke Grenade, and Molotov Cocktail in *ROS*

The grenades in *ROS* are depicted similarly to the grenades in BATTLEGROUNDS. The frag grenade in each game is depicted as having a removable pin, a lever and a rounded body. The stun and smoke grenades are each oblong cylinders with a pin and lever and have writing on the side of the canister. On information and belief, Defendants copied PUBG's expressive depictions of the grenades identified above where other depictions could have been used. Additionally, *ROS* includes an exploding chicken grenade, which is depicted as a metal chicken. It has a larger blast radius than the frag grenade but deals the same amount of damage. The use of a chicken head to illustrate a grenade variation is unnecessary, because other objects or images could have been used to illustrate the same functions. On information and belief, Defendants' decision to include an exploding chicken as a throwable weapon in *ROS* was made for the sole purpose of evoking the iconic "Winner

63

Winner Chicken Dinner" emblem of BATTLEGROUNDS.



72.  **Armor.**  The armor in *ROS* is substantially similar to the armor in BATTLEGROUNDS.  Each game has three levels of helmets and three levels of body armor, and these items are depicted similarly, operate similarly, and, on information and belief, provide the same levels of damage reduction.



BATTLEGROUNDS Helmets providing good damage reduction (Level 1), better damage reduction (Level 2), and best damage reduction (Level 3), respectively



*ROS* Helmets providing good damage reduction (Level 1), better damage reduction (Level 2), and best damage reduction (Level 3), respectively

The different levels of helmets are expressed similarly across both games.  For example, the "Level 1" helmet in both games is a motorcycle or scooter-style helmet which covers the top, back and sides of the wearer's head.  The "Level 2" helmet in both games is a camouflaged military helmet and covers the same areas of the wearer's head as the "Level 1" helmet.  Finally, the "Level 3" helmet in

both games resembles a special forces helmet covers all sides of the wearer's head including the front and has a shiny black appearance, and both include a visor.  On information and belief, Defendants copied PUBG's expressive depictions of the helmets identified above where other depictions could have been used.

 

BATTLEGROUNDS Body Armor providing good damage reduction (Level 1), better damage reduction (Level 2), and best damage reduction (Level 3), respectively

  

*ROS* Body Armor providing good damage reduction (Level 1), better damage reduction (Level 2), and best damage reduction (Level 3), respectively

Additionally, both games provide a frying pan for use as armor, as discussed further below.

73.     **Frying Pan.**  As explained above in paragraph 68, *ROS* provides a frying pan that can be used both as a melee weapon and as armor, as in BATTLEGROUNDS.  The frying pan in *ROS* is designed with the same shape and characteristics as the frying pan in BATTLEGROUNDS.  As with the BATTLEGROUNDS frying pan, the *ROS* frying pan provides medium damage output when used as a melee weapon and can deflect shots when in a character's hand or on a character's back. The use of a frying pan to illustrate this item of weaponry and armor is unnecessary to the game, because other objects could have been used to illustrate the same functions.  On information and belief, Defendants' decision to include a frying pan as a melee weapon and armor item in *ROS* was made for the sole purpose of evoking the iconic frying pan emblem of BATTLEGROUNDS.

 

Frying pan wielded as melee weapon in BATTLEGROUNDS

  

Frying pan wielded as melee weapon in *ROS*



Frying pan worn as butt armor in BATTLEGROUNDS

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7
8



9
10
11
12
13
14
15



16

Frying pan worn as butt armor in *ROS*

17         74.      **Clothing and Other Wearable Equipment.**  The clothing and other items of

18   wearable equipment in *ROS* are substantially similar to those in BATTLEGROUNDS.  Each game

19   has a similar assortment of such items, which are depicted similarly, operate similarly, and, on

20   information and belief, possess the same or similar statistics.  For example, *ROS* offers three levels

21   of backpacks with increasing capacity, corresponding to those in BATTLEGROUNDS.

22
23
24
25
26
27
28

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7

  

BATTLEGROUNDS Backpacks providing good damage reduction (Level 1), better damage reduction (Level 2), and best damage reduction (Level 3), respectively

8
9
10
11

  

12
13

*ROS* Backpacks providing good damage reduction (Level 1), better damage reduction (Level 2), and best damage reduction (Level 3), respectively

14   The different levels of backpacks are expressed similarly across both games.  For example, the

15   "Level 1" and "Level 2" backpacks in both games are similarly contoured.  The "Level 3" backpacks

16   in both games are much rounder and noticeably distinct from other backpacks.  On information and

17   belief, Defendants copied PUBG's expressive depictions of the backpacks identified above where

18   other depictions could have been used.  As another example, *ROS* offers a full-body "Ghillie Suit"

19   that camouflages a player like the full-body "Ghillie Suit" in BATTLEGROUNDS.

20
21
22
23
24
25
26



27   Ghillie Suit in BATTLEGROUNDS

28

1
2
3
4
5
6
7
8
9



Ghillie Suit in *ROS*

10
11
12
13
14
15
16
17



Character wearing Ghille Suit in BATTLEGROUNDS

18
19
20
21
22
23
24
25
26
27



Character wearing Ghille Suit in *ROS*

28

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1   As another example, *ROS* offers various types of pants, shirts, shoes, jackets, hats, gloves, masks,

2   glasses, goggles that can be worn by characters, all of which correspond to similar items in

3   BATTLEGROUNDS.  This type of clothing allows characters to be depicted in everyday outfits

4   rather than in traditional combat gear.  Whereas other video games use only traditional military

5   uniforms, the availability of everyday street clothing as well as military gear in both

6   BATTLEGROUNDS and *ROS* furthers each game's conceit of different types of people being

7   forced to fight one another rather than the traditional video game use of traditional soldiers in a

8   warzone.



Examples of clothing in BATTLEGROUNDS



PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7
8
9



Examples of clothing in *ROS*

10
11
12

The foregoing are selected representative examples and not an exhaustive catalogue of the large number of similarities.

13       75.       **Character Configuration.**  The configuration of characters in *ROS* is substantially
14   similar to that of characters in BATTLEGROUNDS.  The organization and capacity of slots for
15   holding items on a character's body in *ROS* are identical to those in BATTLEGROUNDS, exception
16   that the *ROS* configuration has one less waist slot.  The significance of this variation is very minor,
17   however, because it is largely negated by another adjustment, *i.e.*, grenades occupy a waist slot in
18   BATTLEGROUNDS but come equipped (without occupying any configurable slot) in *ROS*.
19   Additionally, in *ROS* a frying pan may be placed over a character's butt by assigning it to the fist
20   slot, just as in BATTLEGROUNDS.

21
22
23
24
25
26
27
28



Character Configuration in BATTLEGROUNDS



Character Configuration in *ROS*

76.    **Consumables.**  The consumable resources in *ROS* are substantially similar to those in BATTLEGROUNDS.  Each game has a similar assortment of such items, which are depicted similarly, operate similarly, and, on information and belief, possess the same or similar statistics. Every consumable item in *ROS* has a direct counterpart in BATTLEGROUNDS, and BATTLEGROUNDS has only one consumable item (a painkiller depicted as a prescription pill bottle) that lacks a direct counterpart in *ROS*.  For example, each game offers a drink that boosts health and is depicted as a can of everyday beverage which everyday logic suggests would be unable to heal wounds but is used instead in both games to comically provide a non-traditional method of restoring health.  The shared use of this non-traditional health boost demonstrates that Defendants copied PUBG's expressive depiction of a health boost in order to evoke the same feeling and

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

experience felt by players in BATTLEGROUNDS.



