AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| PUBG Corporation and PUBG Santa Monica, Inc. *Plaintiff(s)* <br> v. <br> NetEase, Inc. and NetEase Information Technology Corporation *Defendant(s)* | Civil Action No. 4:18-cv-2010-DMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NetEase, Inc.
Building No. 7, West Zone, Zhongguancun Software Park (Phase II), No.10 Xibeiwang East Road, Haidian District, Beijing 100193, People's Republic of China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Steven S. Baik (SBN 184622) (sbaik@sidley.com)
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: +1 650 565 7074
Facsimile: +1 650 565 7100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 04/03/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| PUBG Corporation and PUBG Santa Monica, Inc. *Plaintiff(s)* v. NetEase, Inc. and NetEase Information Technology Corporation *Defendant(s)* | Civil Action No. 4:18-cv-2010-DMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NetEase Information Technology Corporation
2000 Sierra Point Parkway, Suite 800, Brisbane, California 94005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Steven S. Baik (SBN 184622) (sbaik@sidley.com)
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: +1 650 565 7074
Facsimile: +1 650 565 7100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF COURT

*Susan Y. Soong*

*Jorden Burger*
*Signature of Clerk or Deputy Clerk*

Date:  04/03/2018