1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Claude M. Stern (Bar No. 96737)
2    claudestern@quinnemanuel.com
   Evette D. Pennypacker (Bar No. 203515)
3    evettepennypacker@quinnemanuel.com
   Mark Tung (Bar No. 245782)
4    marktung@quinnemanuel.com
   Michael F. LaFond (Bar No. 303131)
5    michaellafond@quinnemanuel.com
   555 Twin Dolphin Dr., 5th Fl.
6  Redwood Shores, California 94065
   Telephone:    (650) 801-5000
7  Facsimile:    (650) 801-5100

8  Attorneys for NetEase Information Technology
   Corporation
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14 | PUBG Corporation and PUBG Santa Monica, Inc. | Case No. 4:18-cv-02010-JSW
15 |                                              | **NETEASE INFORMATION TECHNOLOGY CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
   |        Plaintiffs,                           |
16 |                                              |
   |        v.                                    |
17 |                                              |
   | NetEase, Inc., NetEase Information           |
18 | Technology Corporation, and NetEase (Hong    |
   | Kong) Limited)                               |
19 |                                              |
   |        Defendants.                           |
20

21

22

23

24

25

26

27

28

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of California Local Rule 3-15, NetEase Information Technology Corporation hereby discloses the following:

NetEase Information Technology Corporation is 100% owned by NetEase (Hong Kong) Limited. Accordingly, NetEase Information Technology Corporation, is aware of no other persons, associates, firms, partnerships, corporations, or other entities who own 10% or more of NetEase Information Technology Corporation.

DATED: April 17, 2018            QUINN EMANUEL URQUHART & SULLIVAN, LLP


By /s/ *Evette Pennypacker*
   Claude M. Stern
   Evette D. Pennypacker
   Mark Tung
   Michael F. LaFond
   Attorneys for NetEase Information Technology Corporation