Steven S. Baik (SBN 184622)
sbaik@sidley.com
Ryuk Park (SBN 298744)
ryuk.park@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road
Building 1
Palo Alto, CA 94304
Telephone: +1 650 565 7074
Facsimile: +1 650 565 7100

Rollin A. Ransom (SBN 196126)
rransom@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6047
Facsimile: +1 213 896 6600

Ketan V. Patel
ketan.patel@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: +1 212 839 5300
Facsimile: +1 650 839 5599

*Attorneys for Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| PUBG Corporation and PUBG Santa Monica, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> NetEase, Inc., NetEase Information Technology Corporation and NetEase (Hong Kong) Limited, <br><br> Defendants. | Case No.  4:18-cv-02010-JSW <br><br> **PUBG CORPORATION AND PUBG SANTA MONICA INC.'S REQUEST TO THE CLERK TO PERFECT SERVICE DEFENDANT NETEASE, INC.** |

1. Pursuant to Federal Rules of Civil Procedure 4(h)(2) and 4(f), PUBG Corporation and PUBG Santa Monica Inc., by its undersigned counsel, requests the Clerk of the Court perfect service by Registered Mail on Defendant NetEase, Inc.

A completed envelope addressed to Defendant NetEase, Inc. is submitted herewith, along with the following documents:

1. Amended Summons in a Civil Action for First Amended Complaint, on NetEase, Inc., issued April 12, 2018 (ECF No. 13);

2. Plaintiffs' First Amended Complaint For: 1) Copyright Infringement Under 15 U.S.C. § 101 *et seq*.; 2) Trade Dress Infringement under 15 U.S.C. § 1125(a); 3) Unfair Competition Under Cal. Bus. & Prof. Code § 17200 et seq. and Cal. Common Law; 4) Unfair Competition Under Cal. Common Law; Demand for Jury Trial, filed April 10, 2018 (ECF No. 10);

3. Civil Cover Sheet, filed April 2, 2018 (ECF No. 1-1);

4. Plaintiff PUBG Corporation's Certification of Interested Entities or Persons, filed April 2, 2018 (ECF No. 3);

5. Plaintiff PUBG Santa Monica Inc.'s Certification of Interested Entities or Persons, filed April 2, 2018 (ECF No. 4);

6. Report on the Filing or Determination of an Action on Appeal Regarding a Copyright, filed April 3, 2018 (ECF No. 8);

7. Order Setting Initial Case Management Conference and ADR Deadlines, filed April 4, 2018 (ECF No. 9);

8. Declination to Magistrate Judge Jurisdiction, by PUBG Corporation and PUBG Santa Monica, Inc., filed April 13, 2018 (ECF No. 14);

9. Application for Admission of Attorney Pro Hac Vice for Ketan V. Patel, filed April 13, 2018 (ECF No. 15), with Certificate of Good Standing (ECF No. 15-1);

10. Order Reassigning Case, entered April 16, 2018 (ECF No. 17), with Notice of Eligibility for Video Recording (ECF No. 17-1);

11. Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement, entered April 16, 2018 (ECF No. 18);

12. Order Granting Application for Admission of Attorney Pro Hac Vice, entered April 16, 2018 (ECF No. 19);

13. Copy of Civil Docket for PUBG Corporation et al. v. NetEase, Inc. et al., Case No. 4:18-cv-02010-JSW, accessed April 20, 2018;

14. Notice of a Lawsuit and Request to Waive Service of a Summons (Form AO 398);

15. Waiver of the Service of Summons (Form AO 399 (2 copies));

16. ECF Registration Information, for Northern District of California;

17. Standing Order For All Judges Of The Northern District Of California, Contents of Joint Case Management Statement, dated January 17, 2017;

18. Civil Standing Orders, for Honorable Jeffrey S. White dated April 2014;

19. Standing Order for Civil Practice Deposition Guidelines, for Honorable Jeffrey S. White dated April 2014;

20. Guidelines for Trial and Final Pretrial Conference in Civil Bench Cases Before the Honorable Jeffrey S. White dated April 2014;

21. Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases Before the Honorable Jeffrey S. White dated April 2014;

22. Standing Order on Recusal for Honorable Jeffrey S. White, dated April 2016.

Date:  April 24, 2018                                By:  */s/ Ketan V. Patel*

Ketan V. Patel
ketan.patel@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: +1 212 839 5300
Facsimile: +1 650 839 5599

Rollin A. Ransom (SBN 196126)
rransom@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6047
Facsimile: +1 213 896 6600

Steven S. Baik (SBN 184622)
sbaik@sidley.com
Ryuk Park (SBN 298744)
ryuk.park@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road
Building 1
Palo Alto, CA 94304
Telephone: +1 650 565 7074
Facsimile: +1 650 565 7100

*Attorneys for Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc.*