1  Steven S. Baik (SBN 184622)
   sbaik@sidley.com
2  Ryuk Park (SBN 298744)
   ryuk.park@sidley.com
3  SIDLEY AUSTIN LLP
   1001 Page Mill Road
4  Building 1
   Palo Alto, CA 94304
5  Telephone: +1 650 565 7074
   Facsimile: +1 650 565 7100
6
   Rollin A. Ransom (SBN 196126)
7  rransom@sidley.com
   SIDLEY AUSTIN LLP
8  555 West Fifth Street
   Los Angeles, CA 90013
9  Telephone: +1 213 896 6047
   Facsimile: +1 213 896 6600
10

Ketan V. Patel
ketan.patel@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: +1 212 839 5300
Facsimile: +1 650 839 5599

*Attorneys for Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc.*

FILED
APR 26 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| PUBG Corporation and PUBG Santa Monica, Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>NetEase, Inc., NetEase Information Technology Corporation and NetEase (Hong Kong) Limited,<br><br>Defendants. | Case No. 4:18-cv-02010-JSW<br><br>DECLARATION OF ~~CYTHNIA~~ CYNTHIA LENAHAN FOR PLAINTIFFS PUBG CORPORATION AND PUBG SANTA MONICA INC.'S REQUEST TO THE CLERK TO PERFECT SERVICE ON DEFENDANT NETEASE, INC. |

DECLARATION OF CYNTHIA LENAHAN FOR PLAINTIFFS REQUEST TO PERFECT
SERVICE ON DEFENDANT NETEASE, INC., CASE NO. 4:18-CV-02010-JSW

I, Cynthia Lenahan, do declare and state as follows:

1. I am the Clerk of the Court, and am over 18 years old. I have personal knowledge of the facts stated herein, and, if called as a witness could and would competently testify thereto.

2. On April 24, 2018, Plaintiffs PUBG Corporation and PUBG Santa Monica Inc., through their counsel of record Sidley Austin LLP requested that the Clerk of Court perfect service upon Defendant NetEase, Inc. through U.S. Mail in the above-captioned litigation. In relation to this request, on April 26, 2018, a representative from Sidley Austin LLP, Melinda Hanhan, presented to me two copies of each of the following documents in separate envelopes addressed to Defendant NetEase, Inc., which she then sealed in my presence:

  a. Amended Summons in a Civil Action for First Amended Complaint, on NetEase, Inc., issued April 12, 2018 (ECF No. 13);

  b. Plaintiffs' First Amended Complaint For: 1) Copyright Infringement Under 15 U.S.C. § 101 *et seq.*; 2) Trade Dress Infringement under 15 U.S.C. § 1125(a); 3) Unfair Competition Under Cal. Bus. & Prof. Code § 17200 et seq. and Cal. Common Law; 4) Unfair Competition Under Cal. Common Law; Demand for Jury Trial, filed April 10, 2018 (ECF No. 10);

  c. Civil Cover Sheet, filed April 2, 2018 (ECF No. 1-1);

  d. Plaintiff PUBG Corporation's Certification of Interested Entities or Persons, filed April 2, 2018 (ECF No. 3);

  e. Plaintiff PUBG Santa Monica Inc.'s Certification of Interested Entities or Persons, filed April 2, 2018 (ECF No. 4);

  f. Report on the Filing or Determination of an Action on Appeal Regarding a Copyright, filed April 3, 2018 (ECF No. 8);

  g. Order Setting Initial Case Management Conference and ADR Deadlines, filed April 4, 2018 (ECF No. 9);

  h. Declination to Magistrate Judge Jurisdiction, by PUBG Corporation and PUBG Santa Monica, Inc., filed April 13, 2018 (ECF No. 14);

  i. Application for Admission of Attorney Pro Hac Vice for Ketan V. Patel, filed April 13, 2018 (ECF No. 15), with Certificate of Good Standing (ECF No. 15-1);

  j. Order Reassigning Case, entered April 16, 2018 (ECF No. 17), with Notice of Eligibility for Video Recording (ECF No. 17-1);

1

DECLARATION OF CYNTHIA LENAHAN FOR PLAINTIFFS REQUEST TO PERFECT SERVICE ON DEFENDANT NETEASE, INC., CASE NO. 4:18-cv-02010-JSW

k. Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement, entered April 16, 2018 (ECF No. 18);

l. Order Granting Application for Admission of Attorney Pro Hac Vice, entered April 16, 2018 (ECF No. 19);

m. Copy of Civil Docket for PUBG Corporation et al. v. NetEase, Inc. et al., Case No. 4:18-cv-02010-JSW, accessed April 20, 2018;

n. Notice of a Lawsuit and Request to Waive Service of a Summons (Form AO 398);

o. Waiver of the Service of Summons (Form AO 399 (2 copies));

p. ECF Registration Information, for Northern District of California;

q. Standing Order For All Judges Of The Northern District Of California, Contents of Joint Case Management Statement, dated January 17, 2017;

r. Civil Standing Orders, for Honorable Jeffrey S. White dated April 2014;

s. Standing Order for Civil Practice Deposition Guidelines, for Honorable Jeffrey S. White dated April 2014;

t. Guidelines for Trial and Final Pretrial Conference in Civil Bench Cases Before the Honorable Jeffrey S. White dated April 2014;

u. Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases Before the Honorable Jeffrey S. White dated April 2014;

v. Standing Order on Recusal for Honorable Jeffrey S. White, dated April 2016.

w. ~~Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement, entered April 16, 2018 (ECF No. 18);~~ MH

x. PUBG Corporation and PUBG Santa Monica Inc.'s Request to the Clerk to Perfect Service on Defendant NetEase (Hong Kong) Limited, dated April 24, 2018 (ECF No. 26);

y. PUBG Corporation and PUBG Santa Monica Inc.'s Request to the Clerk to Perfect Service on Defendant NetEase, Inc., dated April 24, 2018 (ECF No. 27);

3. The envelopes were addressed to:

NetEase, Inc.
C/O VISTRA (CAYMAN) LIMITED
P.O. Box 31119
Grand Pavilion, Hibiscus Way
802 West Bay Road
Grand Cayman, KY1 – 1205
Cayman Islands

NetEase, Inc.
C/O VISTRA (CAYMAN) LIMITED
P.O. Box 715
Landmark Square, 1st Floor
64 Earth Close
Grand Cayman, KY1 - 1107
Cayman Islands

2

DECLARATION OF CYNTHIA LENAHAN FOR PLAINTIFFS REQUEST TO PERFECT SERVICE ON DEFENDANT NETEASE, INC., CASE NO. 4:18-CV-02010-JSW

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of April, 2018 in Oakland, California.

By: _____
CYNTHIA LENAHAN
CLERK OF THE COURT

CL
Deputy

3
DECLARATION OF CYNTHIA LENAHAN FOR PLAINTIFFS REQUEST TO PERFECT SERVICE ON DEFENDANT NETEASE, INC., CASE NO. 4:18-CV-02010-JSW