"Energy Drink" in BATTLEGROUNDS



"Sports Drink" in *ROS*

As another example, each game offers a bandage, a first aid kit, and a medical kit that may be used to restore health following injury.

  

Bandage, First Aid Kit, and Med Kit in BATTLEGROUNDS

  

Bandage, First Aid Kit, and Med Kit in *ROS*

As another example, both games offer a syringe that fills the player's boost bar and can be found only in air-dropped supply boxes.

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1

2

3



4

Adrenaline Syringe in BATTLEGROUNDS

5

6

7



8

9

Cardio Tonic Syringe in *ROS*

10

As another example, both games offer a fuel container that can be used to refuel vehicles.

11

12

13



14

15

Gas Can in BATTLEGROUNDS

16

17

18



19

20

Fuel Barrel in *ROS*

21

The foregoing are selected representative examples and not an exhaustive catalogue of the large

22

number of similarities.

23

        77.    **Vehicles.**  The vehicles in *ROS* are substantially similar to those in

24

BATTLEGROUNDS.  Each game has a similar assortment of vehicles, which are depicted similarly

25

and, on information and belief, possess the same or similar statistics.  For example, both games offer

26

a motorcycle.

27

28

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7
8



Motorcycles in BATTLEGROUNDS

9
10
11
12
13
14
15



Motorcycle in *ROS*

16
17
18

As a further example, both games use Jeeps that share the same basic structure, including open-air seating and metal bars at the front of the car that can be used as weapons against pedestrian opponents.

19
20
21
22
23
24
25
26
27



UAZ in BATTLEGROUNDS

28

75

1
2
3
4
5
6
7
8



Jeep in *ROS*

9   As a further example, both games also use sedans that are farcically unequipped for and misplaced in

10  the battlefields depicted in each game.

11
12
13
14
15
16
17



18  Vehicle in BATTLEGROUNDS with vehicle boost bar depicted under vehicle fuel bar

19
20
21
22
23
24
25
26
27



Vehicle in *ROS* with vehicle boost bar depicted under vehicle fuel bar

28

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

The foregoing are selected representative examples and not an exhaustive catalogue of the large number of similarities.

78.      **Air-Dropped Supply Boxes.** *ROS* features air-dropped supply boxes that are substantially similar to those in BATTLEGROUNDS.  As in BATTLEGROUNDS, in *ROS*, the supply boxes are dropped from an aircraft, which can be heard by the players before the supply boxes drop down.  The supply boxes in *ROS* are depicted in a different color combination than those in BATTLEGROUNDS, but the *ROS* supply boxes mimic their BATTLEGROUNDS counterparts in all other respects.  For example, the supply boxes in both games are covered in tarps and let out visually dramatic plumes of red smoke after landing.  On information and belief, Defendants copied PUBG's expressive depictions of the air-drop area where other depictions could have been used for the purpose of evoking the same iconic air-drop experience depicted in BATTLEGROUNDS.



Aircraft That Drops Supply Boxes in BATTLEGROUNDS

1
2
3
4
5
6
7
8



Aircraft That Drops Supply Boxes in *ROS*

9
10
11
12
13
14
15
16
17
18
19



Supply Box With Red Smoke After Landing in BATTLEGROUNDS

20
21
22
23
24
25
26
27
28

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7
8



Supply Box With Red Smoke After Landing in *ROS*

9
10
11
12
13
14
15
16
17



Supply Box in BATTLEGROUNDS

18
19
20
21
22
23
24
25
26
27



Supply Box in *ROS*

28

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

79.    **Bombardment Zone.**  *ROS* includes a bombardment zone feature that is substantially similar to the bombardment zone feature in BATTLEGROUNDS.  As in BATTLEGROUNDS, the bombardment zone in *ROS* periodically spawns and is depicted by a red-shaded area superimposed on the miniature play area map within the play screen.  As in BATTLEGROUNDS, players in *ROS* receive a warning message about the bombardment zone, and during bombardments interior spaces away from windows within buildings are safe.



Bombardment Zone indicated by red shading on maps in BATTLEGROUNDS



Bombardment Zone indicated by red shading on maps in *ROS*

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

   80. **Shrinking Gameplay Area.** *ROS* includes a shrinking gameplay area feature that is substantially similar to the shrinking gameplay area feature in BATTLEGROUNDS.  As in BATTLEGROUNDS, the shrinking gameplay area in *ROS* is depicted by a white circle on the gameplay area map.  In both games, the circle shrinks in iterations, with each iteration encompassing one-third of the previous area.  Both games also display a timer that warns players when the next shrink will occur.



Shrinking circle and timer depicted in BATTLEGROUNDS



Mini-map showing shrinking blue circle indicating restricted area in BATTLEGROUNDS

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010



Shrinking circle and timer depicted in *ROS*

81. **"Winner Winner Chicken Dinner."** On information and belief, when a player emerges victorious at the end of *ROS*, his or her screen displays "WINNER WINNER CHICKEN DINNER," the same catchphrase that was creatively selected by PUBG to congratulate winners of BATTLEGROUNDS and that has become emblematic of BATTLEGROUNDS. The phrase is displayed in all capital letters in both games.



Sample victory screen display in BATTLEGROUNDS

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1

2

3

4

5

6

7



8        Sample victory screen display in *ROS*

9   Additionally, in *ROS*, the final screen of the game for all players displays the bust of a chicken.  The

10  chicken is depicted in the lower-right area of the screen, both for the winner of the game (as depicted

11  above) and for the other players (as depicted below).  On information and belief, Defendants'

12  decision to include chicken imagery in the concluding screen display of *ROS* was made for the sole

13  purpose of evoking the iconic "Winner Winner Chicken Dinner" concluding emblem of

14  BATTLEGROUNDS.

15

16

17



18

19

20

21

22        Sample game conclusion screen for player who did not win in *ROS*

23

24

25

26

27

28

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

82.      **Advertising, Marketing and Promotional Materials.**  On information and belief, Defendants have advertised, marketed and/or promoted *ROS* in a manner intended to confuse consumers into believing that *ROS* is affiliated with or otherwise related to BATTLEGROUNDS. These actions are evidenced by the relationship in the Android Google Play Store and Apple App Store between *ROS* and BATTLEGROUNDS, the similarities between the appearance and description of *ROS* and BATTLEGROUNDS and the use of images unique to BATTLEGROUNDS on the *ROS* Facebook page.  For example, within the Google Play Store, *ROS* appears as the third result when searching for "PUBG Game" and is promoted using vehicles similar to those in BATTLEGROUNDS.



Google Play Store Results for Term "PUBG Game"

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7
8
9
10
11
12
13



Use of Jeep in Google Play Store Description of *ROS*

14   Further, in the Apple App Store *ROS* appears as the third result when searching for "PUBG" and is

15   promoted using depictions of parachutes, vehicles and supply boxes used in BATTLEGROUNDS.

16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15



Apple App Store Results for Term "PUBG Game"

16
17
18
19
20
21
22
23
24
25



Use of Parachutes, Supply Box with Red Smoke and Jeep in Apple App Store Description of *ROS*

26
27
28

86

1  Defendants have also advertised, marketed and promoted *ROS* on Facebook using imagery and

2  expressions reminiscent of those created for BATTLEGROUNDS.  For example, the *ROS* Facebook

3  page advertises vehicles, supply boxes, locations and weapons unique to BATTLEGROUNDS.

4  Further, the *ROS* Facebook page uses imagery and advertisements that evoke the "Winner Winner

5  Chicken Dinner" messaging used in BATTLEGROUNDS.

6

7

8                 

9

10

11

12

13

14

15                     Vehicles and Supply Boxes in *ROS* Advertising

16

17                      

18

19

20

21

22

23

24

25

26

27                         Frying Pan in *ROS* Advertising

28

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7
8
9
10
11
12
13



14
15
16
17
18
19
20
21
22
23
24
25



26

Evocations of "Winner Winner Chicken Dinner" in *ROS* Advertising

27
28

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

Defendants have also advertised *ROS* using vehicles and locations that do not appear in *ROS* but do appear in BATTLEGROUNDS (ex. a two-seater buggy, a four-propeller military aircraft, power plant with a single cooling tower).



Two-Seater Buggy and Power Plant with Single Cooling Tower in *ROS* Advertising



Two-Seater Buggy in BATTLEGROUNDS

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Power Plant with Two Cooling Towers in *ROS*



Power Plant with One Cooling Tower in BATTLEGROUNDS

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010



Four-Propeller Military Aircraft in *ROS* Advertising

**Copying in *Knives Out* Game**

83. ***Knives Out:*** *Knives Out* ("*KO*") is a video game for mobile devices that was made and released by Defendants. On information and belief, *KO* was released in the United States on or about November 3, 2017.

84. On information and belief, Defendants created *KO* by copying BATTLEGROUNDS and with the intention of creating a version of BATTLEGROUNDS for mobile devices.

85. On information and belief, Defendants intended to create consumer confusion as to the source of *KO* and intended to cause consumers to believe, incorrectly, that *KO* had been

92

developed by PUBG.  On information and belief, Defendants intended to misappropriate consumer goodwill toward PUBG in order to market and gain economic benefit from *KO*.

86.     On information and belief, there has in fact been confusion in the marketplace as to the source and origin of *KO*, with consumers believing, incorrectly, that *KO* was developed by PUBG.  For example, *KO* has been referred to in the marketplace as "Mobile PUBG" or "PUBG Mobile":



MOBILE PUBG - Knives Out - Solo Adventures #1
BeachBanana • 4.8K views • 1 month ago
Subscribe for more videos: https://www.youtube.com/channel/UCF3rEszvE9AGlS0Mm6VwSNg?
sub_confirmation=1  ----------



"Knives Out" The PUBG Mobile Experience
Pixel Enemy ✔ • 1.2K views • 1 month ago
"Knives Out" The PUBG Mobile Experience Subscribe: https://www.youtube.com/subscription_center?
add_user=pixelenemy Knives
4K



PUBG Mobile ( Knives Out )
AgentVenom SG • 1.5K views • 2 months ago
Me and GH05T SG attempt to play Knives Out! Glitches at the end caused us to loose... whoops! A
spoiler! •==•==•==•==•==•Links



Knives Out Mobile PUBG Game Gameplay
sonicOring • 847 views • 2 months ago
Knives Out Mobile PUBG Game Gameplay app game by NetEase Games on iOS, iPhone, iPad, Android
Gameplay Trailer. HD

Sampling of player videos available on YouTube.com
(https://www.youtube.com/results?search_query=pubg+knives+out)

87.     On information and belief, commentators in the industry have characterized *KO* as a copy, or "knockoff" of BATTLEGROUNDS.  For example, one commentator called *KO* "a damn near carbon copy" of BATTLEGROUNDS that "mimic[s]" BATTLEGROUNDS "to an

93

1  uncomfortable degree." http://toucharcade.com/2017/11/14/playerunknowns-battlegrounds-mobile-

2  knockoff-knives-out/.  Other commentators have noted that "NetEase's strategy of quickly launching

3  multiple PUBG clones appears to be paying off."

4  http://www.pocketgamer.biz/asia/news/67212/knives-out-100-million-downloads/; *see also*

5  http://www.droidgamers.com/2017/11/24/pubg-knives-netease-android/ ("Just when you thought

6  you had enough Player Unknown's Battlegrounds mobile clones by NetEase, you get another.

7  Knives Out is out now on Google Play, and it looks remarkably similar to last week's Rules of

8  Survival.").

9      88.    On information and belief, the *KO* app can be downloaded to a mobile device free of

10  charge, and the *KO* game can be played free of charge.  On information and belief, Defendants have

11  released *KO* into the marketplace at or below cost for the purpose of gaining market share before

12  PUBG release BATTLEGROUNDS for mobile devices.

13      89.    *KO* contains many elements that are substantially similar to copyrightable elements of

14  creative audiovisual expression in BATTLEGROUNDS, including at least the following.

15      90.    **Total Look and Feel.**  The overall look, feel, and audiovisual style of *KO* closely

16  mimic the stylized realism of BATTLEGROUNDS.

17              *Knives Out*                      BATTLEGROUNDS

 

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7
8
9
10
11
12







13   91.   **Overall Gameplay.**  The overall look and feel of gameplay in *KO* very closely

14   matches that of BATTLEGROUNDS.  For example, the narrative arc of the game; the audio and

15   visual representations of movement, shooting, and healing; and the battle formats presented (*e.g.*,

16   player versus everyone and small teams of five players versus everyone, with 100 players per game)

17   all correspond to those of BATTLEGROUNDS.

18   92.   **Pre-play Area.**  As in BATTLEGROUNDS, the *KO* audiovisual experience begins

19   with a pre-play area where players can meet each other and try out weapons while waiting for

20   enough players to join.  While prior games have used pre-play screens and areas, the expressive

21   depiction of a pre-play area in BATTLEGROUNDS, which encourages players to interact with

22   another, use weapons, and explore gameplay mechanics is unique.  On information and belief,

23   Defendants copied PUBG's expressive depictions of the pre-play area where other depictions could

24   have been used for the purpose of evoking the same pre-play experience depicted in

25   BATTLEGROUNDS.

26
27
28

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28





Pre-play area in *KO*

93.    **Play Area Map.**  Like BATTLEGROUNDS, *KO* provides a map defining the area of play, and the *KO* map is substantially similar to the BATTLEGROUNDS map.  The BATTLEGROUNDS map and *KO* map each comprises a square-ish mass of land with primary and secondary islands, a major waterway, and bridges.  Both maps feature mountainous topography which is depicted as if taken using a reconnaissance satellite, yellow gridlines, yellow featured location indicators and white lettered descriptions of those features areas.  Although maps have been used in prior games, the depiction of the map in *KO* is strikingly similar to the depiction of the map in BATTLEGROUNDS.  On information and belief, Defendants copied PUBG's expressive depiction of the map where another depiction could have been used.

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7
8
9



BATTLEGROUNDS Play Area Map

10
11
12
13
14
15
16
17
18
19
20
21



*KO* Play Area Map

22

23    **94.    Scenes and Locations.**  Many of the locations, structures, landscapes, and other

24  features within the *KO* play area closely correspond to those within the BATTLEGROUNDS play

25  area.  For example, the BATTLEGROUNDS play area and the *KO* play area each contain at least

26  areas containing ruins, a port with shipping containers, a power plant, a warehouse area, and a

27  wetland area.  These areas in *KO* are strikingly similar to those in BATTLEGROUNDS.  On

28  information and belief, Defendants copied PUBG's expressive depictions of the scenes and locations

97

identified below where other depictions could have been used for the purpose of evoking the same gameplay experience depicted in BATTLEGROUNDS.

| *Knives Out* | BATTLEGROUNDS |
|---|---|

 

 

 

 

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6

 

7

8  The foregoing are selected representative examples and not an exhaustive catalogue of the large

9  number of similarities.

10      95.    **Buildings.**  The *KO* play area contains numerous buildings that are substantially

11  similar to buildings in BATTLEGROUNDS.  Although buildings have been used in prior games, the

12  facades and layouts of the buildings in *KO* are strikingly similar to those in BATTLEGROUNDS.

13  On information and belief, Defendants copied PUBG's expressive depictions of the buildings

14  identified below where other depictions could have been used for the purpose of evoking the same

15  gameplay experience depicted in BATTLEGROUNDS.  For example, each game contains a two-

16  story hexagonal tower with stairs, windows, rooflines, and overall structure of the same shapes,

17  proportions, and layouts.

18
19
20
21
22
23
24
25



26  Two-story hexagonal tower in BATTLEGROUNDS

27
28

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010



Two-story hexagonal tower in *KO*

As another example, each game contains a two-home cluster in which the homes' masses, windows, doors, rooflines, balconies, patios, and overall structure are the same shapes, proportions, and layouts in both games.



Pair of homes in BATTLEGROUNDS



Pair of homes in *KO*

As another example, each game contains a two-story home with a garage, garage roof deck, and

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

masses of the same shapes, proportions, and layouts.



Two-story home in BATTLEGROUNDS



Two-story home in *KO*



Garage roof deck on two-story home in BATTLEGROUNDS

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7
8



Garage roof deck on two-story home in *KO*

9   As another example, each game contains a small, freestanding, single-story angular structure with a

10  tiled roof, a single door, and a row of vertically short, horizontally elongated windows that extends

11  around all the walls at approximately eye-level.

12
13
14
15
16
17



Exterior of structure with eye-level windows in BATTLEGROUNDS

18
19
20
21
22
23
24
25



26
27
28

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010



Exterior of structures with eye-level windows in *KO*



Interior of structure with eye-level windows in BATTLEGROUNDS



Interior of structure with eye-level windows in *KO*

As another example, each game contains a three-story residential building with masses, rooflines, entrances, windows, and roof decks, of the same shapes, proportions, and layouts, as well as similar façades and staircases.

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7
8



Three-story residential building in BATTLEGROUNDS

9
10
11
12
13
14
15



Three-story residential building in *KO*

16
17
18
19
20
21
22
23



Roof deck on three-story residential building in BATTLEGROUNDS

24
25
26
27
28

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010



Roof deck on three-story residential building in *KO*



Staircase in three-story residential building in BATTLEGROUNDS



Staircase in three-story residential building in *KO*

As another example, each game contains an elongated single-story building with mass, windows, entrances, and steps of similar shapes, proportions, and layouts.  Further, both contain a second door on the left side of the building.

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1

2

3

4

5

6

7


Single-story building in BATTLEGROUNDS

8

9

10

11

12

13

14

15


Single-story building in *KO*

16  Further, both houses contain vacated and rundown interiors with wooden floors and a bathroom

17  adjacent to the front door.

18

19

20

21

22

23

24


Interior of single-story building in BATTLEGROUNDS

25

26

27

28

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010



Interior of single-story building in *KO*

As another example, each game contains a plain rectangular garage with smooth façade where a four-passenger vehicle is respawned.



Rectangular garage in BATTLEGROUNDS



Rectangular garage in *KO*

As another example, each game contains a light brown warehouse with a textured façade, gable roof, and triangular pediment above the entrance.

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7



Warehouse in BATTLEGROUNDS

8
9
10
11
12
13
14
15



Warehouse in *KO*

16   Further, both warehouses contains wooden crates stacked along the walls and in the middle of the
17   room.

18
19
20
21
22
23



Wooden crates in warehouse in BATTLEGROUNDS

24
25
26
27
28

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010



Wooden crates in warehouse in *KO*

The foregoing are selected representative examples and not an exhaustive catalogue of the large number of similarities.

96.     **Air Jump.**  Play begins in *KO* with a transport aircraft from which players jump, freefall, and parachute into the play area.  Similar to BATTLEGROUNDS, the route of the aircraft is shown in a mini-map, and players can choose to jump at any point.  Both *KO* and BATTLEGROUNDS use similar types of vehicles, similar expressions of a satellite-view map depicting yellow gridlines as well as various locations and their names, and similar expressions to indicate the user's location on the map. On information and belief, Defendants, having recognized the sheer volume of misappropriation in *KO*, made a minor change and replaced the originally used military-style transport airplane with a military-style transport helicopter. On information and belief, Defendants copied PUBG's expressive depictions of an Air Jump where other depictions could have been used.



Transport Aircraft in BATTLEGROUNDS

109

1
2
3
4
5
6
7
8



Original Transport Aircraft in *KO*

9
10
11
12
13
14
15
16



Modified Transport Aircraft in *KO*

17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7
8
9
10
11
12
13



Aircraft Route Map in PUBG

14
15
16
17
18
19
20
21
22
23
24



Airplane Route Map in *KO*, with location of aircraft shown by circular symbol "⊙" and direction of travel shown by arrow symbol "▾"

25    97.    **Freefall and Parachuting.** As in BATTLEGROUNDS, following the jump from the

26  aircraft, a player can choose to freefall or parachute toward the ground. The depiction of freefall in

27  *KO* is strikingly similar to the depiction of freefall in BATTLEGROUNDS. Further, *KO* uses the

28  same depiction of a parachute as used in BATTLEGROUNDS. On information and belief,

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1    Defendants copied PUBG's expressive depictions of freefall and parachuting, where other depictions

2    could have been used, solely for the purpose of evoking the same introductory experience felt by

3    players of BATTLEGROUNDS.



Freefall in BATTLEGROUNDS



Original Freefall in *KO*



Modified Freefall in *KO*

112


Parachuting in BATTLEGROUNDS


Parachuting in *KO*

98.    **Weapons.**  The firearms, melee weapons, and throwable weapons in *KO* are substantially similar to those in BATTLEGROUNDS.  In general, and on information and belief, each weapon in *KO* corresponds to a weapon in BATTLEGROUNDS that is the same type of weapon, inflicts the same or a similar amount of damage per hit, has a similar appearance, has a similar operation, has similar attachments, and has a similar name.  Further, the assortment of weapons and weapon types available in *KO* are substantially similar to those in BATTLEGROUNDS, as explained in further detail below.

99.    **Firearms.**  The firearms in *KO* are substantially similar to those in BATTLEGROUNDS, having the same or similar type, appearance, and, on information and belief, performance statistics (*e.g.*, load capacity and damage inflicted per discharge).  For example, the AKM assault rifle in BATTLEGROUNDS and the AK-47 assault rifle in *KO* have substantially

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

similar appearances and performance statistics.  Although weapons have been used in prior games, on information and belief, Defendants have copied PUBG's graphical, statistical and audio expressions of the weapons identified below where other graphical, statistical and audio expressions could have been used.  For example, note the similarity of the wood grain pattern on the stock, fore grip and handles of both AK-47s.



AKM assault rifle in BATTLEGROUNDS



AK-47 assault rifle in *KO*

As another example, the SCAR-L assault rifle in BATTLEGROUNDS and the S-ACR assault rifle in *KO* have substantially similar appearances and performance statistics.  Note the same color scheme of the two rifles.  Both rifles are available in different color schemes, but Defendants chose the color scheme of their S-ACR rifle to closely mimic the appearance of the SCAR-L rifle in BATTLEGROUNDS.

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5



6   SCAR-L assault rifle in BATTLEGROUNDS

7
8
9
10



11
12
13
14
15
16   S-ACR assault rifle in *KO*

17   As another example, the M16A4 assault rifle in BATTLEGROUNDS and the M4A1 assault rifle in

18   *KO* have substantially similar appearances and performance statistics.

19
20
21
22



23
24
25   "M416" Assault Rifle in BATTLEGROUNDS

26
27
28

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010



M4A1 assault rifle in *KO*

As another example, the UMP9 submachine gun in BATTLEGROUNDS and the MP5 submachine gun in *KO* have substantially similar appearances and performance statistics.



UMP9 submachine gun in BATTLEGROUNDS



MP5 submachine gun in *KO*

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

As another example, the Micro Uzi submachine gun in BATTLEGROUNDS and the Uzi submachine gun in *KO* have substantially similar appearances and performance statistics.



Micro Uzi submachine gun in BATTLEGROUNDS



Uzi submachine gun in *KO*

As another example, the Vector submachine gun in BATTLEGROUNDS and the MK5 submachine gun in *KO* have substantially similar appearances and performance statistics.



Vector submachine gun in BATTLEGROUNDS

117

1
2
3
4
5
6
7
8



MK5 submachine gun in *KO*

9 As another example, the M24 sniper rifle in BATTLEGROUNDS and the M24 sniper rifle in *KO*

10 have substantially similar appearances and performance statistics.  In particular, both depictions of

11 this rifle share the same stock with an extended recoil pad.

12
13
14



15 M24 sniper rifle in BATTLEGROUNDS

16
17
18
19
20
21
22
23



24 M24 sniper rifle in *KO*

25 As another example, the AWM sniper rifle in BATTLEGROUNDS and the AWM sniper rifle in *KO*

26 have substantially similar appearances and performance statistics.  Note the use of the same color

27 scheme in the KO version, despite the fact that the AWM rifle is available in different color

28

schemes.



AWM sniper rifle in BATTLEGROUNDS



AWM sniper rifle in *KO*



Mauser sniper rifle in BATTLEGROUNDS



Mauser sniper rifle in *KO*

The foregoing are selected representative examples and not an exhaustive catalogue of the large number of similarities.

100.    **Attachments and Modifications for Firearms.**  The attachments and modifications for firearms in *KO* are substantially similar to those in BATTLEGROUNDS, having the same or similar type, appearance, and, on information and belief, performance statistics.  For example, both games offer muzzle attachments in the form of silencers/suppressors, compensators, and flash hiders; both games offer vertical and horizontal grip attachments of similar types; both games offer similar assortments of magazines and stocks, such as quick-draw and extended magazines; and both games offer similar assortments of scopes, including a "holographic sight" that is depicted similarly in both games.  Selected representative examples are shown below.

1
2
3
4



"Red Dot Sight" in BATTLEGROUNDS

5
6
7
8



"Holographic Sight" in *Knives Out*

9
10
11
12
13



Stock in BATTLEGROUNDS

14
15
16
17



Stock in *Knives Out*

18
19
20
21
22



Extended Magazine for Submachine Guns in BATTLEGROUNDS

23
24
25
26
27



Submachine Gun Extended Magazine for *Knives Out*

28

121



Suppressor, Compensator, and Flash Hider for Sniper Rifles in BATTLEGROUNDS

  

Suppressors, Compensator, and Flash Hider for Sniper Rifles in *Knives Out*

The foregoing are selected representative examples and not an exhaustive catalogue of the large number of similarities.

101.    **Melee Weapons.**  The melee weapons in *KO* are substantially similar to those in BATTLEGROUNDS.  For example, both games offer cookware in the shape of a pan.  The use of cookware as a melee weapon is highly uncommon in shooter type games, and Defendants' use of a pot lid with the same shape and properties as the frying pan introduced in BATTLEGROUNDS was intended to misappropriate Plaintiff PUBG's unique expression.



Frying Pan in BATTLEGROUNDS

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010



Pot Cover in *KO*

102.   **Throwable Weapons.**  The throwable weapons in *KO* also are substantially similar to those in BATTLEGROUNDS.  Each game has at least three grenades:  a frag grenade, a stun grenade, and a smoke grenade.  The grenades in *KO* are depicted similarly to the frag grenade in BATTLEGROUNDS.  The BATTLEGROUNDS frag grenade and the frag grenade used in *KO* are each depicted as having a removable pin, a lever and a rounded body with two lines of writing.  On information and belief, Defendants copied PUBG's expressive depictions of the grenades identified above where other depictions could have been used.



Frag Grenade in BATTLEGROUNDS



Frag Grenade an in *KO*

123

103.   **Armor.**  The armor in *KO* is substantially similar to the armor in BATTLEGROUNDS.  Each game has three levels of helmets and three levels of body armor, and these items are depicted similarly, operate similarly, and, on information and belief, provide the same levels of damage reduction.

  

BATTLEGROUNDS Helmets providing good damage reduction (Level 1), better damage reduction (Level 2), and best damage reduction (Level 3), respectively

  

*KO* Helmets providing good damage reduction (Level 1), better damage reduction (Level 2), and best damage reduction (Level 3), respectively

The different levels of helmets are expressed similarly across both games.  For example, the "Level 1" helmet in both games is a motorcycle or scooter-style helmet which covers the top, back and sides of the wearer's head.  The "Level 2" helmet in both games is a camouflaged military helmet and covers the same areas of the wearer's head as the "Level 1" helmet.  Finally, the "Level 3" helmet in both games resembles a special forces helmet covers all sides of the wearer's head including the front and has a shiny black appearance, and both include a visor.  On information and belief, Defendants copied PUBG's expressive depictions of the helmets identified above where other depictions could have been used.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



BATTLEGROUNDS Body Armor providing good damage reduction (Level 1), better damage
reduction (Level 2), and best damage reduction (Level 3), respectively



*KO* Body Armor providing good damage reduction (Level 1), better damage reduction (Level 2), and
best damage reduction (Level 3), respectively

The different levels of armor are expressed similarly across both games. For example, the "Level 1"
armor in both games is a snow-camouflaged vest with thin straps across the wearer's shoulders, back
and chest. The "Level 2" armor in both games is a thicker vest, with thicker straps and pouches on
the chest and waistline. Finally, the "Level 3" armor in both games has metal clasps on the wearer's
shoulders and contains segmented sections across the chest of the wearer. On information and
belief, Defendants copied PUBG's expressive depictions of the armor identified above where other
depictions could have been used. In addition to the armor described above, both games also provide
a frying pan-type item for use as armor, as discussed further below.

104.    **Frying Pan.** As explained above in paragraph 99, *KO* provides a pot lid that can be
used both as a melee weapon and as armor, like the frying pan in BATTLEGROUNDS. The pot lid
in *KO* is designed with the same shape and characteristics as the frying pan in BATTLEGROUNDS.
As with the BATTLEGROUNDS frying pan, the pot lid provides medium damage output when used
as a melee weapon and can deflect shots when in a character's hand or on a character's back (butt),
analogous to the frying pan in BATTLEGROUNDS. On information and belief, Defendants'

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

decision to include a pot lid as a melee weapon and armor item in *KO* was made for the sole purpose of evoking the iconic frying pan emblem of BATTLEGROUNDS.



Frying pan in BATTLEGROUNDS



Pot cover in *KO*



Frying pan wielded as melee weapon in BATTLEGROUNDS

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

 

Pot cover wielded as melee weapon in *KO*



Frying pan worn as butt armor in BATTLEGROUNDS



Pot cover worn as butt armor in *KO*

105.   **Clothing and Other Wearable Equipment.**  The clothing and other items of wearable equipment in *KO* are substantially similar to those in BATTLEGROUNDS.  Each game has a similar assortment of such items, which are depicted similarly, operate similarly, and, on information and belief, possess the same or similar statistics.  For example, *KS* offers three levels of backpacks with increasing capacity, corresponding to those in BATTLEGROUNDS.

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010



BATTLEGROUNDS Backpacks providing good damage reduction (Level 1), better damage reduction (Level 2), and best damage reduction (Level 3), respectively

  

*KO* Backpacks providing good damage reduction (Level 1), better damage reduction (Level 2), and best damage reduction (Level 3), respectively

The different levels of backpacks are expressed similarly across both games.  For example, the "Level 1" backpacks in both games are tan-colored and pear-shaped.  The "Level 2" backpacks are both green and similarly pear shaped.  Finally, the "Level 3" backpacks in both games are much rounder and are camouflaged.  On information and belief, Defendants copied PUBG's expressive depictions of the backpacks identified above where other depictions could have been used.

As another example, *KO* offers a full-body "Ghillie Suit" that camouflages a player like the full-body "Ghillie Suit" in BATTLEGROUNDS.



"Ghillie Suit" in BATTLEGROUNDS

128



Character wearing Ghillie Suit in BATTLEGROUNDS



Character wearing green Ghillie Suit in *KO*

As another example, *KO* offers various types of pants, shirts, shoes, jackets, hats, gloves, masks, glasses, goggles that can be worn by characters, which correspond to similar items in BATTLEGROUNDS.  This type of clothing allows characters to be depicted in everyday outfits rather than in traditional combat gear.  Whereas other video games use only traditional military

uniforms, the availability of everyday street clothing as well as military gear in both

BATTLEGROUNDS and *KO* furthers each game's conceit of different types of people being forced

to fight one another rather than the traditional video game use of traditional soldiers in a warzone.



Clothing in BATTLEGROUNDS



PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010







Clothing in *KO*

The foregoing are selected representative examples and not an exhaustive catalogue of the large number of similarities.

106.   **Character Configuration.**  The configuration of characters in *KO* is substantially similar to that of characters in BATTLEGROUNDS.  Each game provides two shoulder slots and two waist slots that may hold items.  Additionally, in *KO*, a frying pan or pot lid may be placed over a character's butt by assigning it to a specific slot, just as in BATTLEGROUNDS.

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7
8
9



Character Configuration in BATTLEGROUNDS

10
11
12
13
14
15
16
17
18



Character Configuration in *KO*

19
20
21
22
23
24
25
26
27

107.   **Consumables.**  The consumable resources in *KO* are substantially similar to those in BATTLEGROUNDS.  Each game has a similar assortment of such items, which are depicted similarly, operate similarly, and, on information and belief, possess the same or similar performance statistics.  Every consumable item in *KS* has a direct counterpart in BATTLEGROUNDS, and BATTLEGROUNDS has only two consumable items (a painkiller depicted as a prescription pill bottle and a syringe) that lack a direct counterpart in *KO*.  For example, each game offers a drink that boosts health and is depicted as an everyday beverage which everyday logic suggests would be unable to heal wounds but is used instead in both games to comically provide a non-traditional

28

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

method of restoring health.  The shared use of this non-traditional health boost demonstrates that Defendants copied PUBG's expressive depiction a health boost in order to evoke the same feeling and experience felt by players in BATTLEGROUNDS.



"Energy Drink" in BATTLEGROUNDS



Health-restoring drink in *KO*

As another example, each game offers a bandage, a first aid kit, and a more fully equipped medical box kit that may be used to restore health following injury.  As shown below, these health restoration features are each expressed using similar depictions across both games.  In both games, the bandage is expressed using a green sealed pouch with writing on the front.  The first aid kit in both games is depicted as a re-sealable, camouflaged pouch whereas the med kit in each game is expressed as a flip-top box containing various combat medic tools and supplies:

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010



Bandage, First Aid Kit, and Med Kit in BATTLEGROUNDS



Bandage, Medical (First Aid) Kit, and Medical Box in *KO*

The foregoing are selected representative examples and not an exhaustive catalogue of the large number of similarities.

108.   **Vehicles.**  The vehicles in *KO* are substantially similar to those in BATTLEGROUNDS.  Each game has a similar assortment of vehicles, which are expressed similarly, operate similarly, and, on information and belief, possess the same or similar performance statistics.  For example, each game utilizes at least a buggy, a four door sedan and a motorcycle that share strikingly similar depictions.  For example, the buggy in both games shares the same basic structure, including oversized wheels supporting a single seat, open-air roll cage:



Buggy in BATTLEGROUNDS

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010



Buggy in *KO*

As a further example, both games also use generic mid-size 4-door family sedans that are farcically unequipped for and misplaced in the battlefields depicted in each game.



Sedan in BATTLEGROUNDS



Sedan in *KO*

Additionally, both games depict dual-sport motorcycles that are expressed using similarly placed rear-view mirrors, wheel covers, seats and exhaust pipes.

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010



Motorcycle in BATTLEGROUNDS



Motorcycle in *KO*

The foregoing are selected representative examples and not an exhaustive catalogue of the large number of similarities.

109.   **Air-Dropped Supply Boxes.**   *KO* features air-dropped supply boxes that are substantially similar to those in BATTLEGROUNDS.  As in BATTLEGROUNDS, in *KO*, the supply boxes are dropped from an aircraft, which can be heard by the players before the supply boxes drop down.  The supply boxes in *KO* are depicted in a different color combination than those in BATTLEGROUNDS, but the *KO* supply boxes mimic their BATTLEGROUNDS counterparts in all other respects.  For example, the supply boxes in both games are covered in tarps and let out visually dramatic plumes of red smoke after landing.  On information and belief, Defendants copied PUBG's expressive depictions of the air drop where other depictions could have been used for the purpose of evoking the same iconic air-drop experience depicted in BATTLEGROUNDS.

1
2
3
4
5
6
7
8



Aircraft That Drops Supply Boxes in BATTLEGROUNDS

9
10
11
12
13
14
15
16
17



Aircraft That Drops Supply Boxes in *KO*

18
19
20
21
22
23
24
25



Loading Screen Showing Fixed-Wing Aircraft Dropping Supply Boxes in *KO*

26
27
28

137

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7
8



Supply Box With Red Smoke After Landing in a Field of Wheat in BATTLEGROUNDS

9
10
11
12
13
14
15
16



17
18
19
20
21
22
23
24



Supply Box With Red Smoke After Landing in a Field in *KO*

25
26
27
28

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7
8
9
10



Supply Box in BATTLEGROUNDS

11
12
13
14
15
16
17
18



Supply Box in *KO*

19

110.   **Bombardment Zone.**  *KO* includes a bombardment zone feature that is substantially

20  similar to the bombardment zone feature in BATTLEGROUNDS.  As in BATTLEGROUNDS, the

21  bombardment zone in *KO* periodically spawns and is expressed as a red-shaded circular area

22  superimposed on the miniature play area map within the play screen.

23
24
25
26
27
28

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7
8



9

Bombardment Zone indicated by red circular shading on maps in BATTLEGROUNDS

10
11
12
13
14
15
16
17



18

Bombardment Zone indicated by red circular shading on maps in *KO*

19    111.   **Shrinking Gameplay Area.**  *KO* includes a shrinking gameplay area feature that is

20  substantially similar to the shrinking gameplay area feature in BATTLEGROUNDS.  As in

21  BATTLEGROUNDS, the shrinking gameplay area in *KO* is expressed on the map by a white circle

22  that is centered in a "safe area" to which players are directed.  In both games, the circle shrinks in

23  iterations, with each iteration encompassing one-third of the previous area.  Both games also display

24  a timer that warns players when the next shrink will occur.  Additionally, both games express the

25  boundary of the shrinking gameplay area as a shimmering translucent wall in the gameplay view.

26  On information and belief, the shimmering translucent wall in *KO* originally was depicted in blue, as

27  in BATTLEGROUNDS, but has been changed to orange.

28

1
2
3
4
5
6
7
8



Shrinking circle and timer depicted on map in BATTLEGROUNDS

9
10
11
12
13
14
15
16



17
18
19
20
21
22
23
24



Shrinking circle and timer depicted on map in *KO*

25
26
27
28

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7
8



Boundary depicted as shimmering wall in gameplay view in BATTLEGROUNDS

9
10
11
12
13
14
15
16
17



Boundary depicted as shimmering wall in gameplay view in *KO*

18
19
20
21
22
23
24
25
26
27
28

112.    **Advertising, Marketing and Promotional Materials.**  On information and belief, Defendants have advertised, marketed and/or promoted *KO* in a manner intended to confuse consumers into believing that *KO* is affiliated with or otherwise related to BATTLEGROUNDS. These actions are evidenced by the relationship in the Android Google Play Store and Apple App Store between *KO* and BATTLEGROUNDS, the similarities between the appearance and description of *KO* and BATTLEGROUNDS and the use of images unique to BATTLEGROUNDS on the *KO* Facebook page.  For example, within the Google Play Store, *KO* uses a near-identical icon showing a male player in a white shirt, wearing a level 3 helmet with a rifle on his back and is advertised using a jeep and a buggy.  In the Apple Play Store, *KO* is advertised using the iconic player in a white button up shirt and tie, level 3 helmet and rifle.

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Icon for BATTLEGROUNDS from PUBG Website (https://playbattlegrounds.com/main.pu)



*KO* Icon in Google Play Store



*KO* Icon in Apple App Store

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

113.    Defendants have also advertised, marketed and promoted *KO* on Facebook using imagery and expressions reminiscent of those created for BATTLEGROUNDS.  For example, the *KO* Facebook page expressly advertises and promotes "chicken dinner," pot lids as weapons and certain vehicles which, on information and belief, appear in BATTLEGROUNDS but do not appear in *KO*.





PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010





PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7
8
9
10
11
12



Evocations of "Winner Winner Chicken Dinner" in *KO* Advertising

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Advertising "Pot Lid" as Capable of Deflecting Bullets

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





"Pot Lid" in *KO* Advertising

1
2
3
4
5
6
7
8
9
10
11
12
13



Motorcycle with Sidecar in *KO* Advertising

14
15
16
17
18
19
20
21
22
23



Motorcycle with Sidecar in BATTLEGROUNDS

24

### PUBG's Efforts to Enforce Its Rights

25

114.    PUBG has attempted to address its dispute with Defendants through other channels

26

besides litigation, but Defendants have refused to acknowledge PUBG's intellectual property rights.

27

For example, PUBG has sought removal of *Rules of Survival* and *Knives Out* from the Apple App

28

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

1   Store distribution platforms, putting Defendants on notice of their misappropriation of PUBG's

2   copyrights and trade dress.

3        115.   **Apple App Store.**   On or about January 24, 2018, representatives of Plaintiff PUBG

4   Corporation submitted a complaint to Apple explaining that the app *Rules of Survival* and the app

5   *Knives Out*, both offered by NetEase Games in the Apple App Store, infringe the copyrights in

6   PUBG Corporation's online game *PLAYERUNKNOWN'S* BATTLEGROUNDS.   On or about

7   January 31, 2018, a representative of Apple provided notice of that complaint to representatives of

8   NetEase Games.

9        116.   After receiving notice of PUBG's copyright infringement allegations, NetEase

10   refused to remove or modify the accused games and knowingly persisted in its infringement.   On or

11   about January 31, 2018, a representative of NetEase Games responded to Apple and PUBG

12   Corporation, denying that *Rules of Survival* and *Knives Out* infringe PUBG Corporation's rights.

13   The parties exchanged emails but made no progress toward resolving the dispute.

14        117.   Once it became apparent that NetEase was unwilling to acknowledge PUBG's

15   intellectual property rights, PUBG determined that legal action would be necessary to enforce its

16   rights.   On or about February 14, 2018, a representative of PUBG Corporation emailed NetEase

17   Games and Apple sating, "Since it is very clear that NetEase Games disagrees with PUBG

18   Corporation's claims, PUBG Corporation has decided to take legal actions against NetEase Games."

19   On or about February 15, 2018, a representative of NetEase Games responded to PUBG Corporation

20   and Apple, asking Apple "to withdraw this case until any valid judgements are received."   Thus,

21   after receiving repeated notice, NetEase continued to willfully infringe PUBG's rights.

22   **CLAIMS FOR RELIEF**

23   **FIRST CLAIM FOR RELIEF**
     **(COPYRIGHT INFRINGEMENT UNDER 17 U.S.C. § 101 *et seq.*)**

24

25        118.   PUBG repeats and realleges each and every allegation contained in paragraphs 1

26   through 114.

27        119.   The PC game BATTLEGROUNDS is an original work of authorship and constitutes

28   copyrightable subject matter under the copyright laws of the United States.   PUBG owns, and at all

1  relevant times has owned, the copyright in BATTLEGROUNDS.  The deposit, application, and fee

2  required for registration of the copyright have been delivered to the Copyright Office in proper form.

3       120.    Among the exclusive rights granted to PUBG under the Copyright Act are the

4  exclusive rights to reproduce BATTLEGROUNDS and its copyrightable components, to prepare

5  derivative works based upon BATTLEGROUNDS and its copyrightable components, and to

6  publicly display, perform, distribute, and sell BATTLEGROUNDS and its copyrightable

7  components and such reproductions or derivative works based upon BATTLEGROUNDS or its

8  copyrightable components.

9       121.    By developing each version of *ROS* and *KO*, Defendants have created or caused to be

10  created reproductions of BATTLEGROUNDS and its copyrightable components and/or derivative

11  works based upon BATTLEGROUNDS or its copyrightable components, all of which are

12  substantially similar in visual appearance and/or audio sound to PUBG's original work, without

13  authorization from Plaintiff.  Such actions infringe PUBG's exclusive copyrights in

14  BATTLEGROUNDS and its copyrightable components, in violation of 17 U.S.C. §§ 106(1) and

15  106(2).

16       122.    By releasing each version of *ROS* and *KO*, Defendants have publicly displayed,

17  performed, distributed, sold, and/or offered to distribute or sell unauthorized reproductions of and/or

18  derivative works based upon BATTLEGROUNDS and/or its copyrightable components without

19  authorization from Plaintiff.  Such actions infringe PUBG's exclusive copyrights in

20  BATTLEGROUNDS and its copyrightable components, in violation of 17 U.S.C. §§ 106(3), 106(4),

21  106(5), and 106(6).

22       123.    On information and belief, Defendants' acts of infringement have been and continue

23  to be willful, intentional, knowing, and purposeful, in disregard of and indifferent to PUBG's rights.

24       124.    As a direct and proximate result of Defendants' infringing conduct, Defendants have

25  derived benefit and have caused PUBG both monetary and non-monetary damage.

26       125.    PUBG is entitled to an injunction restraining Defendants from engaging in any further

27  acts in violation of the United States and California copyright and trade dress laws.  PUBG has

28  suffered irreparable harm as a result of Defendants' infringing activities and will continue to suffer

1    irreparable harm in the future unless Defendants are enjoined from their infringing conduct.

2                              **SECOND CLAIM FOR RELIEF**
3            **(TRADE DRESS INFRINGEMENT UNDER 15 U.S.C. § 1125(a))**

4            126.   PUBG repeats and realleges each and every allegation contained in paragraphs 1

5    through 122.

6            127.   The total image and overall audiovisual appearance of PUBG's BATTLEGROUNDS

7    game has acquired distinctiveness through secondary meaning which identifies its source and which

8    distinguishes it from the products of others.  Consumers widely associate the total image and overall

9    audiovisual appearance as well as the distinctive elements and combination of elements uniquely

10   with PUBG.  To take just a few of the examples identified above, the use of cookware as a weapon

11   or armor in a shooter game, the use of certain vehicles and landscapes and combinations thereof, the

12   use of distinctive supply boxes and the celebratory reference to chicken are elements of ornamental

13   flair that are not functional but have acquired secondary meaning, as shown by their use by players

14   in memes, parodies, skits and other contexts to refer to the BATTLEGROUNDS game and to its

15   developer, *i.e.*, PUBG.

16           128.   Because each version of Defendants' *ROS* and *KO* games mimic the total image and

17   overall audiovisual appearance of PUBG's BATTLEGROUNDS game as well as distinctive

18   elements and combinations of elements within PUBG's BATTLEGROUNDS game and because

19   Defendants have specifically advertised and marketed both *ROS* and *KO* using these elements and

20   combinations of elements, there is a likelihood of consumer confusion regarding the origin of

21   Defendants' *ROS* and *KO* games, including whether they were developed by PUBG, are associated

22   with PUBG or PUBG's BATTLEGROUNDS game or were sponsored and/or approved by PUBG.

23   Defendants' use has and continues to impair the distinctiveness of PUBG's trade dress.  Defendants'

24   distribution of such a confusingly similar game infringes PUBG's exclusive rights in the trade dress

25   of BATTLEGROUNDS, in violation of 15 U.S.C. § 1125(a)(1)(A).

26           129.   On information and belief, Defendants' acts of infringement have been and continue

27   to be willful, intentional, knowing, and purposeful, in disregard of and indifferent to PUBG's rights.

28           130.   As a direct and proximate result of Defendants' infringing conduct, Defendants have

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE
DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

derived benefit and have caused PUBG both monetary and non-monetary damage.

131.  PUBG has suffered irreparable harm as a result of Defendants' infringing activities and will continue to suffer irreparable harm in the future unless Defendants are enjoined from their infringing conduct.

### THIRD CLAIM FOR RELIEF
### (UNFAIR COMPETITION UNDER CAL. BUS. & PROF. CODE § 17200)

132.  PUBG repeats and realleges each and every allegation contained in paragraphs 1 through 128.

133.  Defendants have committed unlawful, unfair, and/or fraudulent business acts by copying PUBG's BATTLEGROUNDS game in each version of their *ROS* and *KO* games and introducing the *ROS* and *KO* games to the marketplace at or below cost.  This act was intended to injure PUBG and has injured PUBG by unfairly using PUBG's own development efforts and consumer goodwill to capture mobile gaming market share before PUBG launched its own mobile version of BATTLEGROUNDS, in violation of Cal. Bus. & Prof. Code § 17200.

134.  On information and belief, Defendants' unlawful, unfair, and/or fraudulent business acts have been and continue to be willful, intentional, knowing, and purposeful, in disregard of and indifferent to PUBG's rights.

135.  As a direct and proximate result of Defendants' unlawful, unfair, and/or fraudulent business conduct, Defendants have derived benefit and have caused PUBG both monetary and non-monetary damage.

136.  PUBG has suffered irreparable harm because of Defendants' unlawful, unfair, and/or fraudulent business conduct and will continue to suffer irreparable harm in the future unless Defendants are enjoined from their unlawful, unfair, and/or fraudulent business conduct.

### FOURTH CLAIM FOR RELIEF
### (UNFAIR COMPETITION UNDER THE COMMON LAW OF THE STATE OF CALIFORNIA)

137.  PUBG repeats and realleges each and every allegation contained in paragraphs 1 through 133.

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

138.     Defendants have committed unlawful, unfair, and/or fraudulent business acts by copying PUBG's BATTLEGROUNDS game in each version of their *ROS* and *KO* games and introducing the *ROS* and *KO* games to the marketplace at or below cost.  This act was intended to injure PUBG and has injured PUBG by unfairly using PUBG's own development efforts and consumer goodwill to capture mobile gaming market share before PUBG launched its own mobile version of BATTLEGROUNDS, in violation of the common law of the State of California.

139.     On information and belief, Defendants' unlawful, unfair, and/or fraudulent business acts have been and continue to be willful, intentional, knowing, and purposeful, in disregard of and indifferent to PUBG's rights.

140.     As a direct and proximate result of Defendants' unlawful, unfair, and/or fraudulent business conduct, Defendants have derived benefit and have caused PUBG both monetary and non-monetary damage.

141.     PUBG has suffered irreparable harm because of Defendants' unlawful, unfair, and/or fraudulent business conduct and will continue to suffer irreparable harm in the future unless Defendants are enjoined from their unlawful, unfair, and/or fraudulent business conduct.

## PRAYER FOR RELIEF

142.     WHEREFORE, PUBG respectfully requests that the Court:

143.     Permanently enjoin Defendants and all other persons or entities who are in active concert or participation with Defendants from continuing to infringe PUBG's copyrighted work, continuing to infringe PUBG's trade dress, and continuing to engage in unlawful, unfair, and/or fraudulent business conduct;

144.     Order Defendants to remove each and every version of the games *Rules of Survival*, *Knives Out*, and similarly infringing games, from distribution and to cease developing and supporting those games;

145.     Award PUBG statutory damages for willful copyright infringement in the amount of $150,000.00 per infringed work, pursuant to 17  U.S.C. § 504(c), or, in the alternative, at PUBG's election pursuant to 17 U.S.C. § 504(b), PUBG's actual damages and Defendants' profits from infringement, in amounts to be proven at trial;

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010

146.    Award PUBG statutory damages for unlawful, unfair, and/or fraudulent business conduct in an amount to be determined by multiplying the number of violations found to be committed by $2,500.00, pursuant to Cal. Bus. & Prof. Code § 17206;

147.    Award PUBG actual damages in an amount sufficient to at least make PUBG whole from the effects of Defendants' unlawful acts;

148.    Award PUBG reasonable attorneys' fees and costs pursuant to 17 U.S.C. § 505 and 15 U.S.C. § 1117(a); and

149.    Grant PUBG any other and further relief this Court deems just and proper.

## DEMAND FOR JURY TRIAL

150.    PUBG requests a trial by jury on all issues to which PUBG is entitled to a trial by jury.

Date:  April 10, 2018                    By:  /s/ Steven S. Baik

Ketan V. Patel (*pro hac* vice pending)
ketan.patel@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: +1 212 839 5300
Facsimile: +1 650 839 5599

Steven S. Baik (SBN 184622)
sbaik@sidley.com
Ryuk Park (SBN 298744)
ryuk.park@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road
Building 1
Palo Alto, CA 94304
Telephone: +1 650 565 7074
Facsimile: +1 650 565 7100

Rollin A. Ransom (SBN 196126)
rransom@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6047
Facsimile: +1 213 896 6600

*Attorneys for Plaintiffs PUBG Corporation
and PUBG Santa Monica, Inc.*

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010