Steven S. Baik (SBN 184622)
sbaik@sidley.com
Ryuk Park (SBN 298744)
ryuk.park@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road
Building 1
Palo Alto, CA 94304
Telephone: +1 650 565 7074
Facsimile: +1 650 565 7100

Rollin A. Ransom (SBN 196126)
rransom@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6047
Facsimile: +1 213 896 6600

Ketan V. Patel (*pro hac vice*)
ketan.patel@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: +1 212 839 5300
Facsimile: +1 650 839 5599

*Attorneys for Plaintiffs PUBG Corporation and
PUBG Santa Monica, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBG Corporation and PUBG Santa Monica, Inc., | Case No.  4:18-cv-02010-JSW |
| Plaintiffs, | **PLAINTIFFS' SECOND AMENDED COMPLAINT FOR:** |
| vs. | **1) COPYRIGHT INFRINGEMENT UNDER 17 U.S.C. § 101 *et seq.*;** |
| NetEase, Inc., NetEase Information Technology Corporation and Hong Kong NetEase Interactive Entertainment Limited, | **2) TRADE DRESS INFRINGEMENT UNDER 15 U.S.C. § 1125(a);** |
| Defendants. | **3) UNFAIR COMPETITION UNDER CAL. BUS. & PROF. CODE § 17200 *et seq.*;** |
| | **4) UNFAIR COMPETITION UNDER CAL. COMMON LAW** |
| | **DEMAND FOR JURY TRIAL** |

Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc. (collectively, "PUBG"), by and through their attorneys, for their Second Amended Complaint against Defendants NetEase, Inc., NetEase Technology Corporation and Hong Kong NetEase Interactive Entertainment Limited (collectively, "NetEase" or "Defendants") state as follows:

## INTRODUCTION

1.     This is an action for copyright infringement under the United States Copyright Act of 1976, 17 U.S.C. § 101 *et seq.* ("Copyright Act"); trade dress infringement under the United States Trademark Act of 1946, 15 U.S.C. 1051 *et seq.* ("Lanham Trademark Act"); and unfair business competition under California State Law, Cal. Bus. & Prof. Code § 17200 *et seq.* ("California Unfair Competition Law") and California common law.

## PARTIES

2.     Plaintiff PUBG Corporation ("PUBG") is a corporation organized and existing under the laws of the Republic of Korea, having its principal place of business located at 7F, 8F, 12, Seocho-daero 38-gil, Seocho-gu, Seoul, Republic of Korea.

3.     Plaintiff PUBG Santa Monica, Inc. ("PUBG America") is a corporation organized and existing under the laws of the State of Delaware, having its principal place of business located at 1223 Wilshire Blvd. Num. 1015, Santa Monica, CA 90403.  Plaintiff PUBG America is a wholly-owned subsidiary of Plaintiff PUBG.

4.     Upon information and belief, Defendant NetEase, Inc. is a corporation organized and existing under the laws of the Cayman Islands, having its principal place of business located at Building No. 7, West Zone, Zhongguancun Software Park (Phase II), No.10 Xibeiwang East Road, Haidian District, Beijing 100193, People's Republic of China.  Upon information and belief, NetEase Inc. is registered to do business in the State of Delaware under its former English name, NetEase.com (U.S.) Inc., and has a registered agent for service of process at The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.  Upon information and belief, shares of NetEase Inc. have been listed on the NASDAQ Global Select Market since June 30, 2000, under the symbol "NTES," and NetEase Inc. regularly files reports with

1  the United States Securities and Exchange Commission.  Upon information and belief, Defendant

2  NetEase Inc. maintains an Investor Relations contact in New York, New York, in the United States.

3       5.     Upon information and belief, Defendant NetEase Information Technology Corp.

4  ("NetEase IT") is a corporation organized and existing under the laws of California, having its

5  principal place of business located at 2000 Sierra Point Parkway, Suite 800, Brisbane, California

6  94005.  Upon information and belief, Defendant NetEase Information Technology, Corp. operates

7  under the name NetEase North America and/or the name NetEase Games.  Upon information and

8  belief, Defendant NetEase Information Technology Corp. is a subsidiary of Defendant NetEase Inc.

9  and is an affiliate of Defendant Hong Kong NetEase Interactive Entertainment Limited.  Upon

10  information and belief, Defendant NetEase Information Technology Corp.'s registered agent for

11  service process is CT Corporation System (C0168406), 818 West Seventh Street, Suite 930, Los

12  Angeles, CA 90017.

13       6.     Upon information and belief, Defendant Hong Kong NetEase Interactive

14  Entertainment Limited ("NetEase Interactive") is a corporation organized and existing under the

15  laws of Hong Kong, having its principal place of business located at 802 Chuang's Tower, 30-32

16  Connaught Road, Central, Hong Kong.  Upon information and belief, Defendant NetEase Interactive

17  operates under the name NetEase North America and/or the name NetEase Games.  Upon

18  information and belief, Defendant NetEase Interactive is a subsidiary of Defendant NetEase Inc. and

19  is an affiliate of Defendant NetEase Information Technology Corp.

20  **JURISDICTION**

21       7.     This Court has subject matter jurisdiction over PUBG's claims for copyright

22  infringement under the Copyright Act pursuant to 17 U.S.C. §§ 101, 501 *et seq*. and 28 U.S.C. §§

23  1331 (federal subject matter jurisdiction) and 1338(a) (any act of Congress relating to copyrights,

24  patents and trademarks).

25       8.     This Court has subject matter jurisdiction over PUBG's claims for trade dress

26  infringement under the Lanham Trademark Act pursuant to 15 U.S.C. 1051 *et seq*. and 28 U.S.C.

27  §§ 1331 and 1338(a).

28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

9.      This Court has subject matter jurisdiction over PUBG's claims for unfair competition under California Unfair Competition Law pursuant to Cal. Bus. & Prof. Code § 17200 *et seq.* and 28 U.S.C. §§ 1338(b) and 1367.

10.      This Court has personal jurisdiction over Defendant NetEase Inc. because it regularly conducts business in California and in this judicial district, including through its subsidiary, Defendant NetEase IT, and through distribution of its mobile games through the Apple App Store and the Android Google Play distribution network.  This Court also has personal jurisdiction over Defendant NetEase Inc. because it has committed acts in California and in this judicial district giving rise to this action.  To the extent Defendant NetEase Inc. is found not to be subject to jurisdiction in any state's courts of general jurisdiction, this Court has personal jurisdiction over Defendant NetEase Inc. pursuant to Fed. R. Civ. P. 4(k)(2) because of its extensive contacts with the United States, including the acts giving rise to this action.

11.      This Court has personal jurisdiction over Defendant NetEase IT because it is incorporated in California, because it has its principal place of business in California and in this judicial district, and because it has committed acts in California and in this judicial district giving rise to this action.

12.      This Court has personal jurisdiction over Defendant NetEase Interactive because it regularly conducts business in California and in this judicial district and through distribution of its mobile games through the Apple App Store and the Android Google Play distribution network.  This Court also has personal jurisdiction over Defendant NetEase Interactive because it has committed acts in California and in this judicial district giving rise to this action.  To the extent Defendant NetEase Interactive is found not to be subject to jurisdiction in any state's courts of general jurisdiction, this Court has personal jurisdiction over Defendant NetEase Interactive pursuant to Fed. R. Civ. P. 4(k)(2) because of its extensive contacts with the United States, including the acts giving rise to this action.

**13.**      Defendants are subject to both specific and general personal jurisdiction. Defendants market, monetize, and support the derivative works described below throughout the United States by

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW

means of the Apple App Store and Android Google Play distribution network.  Further, on information and belief, Defendants regularly solicit and conduct business in and/or derive substantial revenue from goods and services provided to residents of California.  Accordingly, both jurisdiction and venue are proper in this court. 28 U.S.C. §§ 1391 and 1400.

<strong>VENUE</strong>

14.     Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and (c) and pursuant to 28 U.S.C. § 1400(a), because a substantial part of the events giving rise to this action occurred in this judicial district, because Defendants are subject to this Court's personal jurisdiction with respect to this action, and because all Defendants reside either within this judicial district or outside of the United States.

<strong>INTRADISTRICT ASSIGNMENT</strong>

15.     Pursuant to Civil L. R. 3-2(c), this action is excluded from the Court's division-specific venue rule and will be assigned on a district-wide basis because it is an Intellectual Property case.

<strong>FACTUAL BACKGROUND</strong>

<strong>Brendan Greene and the BATTLEGROUNDS Game</strong>

16.     Brendan Greene is a widely-recognized video game developer.  Mr. Greene is well known as "PlayerUnknown," which is a screen name he used while playing and developing games.

17.     In or about March 2016, Bluehole Ginno Games, Inc. ("Bluehole Ginno") hired Mr. Greene to develop a computer game, which ultimately was named PLAYERUNKNOWN'S BATTLEGROUNDS.   On or about September 14, 2017, Plaintiff PUBG USA was formed as a wholly-owned subsidiary of Bluehole Ginno, to support the community of players and fans of PLAYERUNKNOWN'S BATTLEGROUNDS in the United States, including by promoting tournaments and interacting with players and streamers.  On or about September 29, 2017, Bluehole Ginno was renamed PUBG Corp., and Plaintiff PUBG is the successor-in-interest to Bluehole Ginno with respect to PLAYERUNKNOWN'S BATTLEGROUNDS.

18.     PLAYERUNKNOWN'S BATTLEGROUNDS ("BATTLEGROUNDS") was

4

developed as a computer video game for personal computers ("PCs") running the Windows operating system.  In early 2017, BATTLEGROUNDS was made accessible to limited groups of players during closed alpha and beta testing and development periods.  On or about March 23, 2017, an early-access beta version of BATTLEGROUNDS was made publicly available through Steam, an online computer game distribution site.  On or about December 20, 2017, PUBG released version 1.0 of BATTLEGROUNDS.  PUBG has continued to expend considerable time, money and resources in further development and promotion of BATTLEGROUNDS, and in fostering the BATTLEGROUNDS community.

19.     Additionally, PUBG has developed and is continuing to develop versions of BATTLEGROUNDS for platforms other than PCs running the Windows operating system.  For example, a licensed version of BATTLEGROUNDS for the Xbox gaming system was released on or about December 12, 2017.  As another example, PUBG is working with a third party to develop and release mobile versions of BATTLEGROUNDS for the iOS and Android platforms.  These mobile versions are currently in beta testing and were recently publicly released.

20.     Bluehole Ginno and PUBG expended significant time, money, and other resources to develop BATTLEGROUNDS.  In early 2016, a team of about 35 developers was supporting this project, and by June 2017 the team had expanded to about 70 developers.

21.     BATTLEGROUNDS became an instant hit and has achieved high levels of success in the computer gaming and console gaming industry.  When the early-access public beta version of BATTLEGROUNDS was released in March 2017, it sold a million copies in less than a month and reached the million-copies mark faster than any other game ever sold on the Steam distribution platform.  By July 2017, BATTLEGROUNDS had achieved over one hundred million dollars in sales.  By September 2017, over ten million copies of BATTLEGROUNDS had been sold.  In September 2017, BATTLEGROUNDS broke an all-time Steam record by having 1.35 million concurrent players (*i.e.*, players playing at the same time).  In December 2017, BATTLEGROUNDS reached 3 million concurrent players.

22.     To date, over twenty-eight million copies of the PC version of BATTLEGROUNDS,

1   and over four million copies of the Xbox version of BATTLEGROUNDS have been sold.

2   Additionally, real-world and online BATTLEGROUNDS tournaments take place on a regular basis,

3   with tens of thousands of participants, attendees, and viewers.

4   **Copyrightable Audiovisual Subject Matter in BATTLEGROUNDS**

5   23.   BATTLEGROUNDS is an original work of creative expression that provides

6   interactive audiovisual entertainment to players.  BATTLEGROUNDS contains numerous unique,

7   creative audio and visual elements, including numerous individual works of creative expression that

8   each individually constitute copyrightable subject matter.  Further, the selection and arrangement of

9   individual audio and visual elements in BATTLEGROUNDS constitutes copyrightable subject

10  matter.  In addition, the total look and feel of BATTLEGROUNDS constitutes copyrightable subject

11  matter.

12  24.   BATTLEGROUNDS is an original work of authorship and, its audio-visual aspects

13  constitute copyrightable subject matter under the copyright laws of the United States.  Plaintiff

14  PUBG owns, and at all relevant times and including through its predecessor Bluehole Ginno has

15  owned, the copyrights in BATTLEGROUNDS and has complied with all statutory requirements in

16  securing a federal copyright registration for this work.  Applications to register Plaintiff PUBG's

17  copyrights in the audio-visual aspects of the early-access public beta and subsequent versions of

18  BATTLEGROUNDS for PC were filed on March 30, 2018.[1]

19  25.   The copyrightable audiovisual aspects of the PC version of BATTLEGROUNDS[2]

20  include individual and collective creative and artistic expressions within the game, including but not

21  _____

22  [1] Case Nos. 1-6444365542 and 1-6444329777 (Registration Nos. PA0002097453 and
    TX0008524041, respectively) (for PLAYERUNKNOWN'S BATTLEGROUNDS (Version 2.6)),

23  and Case Nos. 1-6444365308 and 1-6444027916 (Registration Nos. PA0002097065 and
    TX0008524047, respectively) (for PLAYERUNKNOWN'S BATTLEGROUNDS (Version 2.1)).

24  [2] The current PC version of *BATTLEGROUNDS* differs from the early-access public beta version for
    PC in certain respects but generally provides the same or similar game play experience and the

25  elements depicted here appear in both.  The early-access Xbox version of *BATTLEGROUNDS* and
    the closed beta development mobile versions of *BATTLEGROUNDS* also vary in certain aspects but

26  generally provide the same or similar game play experience as the PC versions.  The elements
    depicted here also appear in the Xbox version of *BATTLEGROUNDS*.  Hereafter,

27  "*BATTLEGROUNDS*" refers to the first early-access public beta version for PC and subsequent
    versions that are the subject of the copyright registration applications.

28

6

1   limited to the following audio/visual/audiovisual/gameplay arrangement and look and feel.

2     26.  **Pre-Game Lobby and Waiting Area**.  Each game of BATTLEGROUNDS begins

3   with all of the players entering from a "lobby" to a designated waiting area on the play map.

4   Typically, players wait in a lobby, where they can potentially chat, but not physically (in the virtual

5   world) interact with each other or the game play environment.  BATTLEGROUNDS provides a

6   waiting area located within the game play map to allow the players to interact with each other and

7   the game play area.  Weapons such as hand-held melee weapons (*e.g.*, machete, crowbar, and the

8   iconic frying pan), grenades, hand guns, shot guns, and various types of rifles and machine guns are

9   available for players to explore and experience without inflicting damage.



The players are able to talk to and interact with each other, practice firing their weapons, and roam

around the scene.  The players remain in this interactive pre-game waiting area until enough players

have connected to the game for competitive gameplay to begin.



7

The pre-game waiting area creatively provides the players with an interactive audiovisual experience, allowing them to engage with each other and explore the environment and weapons of the game before competitive gameplay begins.  This lower-pressure, slower-paced illustration of objects, scenes, and actions is an artistic presentation that allows players to experience and appreciate these aspects of the animated fantasy world differently than they do during tense competitive gameplay.  The creative expression of a pre-game lobby and interactive waiting area in BATTLEGROUNDS is a copyrightable audio-visual work, individually and/or in combination with other elements of BATTLEGROUNDS.  Additionally, this creative expression of the pre-game lobby and interactive waiting area has taken on secondary meaning as an emblem of BATTLEGROUNDS and of PUBG.  For example, it has been the subject of a live-action BATTLEGROUNDS parody skit, available at https://www.youtube.com/watch?v=cPGLLZu5lz4&list=PLSMETuURtTXCngmWf_wUWfnzTjn04XF-B&index=10.

27.    **Air Jump**.  When a sufficient number of players have connected to the game (typically, 100 players), the players are transported to an aircraft.  In other shooter games, players "spawn" or just appear on the game play map in either a pre-designated or random location.  Rather than the typical spawning mechanic, BATTLEGROUNDS has created an interactive approach which allows the player to choose where to begin play on the game play map.

8

1

2

3

4

5

6

7

8

9

10

11



12

13

14

15

16

17

18

19

20



21

22

23

24

25

As the aircraft flies over a game play map, the player can watch the aircraft and the game play map terrain underneath.  The route of the aircraft is randomized for each game.  The route can be seen on a mini-map embedded within a corner of the game play screen as well as a map screen showing the entire island in which the plane is indicated by a ⊘ symbol.

26

27

28

9

1
2
3
4
5
6
7
8
9
10



11  Each player can choose to jump out of the aircraft anywhere along the route of the aircraft. The time
12  at which a player chooses to jump affects the player's experience in dropping down to ground level
13  which, in turn, affects the location where the player will land.  During the jump, the player can
14  choose to free fall and guide him/herself towards different areas of the play map.  During free fall,
15  the player has a bird's eye panoramic view of the play map and can view other players as they also
16  descend to Earth.
17
18



19
20
21
22
23
24
25
26
27
28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW



At any time before reaching a critical low altitude, the player can open his/her parachute and glide down to a landing.



The Air Drop experience in BATTLEGROUNDS is a creative artistic experience created by PUBG. This aspect of the game artistically presents the fantasy world of BATTLEGROUNDS through unusual and varied angles of perspective and movement.  It provides the player with a dynamic and interactive game-starting and location-selecting experience, in contrast to conventional shooter games in which characters spawn in pre-determined or random locations.  Additionally, the player experiences an audiovisual representation of free-falling to earth while surveying the game play terrain and other players in freefall and while parachuting to earth—an unprecedented experience in shooter games.  This creative and interactive expression of the introduction to a game play map

11

expresses a narrative fantasy through creative images and sounds.  The Air Jump is a copyrightable

audio-visual work, individually and/or in combination with other elements of BATTLEGROUNDS.

Additionally, this creative expression of the Air Jump has taken on secondary meaning as an emblem

of BATTLEGROUNDS and of PUBG.  For example, it has been featured in live-action

BATTLEGROUNDS parody skits, such as those available at

https://www.youtube.com/watch?v=4hqqFqcr1K8 and

https://www.youtube.com/watch?v=cPGLLZu5lz4&list=PLSMETuURtTXCngmWf_wUWfnzTjn0

4XF-B&index=10.

     28.    **Play Map**.  While many shooter games have a game play map, each game play map

is unique.  Similarly, PUBG created a unique game play map, as shown below, which is much larger

than previous shooter games.  The player's decision when to jump from the aircraft and to freefall to

a particular location on the game play map may also depend upon the actual game play map.

BATTLEGROUNDS uses a single game play map entitled "Erangel."



As shown, above, Erangel is a large island with a secondary island connected by bridges and a

smaller third island (top right corner) that is not connected to the main island.  The islands are

populated with different types of game play areas and terrains, such as towns, a military base, a port,

12

farms, a lighthouse, various buildings, canals, roads, open space and thousands of other unique elements. Plaintiff PUBG created Erangel, including the types and locations of game play areas, and the designs of the terrain and buildings, to give players a unique visual gameplay experience, as well as a diversity of areas for game play. The Play Map, a unique and creative expression of a game play map, is a copyrightable visual and/or audio-visual work, individually and/or in combination with other elements of BATTLEGROUNDS.

29. **Character Attributes.** While many shooter games display attributes of a player, BATTLEGROUNDS include unique and creative expressions of certain types of attributes created by PUBG. Each player has a set of attributes, such as health and speed. All characters possess the same set of attributes. During gameplay, a health bar is displayed. A unique expression of health and abilities in BATTLEGROUNDS is the display of a "boost" bar. Initially, players start with zero boost. Certain items, explained with regard to consumables, below, can increase a player's boost level. Depending upon the amount of boosting, the player's health is increased at different rates over time. At higher levels of boost, the player also receives an increase in speed.





PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW

The "boost" factor is unique to BATTLEGROUNDS, created to provide an additional dimension to the typical health/hit points attributes used in prior games.  These and other creative expressions of the unique attributes, especially the effects of the level of boost, are copyrightable audio-visual works, individually and/or in combination with other elements of BATTLEGROUNDS. Additionally, this creative expression of boost has taken on secondary meaning as an emblem of BATTLEGROUNDS and of PUBG.  For example, it has been featured in a live-action BATTLEGROUNDS parody skit, available at https://www.youtube.com/watch?v=DBwpMDaMoOI&list=PLSMETuURtTXCngmWf_wUWfnzTjn04XF-B&index=1.

30.    **Equipment Acquisition.**  In BATTLEGROUNDS, each player lands with nothing except clothing and a belt.  After landing, the player must seek out weapons, modifications to weapons, ammunition, armor, equipment, clothing and consumables.  The player can also find and use vehicles located throughout the map.  Starting with nothing is a key creative and artistic component of BATTLEGROUNDS.  The requirement of scavenging results in the players being forced to compete for resources and necessary interaction.



31.    BATTLEGROUNDS' unique expression of Equipment Acquisition is a copyrightable audio-visual work, individually and/or in combination with other elements of BATTLEGROUNDS. Additionally, this creative expression of equipment acquisition has taken on secondary meaning as an emblem of BATTLEGROUNDS and of PUBG.  For example, it has been featured in live-action

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW

1  BATTLEGROUNDS parody skits, such as those available at

2  https://www.youtube.com/watch?v=kM8Cws9tiTQ&list=PLSMETuURtTXCngmWf_wUWfnzTjn0

3  4XF-B&index=5 and https://www.youtube.com/watch?v=4hqqFqcr1K8.

4        **32.      Weapons, Modifications and Ammunition**.  BATTLEGROUNDS includes realistic

5  weapons to simulate real life combat.  PUBG created a realistic combat environment, including

6  realistic weapons action (*e.g.*, recoil) and sounds.  These expressions of specific weapon audio

7  elements used in BATTLEGROUNDS are protectable works as a combination of the audio synced

8  to the visual operation of the weapons.  The types of weapons include melee weapons (*e.g.*, crowbar,

9  machete, sickle and a frying pan), bows, hand guns, rifles, shot guns, assault rifles, sniper rifles,

10  machine guns and grenades.  The visual appearances of the weapons are realistic, but each weapon

11  has been stylized to make it distinct from actual real life weapons.  For example, the grain pattern on

12  wooden pieces, configurations of the rifles and machine guns, the wear on melee weapons all

13  provide unique details and styling to each weapon, as seen below.



22  Ammunition for the various firearms can also be found.  To add further realism, items that modify

23  the operation of the firearms can also be found, such as different types of optical scopes, stocks,

24  magazines of varying capacities, suppressors, and grips.  The variety of modifications provides

25  thousands of combinations of available weapons, leading to diverse gameplay.  Additionally, PUBG

26  assigned specific characteristics to each weapon, such as the amount of damage per hit they inflict,

27  recoil, reload time, number of rounds per magazine, range, blast radius (*e.g.*, shotgun and grenades).

28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

33.     These expressions of specific characteristics of the weapons, weapon modifications, and ammunition are copyrightable works, providing realism during gameplay as well as a balanced game experience for the players.  With regard to damage, PUBG added a further creative aspect to the BATTLEGROUNDS game.  As discussed further with regard to armor, the amount of damage depends upon where the opposing player is hit.  If the opposing player is hit in the body or the head, different amounts of damage are inflicted on the opposing player.  Additionally, the amount of armor worn by the opposing player affects the amount of damage received by the opposing player.  All these unique expressions of BATTLEGROUNDS weapons, weapon modifications, and ammunition are individually and/or in combination with each other or with other elements of BATTLEGROUNDS protectable copyrightable audio, visual and/or audio-visual works.

34.     **Armor**.  In addition to weapons, the player can find and use various types of armor. In particular, the types of armor in BATTLEGROUNDS include helmets and vests.  Helmets provide armor protection to the player's head, while the vests provide armor protection to the body. There are three levels of armor protection for both helmets and vests.  Vests also increase carrying capacity, as explained further with regard to belts and backpacks, below.  Again, PUBG created specific statistics for the amount of armor protection and reduction in damage received from a hit. Additionally, each piece of armor can only absorb a specific amount of damage (i.e., hit points) before the armor is rendered ineffective.  Shown, below, are images of the various armor and helmets.



The helmet with the visor, in particular, has achieved secondary meaning, becoming intricately

identified with BATTLEGROUNDS.  A Google search for "PUBG helmet" or "Battlegrounds

helmet" results in hits that for the most part include the image of the helmet with the visor.  PUBG

created unique visually realistic appearing expressions of armor such as helmets and vests, while

adding flair and artistry to these expressions to make them copyrightable visual and/or audio-visual

works, individually and/or in combination with each other or with other elements of

BATTLEGROUNDS.

35.    **Clothing**.  In addition to armor, the user can pick up additional clothing, such as

jackets, pants, hats, goggles, glasses, gloves, masks, shoes and shirts.  The pieces of clothing do not

affect gameplay but is an artistic expression that provides the player with a visually diverse

gameplay experience as well as allowing each player to express him/herself.  The use of mixed

street-wear and military equipment further reinforces the imaginative experience for players by

furthering the game's premise in which everyday citizens from different backgrounds are forced into

an environment in which only one player will be left alive.



However, clothing does affect gameplay in terms of camouflage.  Clothing can be used to assist the

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

player to blend in with the environment, making the player less visually detectable.  In particular, BATTLEGROUNDS includes a Ghillie suit, a full body suit covered with camouflaging material typically used by snipers.  The Ghillie suit allows the player to become nearly visually invisible depending upon the terrain.



Unlike other shooter games, BATTLEGROUNDS does not display player designators above opposing players.  The player must visually detect an opposing player without any aid other than equipment found in gameplay, such as an optical scope.  Thus, the colors and stylings of the clothing found in BATTLEGROUNDS adds to the rich tapestry of the gameplay experience while permitting artistic expression.   The appearances and styles of clothing found in BATTLEGROUNDS are protectable visual and/or audio-visual works, individually and/or in combination with each other or with other elements of BATTLEGROUNDS.

       36.    **Equipment**.  The BATTLEGROUNDS player can also find equipment, such as belts and backpacks.  Belts and backpacks not only have unique visual appearances, they are functional as well.  Each player starts with a belt, which permits the player to hold a certain amount of items (capacity).  Additionally, the belt allows the player to attach two weapons to his/her waist, such as a melee weapon or grenade.  The backpack provides additional carrying capacity.

The belts and the different types of backpacks can carry different amounts of equipment and supplies, as developed by PUBG. As noted, PUBG also created uniquely creative visual appearances

18

for each belt and backpack, making them copyrightable visual and/or audio-visual works, individually and/or in combination with each other or with other BATTLEGROUNDS elements.



37.    **Configuration**.  The player has the freedom to determine how to equip him/herself during gameplay.  PUBG designed slots for easily accessible weapons.  In particular, two slots are designated for rifles or shotguns, each carried around one of the player's shoulders.  A third slot is designated for a hand gun.  Fourth and fifth slots are designated for melee weapons or grenades, to be carried along the player's waist.



Additionally, clothing, equipment and armor are equipped as appropriate on the character's body. The particular set up of the configurable slots is a unique expression created by PUBG, and the slots are copyrightable visual and/or audio-visual works, individually and/or in combination with each other or with other BATTLEGROUNDS elements.

19

38.    **The "Frying Pan."**  One very beloved aspect of creative expression in BATTLEGROUNDS is the game's iconic frying pan.  Previous shooter games did not include the use of a frying pan.  In BATTLEGROUNDS, a character who obtains a frying pan may use it as a hand-held melee weapon and also may use it as armor.  When the frying pan is equipped on a character's waist, the frying pan is depicted as covering the character's posterior (buttocks).  When so equipped, as a purely artistic and creative expression injecting humor into the game, the frying pan is the only indestructible armor in the game (*i.e.*, armor that can absorb infinite hit points without deteriorating), providing complete protection against projectiles aimed at a character's posterior.  Thus, the imaginative treatment of a frying pan as a melee weapon is made even more remarkable by its further treatment as armor against shots to the butt of a character.  The frying pan element thus creatively adds humor and whimsy to the audiovisual presentation of the game.  PUBG animation of a frying pan as both weapon and indestructible butt armor is a copyrightable visual and/or audio-visual work, individually and/or in combination with other elements of the BATTLEGROUNDS.



Character holding frying pan as melee weapon

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW

1
2
3
4
5
6
7
8
9
10



Ricochet off frying pan worn as armor

11 Furthermore, the frying pan has taken on secondary meaning as an emblem of the

12 BATTLEGROUNDS game and of PUBG.  For example, it has been the subject of a live-action

13 BATTLEGROUNDS parody skit, available at,

14 https://www.youtube.com/watch?v=jfQGY8xaxO0&list=PLSMETuURtTXCngmWf_wUWfnzTjn0

15 4XF-B&index=12.  It has also been featured in other BATTLEGROUNDS parodies and memes.

16 *See*, *e.g.*, https://www.youtube.com/watch?v=bywZTWzkuQM; *see also*

17 https://9gag.com/gag/aVM1Aby/best-pubg-armor.

18
19
20
21
22
23
24
25
26



Sample PUBG frying pan meme

27
28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

39.   **Consumables**.  While the player attempts to stay alive, he/she can also gather consumables, such as bandages, first aid and medical kits, painkillers, adrenaline syringes, energy drinks and gas cans.  Bandages, first aid kits and medical kits heal the character's health varying amounts instantly upon application, the application time of each also varying.  The energy drink, painkiller and syringe increase the player's boost level, which provides regeneration over time and/or an increase in player speed, as discussed with regard to boost level, above.  However, the energy drink instantly increases the player's character's health a set amount, and also increases the player's boost level.  The syringe can only be found in an air dropped supply box, and provides the largest amount of increase in boost level, providing healing and speed boost.  The gas can is used to refuel vehicles, as discussed further, below.  The expressions of the consumables' abilities to increase the health of a player, as well as increasing the player's boost level, are unique to BATTLEGROUNDS and are copyrightable visual and/or audio-visual works, individually and/or in combination with each other or with other BATTLEGROUNDS elements.  Additionally, the unique depictions of certain consumables in BATTLEGROUNDS, such as the energy drinks, have taken on secondary meaning as emblems of BATTLEGROUNDS and PUBG due to their non-traditional, light-hearted and whimsical use.  For example, the energy drinks have been the subject of a live-action BATTLEGROUNDS parody skit, available at

https://www.youtube.com/watch?v=DBwpMDaMoOI&list=PLSMETuURtTXCngmWf_wUWfnzTjn04XF-B&index=1 and

https://www.youtube.com/watch?v=V_vUrY1MczI&index=9&list=PLSMETuURtTXCngmWf_wUWfnzTjn04XF-B&index=9 ; *see also* https://www.youtube.com/watch?v=V_vUrY1MczI.

40.   **Vehicles**.  Plaintiff PUBG has included vehicles to BATTLEGROUNDS to provide an immersive life like experience.  In addition to the planes that drop the players and supply boxes, various automobiles and boats can be found throughout the game play map.  Automobiles include stylized buggies, off road vehicles, motorcycles (with or without a sidecar), vans, pickups, and sedans.  Each automobile has distinctive operating sounds that can be recognized by experienced players.  The automobiles come in varying colors and conditions.  Automobiles also start with a

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW

certain amount of boost, which when activated increases the speed of the automobile but at the cost of increased fuel consumption. As noted previously, players can refuel automobiles with gas cans.







23

41.     The automobiles exhibit realistic handling.  For example, taking a hard turn may cause the automobile to flip over.  Automobiles may also provide a measure of protection from fire from opposing players as well, but can also explode from enemy fire.  Additionally, players can obtain a speed boat or jet ski to travel over the water to the islands.  Additionally, other types of vehicles can be seen and heard throughout the game, such as the plane used for the parachute drop, and the plane used for parachuting supply boxes, as discussed further, below.  These vehicles also have distinctive and artistic operating sounds which players can recognize during game play.  These expressions of vehicles in BATTLEGROUNDS are copyrightable audio, visual and/or audio-visual works, individually and/or in combination with each other or with other BATTLEGROUNDS elements.  These expressions of vehicles have also taken on secondary meaning as an emblem of BATTLEGROUNDS and of PUBG.  For example, they have been featured in live-action BATTLEGROUNDS parody skits, such as those available at https://www.youtube.com/watch?v=sQ6s6ujf6kY&list=PLSMETuURtTXCngmWf_wUWfnzTjn04 XF-B&index=2 , https://www.youtube.com/watch?v=V_vUrY1MczI&index=9&list=PLSMETuURtTXCngmWf_wU WfnzTjn04XF-B&index=9, and https://www.youtube.com/watch?v=4hqqFqcr1K8.

42.     **Weapon, Equipment and Vehicle Spawning**.  While many of the weapons, consumables and vehicles are located randomly throughout the game play map, they may also spawn at certain set locations.  Fixed spawn locations allows experienced players to focus on certain areas of the game play map to obtain items and vehicles.  Spawn locations of highly desired items further promote players to interact in BATTLEGROUNDS.  The mix of randomness and fixed spawn locations provides unlimited possibilities for game play strategy.  These expressions of weapons, equipment, and vehicle spawning are copyrightable visual and/or audio-visual works, individually and/or in combination with other elements of BATTLEGROUNDS.

1
2
3
4
5
6
7
8
9



Equipment spawning in a house

10
11
12
13
14
15
16
17



Vehicle spawning in a garage

18      43.      **Game Areas & Buildings.**  The BATTLEGROUNDS game play map includes a

19  number of areas, such as towns, farms, a power plant and even a shooting range.  The artistic

20  renderings and locations of these areas provide an entertaining backdrop to game play in

21  BATTLEGROUNDS.

22
23
24
25
26
27
28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

1



2

3

4

5

6

7

8

9

10

11



12

13

14

15

16

17

18

19

20



21

22

23

24

25

26

27

28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

In addition, PUBG has created artistic renderings of various type of buildings throughout the immersive game play map.  Buildings include outposts, warehouses, houses, buildings, and even a lighthouse.  Again, the variety and types of buildings create a realistic environment, as well as providing strategic locations for game play.





PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW



Thus, these expressions of landscapes and buildings within BATTLEGROUNDS are copyrightable visual and/or audio-visual works, individually and/or in combination with each other or with other elements of BATTLEGROUNDS.

44.   **Movement**.  Players can move around in many different ways.  They can stand, walk, run, take a prone position, crawl in a prone position or take a kneeling position.  The various positions provide benefits and disadvantages.  For example, a player can shoot a rifle most accurately in a prone position, but leaves the player vulnerable if detected.  Shooting from a standing position is less accurate, but the player can readily walk or run to cover after taking a shot.  However, walking and running creates more noise than crawling.  These expressions of player movements and accompanying sounds in Battleground are copyrightable audio, visual and/or audio-visual works, individually and/or in combination with each other or with other elements of BATTLEGROUNDS.

45.   **Sounds and Noise.**  The audiovisual experience of BATTLEGROUNDS includes numerous expressive sounds that contribute to the audiovisual depiction of the imaginary spaces, objects, and actions.  Unlike other computer games, there is no music during gameplay.  The player must listen to his/her environment to obtain a competitive edge.  For example, the player can hear an opposing player's footsteps, a supply drop aircraft flying overhead, and the distinctive gunshots of the various firearms.  PUBG created each unique sound to augment the realism of the audiovisual presentation; they allow the player to react to the sounds and, with a trained ear, distinguish the type

1  of firearm being used.  As another example, each vehicle sounds different.  A player can discern the

2  approach of a vehicle, and potentially determine the vehicle type, from sounds.  These distinctive

3  audiovisual expressions add richness to the gameplay created by PUBG.  In fact, many

4  commentators have identified the relationship between success in the game and the ability to identify

5  and discern these player, weapon and vehicle sounds.  *See*, *e.g.*,

6  https://www.turtlebeach.com/blog/how-audio-helps-you-get-your-chicken-dinner-in-pubg/;

7  https://www.redbull.com/gb-en/pubg-xbox-one-tips-guide;

8  https://www.youtube.com/watch?v=zBSBu72qF0s.  The game also includes other distinctive

9  sounds, such as the sounds of parachuting through the wind, the sounds of male and female

10  characters being attacked, the sound of tires destroying objects, and the sounds of item acquisition.

11  These unique sounds are copyrightable in combination with other elements of BATTLEGROUNDS.

12      46.    **Air Drops**.  Another artistic aspect of BATTLEGROUNDS are air drops of supply

13  boxes from a flying aircraft.  As the aircraft approaches, the players can hear the sound of the

14  aircraft, alerting them to a potential air drop.



23  The supply boxes are colored red and covered by a blue tarp, and parachute down from the aircraft.

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

1

2

3

4

5

6

7



8

9

When the supply box lands, red smoke wafts up from the landing site, drawing the attention of players to the location of the supply box and creating a dramatic visual impression.

10

11

12

13

14

15

16

17



18

19

20

21

22

23

24

25

26



27

The supply box provides the first player to reach it with either weapons, modifications to weapons

28

30

(*e.g.*, a scope), ammunition, clothing (*e.g.*, camouflaged clothing) or medical supplies.  Players can either speed towards the supply box to obtain the supplies, or lurk around the supply box to snipe other players that approach the supply box.  These expressions of air drops in BATTLEGROUNDS are copyrightable, individually and/or in combination with each other or with other elements of BATTLEGROUNDS.  The supply boxes also have also taken on secondary meaning as an emblem of BATTLEGROUNDS and of PUBG.  Fans have created skits evoking the identifiable red smoke and red and blue supply boxes.  *See* https://www.youtube.com/watch?v=0dG6HliC9OI; https://www.youtube.com/watch?v=YDp87dUytd8.

47.  **Bombardment Zone** (Red Zones).  PUBG inserted an artistic periodic event where a circular zone, marked in red on the game map, is targeted for bombardment.  Prior to bombardment, the players are warned of the impending barrage.  This creative event conveys fear, danger, and urgency, causing players to either seek shelter or evade the bombardment, potentially running into other players.  However, merely obtaining shelter may not completely protect the player if he/she is too near an opening (*e.g.*, door or window).  The bombardment is an artistic catalyst to create further interaction between the players.  This expression of a bombardment zone is a copyrightable visual and/or audio-visual work, individually and/or in combination with other elements of BATTLEGROUNDS.  The bombardment zone has also taken on secondary meaning as an emblem of BATTLEGROUNDS and of PUBG.  For example, it has been featured as a punchline in multiple live-action BATTLEGROUNDS parody skits, available at https://www.youtube.com/watch?v=pqSN7lsPs2k.

48.  **Shrinking Gameplay.**  The conclusion of each game is creatively precipitated by the shrinking of the gameplay area within the map.  A timer is provided to the players notifying them when the viable play area will shrink to a circle within the game play map.  The first large circle is displayed in white on the game map, indicating where the players will be confined after the timer expires.  A large blue circle covering the entire map appears and slowly shrinks down to the first white circle. Players caught outside of the closing blue circle will begin losing health until they either reach the interior of the first white circle or their health falls to zero.  A new timer begins and

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW

a smaller circle within the first circle appears on the map.  After the expiration of the second timer, the first circle is displayed in blue, which begins shrinking down to the smaller white.  The process repeats four times, until the game play is restricted to a final circle of area representing a relatively small area within the game play map.





The rate of loss of health outside the circles also increases, players caught outside the final circle instantly falling to zero health.  This creative aspect of BATTLEGROUNDS forces the players to converge to a single location to resolve who will be the last player standing.  The timing, sizes, and progression of the shrinking game play area results in a unique experience in each game, paces gameplay to reduce lulls in the action, and provides ever increasing tension in the game.  PUBG's expression of the shrinking game play area is a copyrightable visual and/or audio-visual work, individually and/or in combination with other elements of BATTLEGROUNDS.  The shrinking

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW

1  game play area has also taken on secondary meaning as an emblem of BATTLEGROUNDS and of

2  PUBG.  For example, it has been the subject of various live-action BATTLEGROUNDS parody

3  skits.  *See*

4  https://www.youtube.com/watch?v=RPFZgk_O8Ok&list=PLSMETuURtTXCngmWf_wUWfnzTjn

5  04XF-B&index=3;

6  https://www.youtube.com/watch?v=V_vUrY1MczI&index=9&list=PLSMETuURtTXCngmWf_wU

7  WfnzTjn04XF-B&index=9; https://www.youtube.com/watch?v=pqSN7lsPs2k;

8  https://www.youtube.com/watch?v=YDp87dUytd8; and

9  https://www.youtube.com/watch?v=4hqqFqcr1K8.  *See also*

10  https://www.youtube.com/watch?v=sQ6s6ujf6kY&list=PLSMETuURtTXCngmWf_wUWfnzTjn04

11  XF-B&index=2;

12  https://www.youtube.com/watch?v=5FW7xb8jWew&list=PLSMETuURtTXCngmWf_wUWfnzTjn

13  04XF-B&index=25.

14      49.    **"Down But Not Out."**  BATTLEGROUNDS features three play modes: (1) "solo" in

15  which a each player fights alone against the field; (2) "duo" in which players are teamed into groups

16  of two and fight to be the last duo remaining; and (3) "squad" in which players are grouped into

17  squads of 4 and fight to be the last squad remaining.  In "duo" and "squad" modes, every member of

18  a team needs to die to be considered defeated.  However, in both modes, players survive for a short

19  time even after their health/energy has been depleted.  During this time, that player may be revived

20  by a team who crouches next to the fallen player for a pre-determined period of time which is

21  referred to as "Down But Not Out ("DBNO")."  PUBG's expression of DBNO gameplay is a

22  copyrightable visual and/or audio-visual work, individually and/or in combination with other

23  elements of BATTLEGROUNDS.  The DBNO gameplay element has also taken on secondary

24  meaning as an emblem of BATTLEGROUNDS and of PUBG.  For example, it has been the subject

25  of various live-action BATTLEGROUNDS parody skits.  *See*

26  https://www.youtube.com/watch?v=HhZZIu8Yem4&list=PLSMETuURtTXCngmWf_wUWfnzTjn0

27  4XF-B&index=4;

28

33

1   https://www.youtube.com/watch?v=KD9sMqp7bdE&list=PLSMETuURtTXCngmWf_wUWfnzTjn

2   04XF-B&index=6; and

3   https://www.youtube.com/watch?v=5FW7xb8jWew&list=PLSMETuURtTXCngmWf_wUWfnzTjn

4   04XF-B&index=25.

5      50.   **"Winner Winner Chicken Dinner."**  Should a player be the last player standing at

6   the end of the game, he/she is rewarded with a salutary "Winner Winner Chicken Dinner!"

7   announcement.



Victory Screen from BATTLEGROUNDS

16   The juxtaposition of this lighthearted expression of victory with the survival narrative of the game

17   adds elements of surprise and humor to the work, and the artistic inclusion of this emphatic

18   expression has become particularly beloved by the gaming community.  "Winner Winner Chicken

19   Dinner" in the context of a shooter game is a copyrightable work in combination with other elements

20   of *Battleground*.  Furthermore, this catchphrase has taken on secondary meaning within the gaming

21   community as an emblem of BATTLEGROUNDS and of PUBG; it has become nearly synonymous

22   with BATTLEGROUNDS to gamers.

23   As an example, this phrase also has been featured in memes, live-action parody videos, and other

24   responsive content created by fans.  For example, it has been featured in live-action

25   BATTLEGROUNDS parody skits, such as those available at

26   https://www.youtube.com/watch?v=jfQGY8xaxO0&list=PLSMETuURtTXCngmWf_wUWfnzTjn0

27   4XF-B&index=12, https://www.youtube.com/watch?v=O9JsWOo-

28

1  Qyk&list=PLSMETuURtTXCngmWf_wUWfnzTjn04XF-B&index=13,

2  https://www.youtube.com/watch?v=EAnPxrg5kUE&index=16&list=PLSMETuURtTXCngmWf_w

3  UWfnzTjn04XF-B&index=16, and https://www.youtube.com/watch?v=4hqqFqcr1K8, and it has

4  also been featured in other BATTLEGROUNDS parodies and memes.

5  **Copying in *Rules of Survival* Game**

6      51.    ***Rules of Survival:***  *Rules of Survival* ("*ROS*") is a video game that was made and

7  released by Defendants.  *ROS* was released for mobile devices in the United States on or about

8  November 14, 2017.

9      52.    On information and belief, Defendants created *ROS* by copying BATTLEGROUNDS

10  and with the intention of creating a version of BATTLEGROUNDS for mobile devices.

11      53.    On information and belief, Defendants intended to create consumer confusion as to

12  the source of *ROS* and intended to cause consumers to believe, incorrectly, that *ROS* had been

13  developed by PUBG.  On information and belief, Defendants intended to misappropriate consumer

14  goodwill toward PUBG in order to market and gain economic benefit from *ROS*.

15      54.    On information and belief, there has in fact been confusion in the marketplace as to

16  the source and origin of *ROS*, with consumers believing, incorrectly, that *ROS* was developed by

17  PUBG.  For example, *ROS* has been referred to in the marketplace as "PUBG on Mobile," "Mobile

18  PUBG," and the "BEST MOBILE PUBG":

19

20

21

22

23

24

25

26

27

28

35

PUBG on Mobile - Rules of Survival - YouTube
https://www.youtube.com/watch?v=_R5CmDXE1u0
Nov 15, 2017 - Uploaded by King_Steemer
In which we take a look at **Rules of Survival** a game that's similar to **PUBG on Mobile** Enjoy the Video ...
▶ 12:04

MOBILE PUBG - RULES OF SURVIVAL CLOSE CALL! (Old Gameplay ...
https://www.youtube.com/watch?v=jKlTrUQxWQg
Jan 29, 2018 - Uploaded by Coolmark
LET'S GO FOR 122 LIKES! Was too close for comfort lol » Become a Sponsor: https://goo.gl/puDtJa » Twitter ...
▶ 26:01

11 SIT DOWNS | RULES OF SURVIVAL | MOBILE PUBG BATTLE ...
https://www.youtube.com/watch?v=wxkmYhI5YDY
Dec 7, 2017 - Uploaded by Dan Gheesling
**Rules of Survival** is a PUBG like Battle Royale game for your mobile device. What do you think of it? Subscribe ...
▶ 30:40

8 SIT DOWNS | RULES OF SURVIVAL | MOBILE PUBG BATTLE ...
https://www.youtube.com/watch?v=EKK_Ex9QliA
Dec 5, 2017 - Uploaded by Dan Gheesling
**Rules of Survival** is a PUBG like Battle Royale game for your mobile device. What do you think of it? Subscribe ...
▶ 28:59

The Best Mobile PUBG Clone!! (Rules of Survival) - YouTube
https://www.youtube.com/watch?v=51Nj4L3bBls
Dec 8, 2017 - Uploaded by BossJ03L
If you want to chat with me or just keep up with my latest activities feel free to follow me on Twitter, Instagram ...
▶ 24:31

Sampling of player videos available at https://goo.gl/hNupQo

55.     On information and belief, commentators in the industry have characterized *ROS* as a copy, "rip-off," "knock-off," or "clone" of BATTLEGROUNDS.  For example, one industry commentator observed that "fans viewed the game [*i.e.*, *ROS*] simply as a rip-off of the highly successful 'PlayerUnknown's Battlegrounds ('PUBG')'" because "[e]verything about it screamed 'PUBG' as the majority of its elements seem to have been taken from the popular Xbox One title." https://www.christiantoday.com/article/rules-of-survival-update-includes-bigger-map-that-can-fit-300-players/125498.htm.  Other industry commentators have repeatedly characterized *ROS* as a "clone" or "knock-off" of BATTLEGROUNDS, or "[h]eavily modeled after" BATTLEGROUNDS. Samples of such commentary are available at http://touracade.com/2018/02/07/new-300-player-fearless-fjord-map-is-now-playable-in-latest-rules-of-survival-update/; https://www.cnet.com/news/playerunknown-battlegrounds-mobile-rules-of-survival-clone/; http://www.pocketgamer.co.uk/r/Android/Rules+of+Survival/feature.asp?c=76595; and https://www.vg247.com/2017/10/18/remember-that-chinese-mobile-pubg-knock-off-its-back-with-new-gameplay/.

56.     On information and belief, the *ROS* app can be downloaded to a mobile device free of

36

charge, and the *ROS* game can be played free of charge.  On information and belief, Defendants have released *ROS* into the marketplace at or below cost for the purpose of gaining market share before PUBG releases BATTLEGROUNDS for mobile devices.

57.   *ROS* contains many elements that are substantially similar to copyrightable elements of creative audiovisual expression in BATTLEGROUNDS, including at least the following.

58.   **Total Look and Feel.**  The overall look, feel, and audiovisual style of *ROS* closely mimic the stylized realism of BATTLEGROUNDS.

| *Rules of Survival* | BATTLEGROUNDS |
|---|---|

 

 

 

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW

1
2
3
4
5
6




7
8
9
10
11
12




13
14
15
16
17
18




19    59.    **Overall Gameplay.**  The overall look and feel of gameplay in *ROS* very closely

20    matches that of BATTLEGROUNDS.  For example, the narrative arc of the game; the audio and

21    visual representations of movement, shooting, healing and boosting; and the battle formats presented

22    (*e.g.*, player versus everyone and small teams versus everyone) all correspond to those of

23    BATTLEGROUNDS.

24    60.    **Boosting.**  *ROS* includes boosting misappropriates the boosting aspect of

25    BATTLEGROUNDS, thus copying this unique expression of bodily nourishment and fortification in

26    the artistic manner created by PUBG.  ROS includes a health (hit points) bar with symbols located

27    over it: a heart with a plus symbol, which indicates regeneration, and a running symbol indicating

28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

increased speed, very similar to BATTLEGROUNDS' boost bar.  Both BATTLEGROUNDS and *ROS* offer an energy drink as one boost item and a syringe as another boost item, and in both games the syringe is available only via air drop.  In both games, the energy drinks increases hit points, and potentially a boost in speed.  In both games, the syringe restores a greater amount of health as well as providing increased speed.



61.    **Pre-Play Area.**  As in BATTLEGROUNDS, the *ROS* audiovisual experience begins with a pre-play area where players can meet each other and try out weapons while waiting for enough players to join.  While prior games have used pre-play screens and areas, the expressive depiction of a pre-play area in BATTLEGROUNDS, which encourages players to interact with another, use weapons, and explore gameplay mechanics is unique.  On information and belief, Defendants copied PUBG's expressive depictions of the pre-play area where other depictions could have been used for the purpose of evoking the same pre-play experience depicted in BATTLEGROUNDS.

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW

1
2
3
4
5
6
7
8
9
10



11   62.   **Play Map.**  Like BATTLEGROUNDS, *ROS* provides a map defining the area of

12   play, and the *ROS* map is substantially similar to the BATTLEGROUNDS map.  The

13   BATTLEGROUNDS map and *ROS* map each comprises a large island in a square-ish shape with a

14   canal leading to a large city, along with a smaller unconnected island.  Both maps feature towns,

15   farms, buildings, fields, trees, roads, bridges and feature mountainous topography which is depicted

16   as if taken using a reconnaissance satellite as well as featured location indicators and white lettered

17   descriptions of those featured areas.  Although maps have been used in prior games, the depiction of

18   the map in *ROS* is strikingly similar to the depiction of the map in BATTLEGROUNDS.  On

19   information and belief, Defendants copied PUBG's expressive depiction of the map where another

20   depiction could have been used.

21
22
23
24
25
26
27
28

40

1
2
3
4
5
6
7
8
9
10
11
12



BATTLEGROUNDS Play Area Map

13
14
15
16
17
18
19
20
21
22



*ROS* Play Area Map

23
24
25
26
27
28

63.     **Scenes and Locations.**  Many of the locations, structures, landscapes, and other features within the *ROS* play area closely correspond to those within the BATTLEGROUNDS play area.  For example, the BATTLEGROUNDS play area and the *ROS* play area each contain a shooting range, a rural aqueduct, a port with shipping containers and a farm area.  These areas in *KO* are strikingly similar to those in BATTLEGROUNDS.  On information and belief, Defendants

41

1  copied PUBG's expressive depictions of the scenes and locations identified below where other

2  depictions could have been used for the purpose of evoking the same gameplay experience depicted

3  in BATTLEGROUNDS.



BATTLEGROUNDS shooting range



*ROS* shooting range

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

1

Additionally, they each contain a concrete aqueduct in a rural setting.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



BATTLEGROUNDS rural aqueduct

*ROS* rural aqueduct

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

1    Additionally, they each contain a port with many shipping containers, where items spawn in similar

2    locations in both games.



BATTLEGROUNDS port with shipping containers



*ROS* port with shipping containers

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

Additionally, they each contain a farm area with a tractor and haystacks that provide cover.



BATTLEGROUNDS farm area



*ROS* farm area

64.    **Buildings.**  The *ROS* play area contains numerous buildings that are substantially similar to buildings in BATTLEGROUNDS.  Although buildings have been used in prior games, the facades and layouts of the buildings in *ROS* are strikingly similar to those in BATTLEGROUNDS.  On information and belief, Defendants copied PUBG's expressive depictions of the buildings identified below where other depictions could have been used for the purpose of evoking the same gameplay experience depicted in BATTLEGROUNDS.  For example, each game contains a two-story home with a garage, garage roof deck, front door, windows, rooflines, and masses of the same shapes, proportions, and layouts.

45

1
2
3
4
5
6
7
8
9



BATTLEGROUNDS two-story home

10
11
12
13
14
15
16
17
18



*ROS* two-story home

19
20
21
22
23
24
25
26
27
28

46



Garage roof deck on BATTLEGROUNDS two-story home



Garage roof deck on *ROS* two-story home

As another example, both games contain a three-story residential building with masses, rooflines, entrances, windows, and roof decks, of the same shapes, proportions, and layouts.

47

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW

1
2
3
4
5
6
7
8
9



Three-story residential building in BATTLEGROUNDS

10
11
12
13
14
15
16
17
18



Three-story residential building in *ROS*

19
20
21
22
23
24
25
26
27
28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

1

2

3

4

5

6

7

8

9



Roof deck on three-story residential building in BATTLEGROUNDS

10

11

12

13

14

15

16

17

18



Roof deck on three-story residential building in *ROS*

19

20

As another example, each game contains an elongated single-story building with mass, windows,

21

roofline, entrance, doorway, steps, balconies, railings of the same shapes, proportions, and layouts.

22

23

24

25

26

27

28

49



Single-story building in Battleground



Single-story building in *ROS*

As another example, each game contains an observation tower with a platform, roof, and staircase of approximately the same shape and proportions.



50

1
2
3
4
5
6
7
8
9



Observation towers in BATTLEGROUNDS

10
11
12
13
14
15
16
17
18



Observation tower in *ROS*

19   The foregoing are selected representative examples and not an exhaustive catalogue of the large

20   number of similarities in the BATTLEGROUNDS and *ROS* game play areas.

21        65.   **Air Jump.**  Play begins in *ROS* with a transport airplane from which players jump,

22   freefall, and parachute into the play area.  As in BATTLEGROUNDS, the route of the plane is

23   shown in a mini-map within the play screen, and players can choose to jump at any point.  Both *ROS*

24   and BATTLEGROUNDS use similar types of vehicles, similar expressions of a satellite-view map

25   depicting various locations and their names, and similar expressions to indicate the user's location

26   on the map.  On information and belief, Defendants copied PUBG's expressive depictions of an Air

27
28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

1  Jump where other depictions could have been used for the purpose of evoking the same introductory

2  experience felt by players of BATTLEGROUNDS.

3

4

5  

6

7

8

9

10

11

12

13  

14

15

16

17

18

19  Transport Airplane in BATTLEGROUNDS

20

21

22

23

24

25

26

27

28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15





16  Transport Airplane in *ROS*

17
18
19
20
21
22
23
24
25
26



27  Airplane Route Map in PUBG

28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

1

2

3

4

5

6

7

8

9



Airplane Route Map in *ROS*

10    66.    **Freefall and Parachuting.**  As in BATTLEGROUNDS, following the jump from the

11  airplane, a player can choose to freefall or parachute toward the ground.  The depiction of freefall in

12  *KO* is strikingly similar to the depiction of freefall in BATTLEGROUNDS.  Further, *KO* uses the

13  same depiction of a parachute as used in BATTLEGROUNDS.  On information and belief,

14  Defendants copied PUBG's expressive depictions of freefall and parachuting, where other depictions

15  could have been used, solely for the purpose of evoking the same introductory experience felt by

16  players of BATTLEGROUNDS.

17

18

19

20

21

22

23

24

25



Freefall in BATTLEGROUNDS

26

27

28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW



Freefall in *ROS*



Parachuting in BATTLEGROUNDS



Parachuting in *ROS*

67.   **Weapons.**  The firearms, melee weapons, and throwable weapons in *ROS* are

substantially similar to those in BATTLEGROUNDS.  In general, and on information and belief,

each weapon in *ROS* corresponds to a weapon in BATTLEGROUNDS that is the same type of

weapon, inflicts the same or a similar amount of damage per hit, has a similar appearance, has a similar operation, has similar attachments, and has a similar name.  Further, the assortment of weapons and weapon types available in *ROS* are substantially similar to those in BATTLEGROUNDS, as explained in further detail below.

68.  **Firearms.**  The firearms in *ROS* are substantially similar to those in BATTLEGROUNDS, having the same or similar type, appearance, and, on information and belief, performance statistics (*e.g.*, load capacity and damage inflicted per discharge). For example, the "Tommy Gun" submachine gun in BATTLEGROUNDS and the "Thompson" submachine gun in *ROS* have substantially similar appearances and performance statistics.  Although weapons have been used in prior games, on information and belief, Defendants have copied PUBG's graphical, statistical and audio expressions of the weapons identified below where other graphical, statistical and audio expressions could have been used.  For example, note the similarity of the grip, magazine and the stock of both the BATTLEGROUNDS "M416" and the *ROS* "MA14" assault rifle.



"M416" Assault Rifle in BATTLEGROUNDS



"MA14" Assault Rifle in *ROS*

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW

1   As another example, the "Tommy Gun" submachine gun in BATTLEGROUNDS and the

2   "Thompson" submachine gun in *ROS* have substantially similar appearances and performance

3   statistics.



"Tommy Gun" Submachine Gun in BATTLEGROUNDS



"Thompson" Submachine Gun in *ROS*

As another example, the "AWM" sniper rifle in BATTLEGROUNDS and the "AWM" sniper rifle in

*ROS* have substantially similar appearances and performance statistics.  Note the same color scheme

of the two rifles.  Both rifles are available in different color schemes, but Defendants chose the color

scheme of their AWM rifle to closely mimic the appearance of the AWM rifle in

BATTLEGROUNDS.



"AWM" Sniper Rifle in BATTLEGROUNDS

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

1
2
3
4
5



6        "AWM" Sniper Rifle in *ROS*, with scope and bipod attached

7    The foregoing are selected representative examples and not an exhaustive catalogue of the large

8    number of similarities.

9        69.    **Attachments and Modifications for Firearms.**  The attachments and modifications

10   for firearms in *ROS* are substantially similar to those in BATTLEGROUNDS, having the same or

11   similar type, appearance, and on information and belief, performance statistics.  For example, both

12   games offer muzzle attachments in the form of silencers/suppressors, flash hiders, compensators, and

13   a shotgun choke; both games offer an angled grip attachment and vertical grip attachment; both

14   games offer similar assortments of magazines and stocks, including "Extended" magazines,

15   "QuickDraw" magazines, and "Extended QuickDraw" magazines; and both games offer similar

16   assortment of scopes, including a "red dot sight" that is depicted similarly in both games.  Selected

17   representative examples are shown below:

18
19
20                          
21
22        "Red Dot Sight" in BATTLEGROUNDS
23
24
25                          
26        "Red Dot Sight" in *ROS*
27
28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW



Angled Foregrip and Vertical Foregrip in BATTLEGROUNDS



Triangle Grip and Vertical Foregrip in *ROS*

For example, note that the sniper rifle check pads in both games depict two adjustments in the *exact same* position despite the fact that this type of cheek pad is highly uncommon.  In fact, when searching "sniper rifle cheek pad," on Google, the only result depicting this style of cheek pad references the cheek pad used in BATTLEGROUNDS.

https://www.google.com/search?safe=off&biw=943&bih=921&tbm=isch&sa=1&ei=YY2yWq3QJq LajwSd7rDIAw&q=sniper+rifle+cheek+pad&oq=sniper+rifle+cheek+pad&gs_l=psy- ab.3...0.0.0.5996.0.0.0.0.0.0.0.0..0.0....0...1c..64.psy-ab..0.0.0....0.-JD66v_6sts:



Cheek Pad for Sniper Rifle in BATTLEGROUNDS

59

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Sniper Rifle Cheek Pad in *ROS*



Bullet Loops for Shotgun in BATTLEGROUNDS



Shotgun Bullet Loop in *ROS*



Extended Magazine for Submachine Guns in BATTLEGROUNDS

60

1
2
3
4



5    Submachine Gun Extended Magazine for *ROS*

6
7
8

  

9
10
11    Suppressor, Compensator, and Flash Hider for Sniper Rifles in BATTLEGROUNDS

12
13

  

14
15
16    Silencer, Compensator, and Flash Hider for Sniper Rifles in *ROS*

17    The foregoing are selected representative examples and not an exhaustive catalogue of the large

18    number of similarities.

19        70.    **Melee Weapons.**  The melee weapons in *ROS* are substantially similar to those in

20    BATTLEGROUNDS.  Both games offer a frying pan and a crowbar that are depicted similarly and

21    operate similarly.  The use of cookware as a melee weapon is highly uncommon in shooter type

22    games, and Defendants' use of a frying pan with the same shape and properties as the frying pan

23    introduced in BATTLEGROUNDS was intended to misappropriate Plaintiff PUBG's unique

24    expression

25
26
27
28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW



Frying Pan and Crowbar in BATTLEGROUNDS



Frying Pan and Crowbar in *ROS*

Additionally, in *ROS*, a rubber chicken is available as a melee weapon that causes damage.  Holding the rubber chicken also enables the character to run faster.  The use of a rubber chicken to illustrate the form of this melee weapon is unnecessary because other objects could have been used to illustrate the same functions.  On information and belief, Defendants' decision to include a rubber chicken as a melee weapon in *ROS* was made for the sole purpose of evoking the iconic "Winner Winner Chicken Dinner" emblem of BATTLEGROUNDS.



Rubber Chicken Melee Weapon in *ROS*

71.    **Throwable Weapons.**  The throwable weapons in *ROS* also are substantially similar

62

to those in BATTLEGROUNDS.  Each game has four grenades:  a frag grenade, a stun grenade, a

smoke grenade, and a Molotov cocktail.  The grenades are depicted similarly, operate similarly, and,

upon information and belief, inflict the same level of damage in each game.  For example, in both

BATTLEGROUNDS and *ROS*, the Molotov cocktail does not have a delayed explosion.



Fragmentation Grenade, Stun Grenade, Smoke Grenade, and Molotov Cocktail in
BATTLEGROUNDS





Frag Grenade, Stun Grenade, Smoke Grenade, and Molotov Cocktail in *ROS*

The grenades in *ROS* are depicted similarly to the grenades in BATTLEGROUNDS.  The frag

grenade in each game is depicted as having a removable pin, a lever and a rounded body.  The stun

and smoke grenades are each oblong cylinders with a pin and lever and have writing on the side of

the canister.  On information and belief, Defendants copied PUBG's expressive depictions of the

grenades identified above where other depictions could have been used.  Additionally, *ROS* includes

an exploding chicken grenade, which is depicted as a metal chicken.  It has a larger blast radius than

the frag grenade but deals the same amount of damage.  The use of a chicken head to illustrate a

grenade variation is unnecessary, because other objects or images could have been used to illustrate

the same functions.  On information and belief, Defendants' decision to include an exploding

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

chicken as a throwable weapon in *ROS* was made for the sole purpose of evoking the iconic "Winner Winner Chicken Dinner" emblem of BATTLEGROUNDS.



72.   **Armor.**  The armor in *ROS* is substantially similar to the armor in BATTLEGROUNDS.  Each game has three levels of helmets and three levels of body armor, and these items are depicted similarly, operate similarly, and, on information and belief, provide the same levels of damage reduction.

  

BATTLEGROUNDS Helmets providing good damage reduction (Level 1), better damage reduction (Level 2), and best damage reduction (Level 3), respectively

  

*ROS* Helmets providing good damage reduction (Level 1), better damage reduction (Level 2), and best damage reduction (Level 3), respectively

The different levels of helmets are expressed similarly across both games.  For example, the "Level 1" helmet in both games is a motorcycle or scooter-style helmet which covers the top, back and sides of the wearer's head.  The "Level 2" helmet in both games is a camouflaged military helmet and

covers the same areas of the wearer's head as the "Level 1" helmet.  Finally, the "Level 3" helmet in both games resembles a special forces helmet covers all sides of the wearer's head including the front and has a shiny black appearance, and both include a visor.  On information and belief, Defendants copied PUBG's expressive depictions of the helmets identified above where other depictions could have been used.

  

BATTLEGROUNDS Body Armor providing good damage reduction (Level 1), better damage reduction (Level 2), and best damage reduction (Level 3), respectively

  

*ROS* Body Armor providing good damage reduction (Level 1), better damage reduction (Level 2), and best damage reduction (Level 3), respectively

Additionally, both games provide a frying pan for use as armor, as discussed further below.

73.   **Frying Pan.**  As explained above in paragraph 68, *ROS* provides a frying pan that can be used both as a melee weapon and as armor, as in BATTLEGROUNDS.  The frying pan in *ROS* is designed with the same shape and characteristics as the frying pan in BATTLEGROUNDS.  As with the BATTLEGROUNDS frying pan, the *ROS* frying pan provides medium damage output when used as a melee weapon and can deflect shots when in a character's hand or on a character's back. The use of a frying pan to illustrate this item of weaponry and armor is unnecessary to the game, because other objects could have been used to illustrate the same functions.  On information and belief, Defendants' decision to include a frying pan as a melee weapon and armor item in *ROS* was made for the sole purpose of evoking the iconic frying pan emblem of BATTLEGROUNDS.

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW




Frying pan wielded as melee weapon in BATTLEGROUNDS





Frying pan wielded as melee weapon in *ROS*



Frying pan worn as butt armor in BATTLEGROUNDS

66





Frying pan worn as butt armor in *ROS*

74.     **Clothing and Other Wearable Equipment.**  The clothing and other items of wearable equipment in *ROS* are substantially similar to those in BATTLEGROUNDS.  Each game has a similar assortment of such items, which are depicted similarly, operate similarly, and, on information and belief, possess the same or similar statistics.  For example, *ROS* offers three levels of backpacks with increasing capacity, corresponding to those in BATTLEGROUNDS.

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW



BATTLEGROUNDS Backpacks providing good damage reduction (Level 1), better damage reduction (Level 2), and best damage reduction (Level 3), respectively



*ROS* Backpacks providing good damage reduction (Level 1), better damage reduction (Level 2), and best damage reduction (Level 3), respectively

The different levels of backpacks are expressed similarly across both games. For example, the "Level 1" and "Level 2" backpacks in both games are similarly contoured. The "Level 3" backpacks in both games are much rounder and noticeably distinct from other backpacks. On information and belief, Defendants copied PUBG's expressive depictions of the backpacks identified above where other depictions could have been used. As another example, *ROS* offers a full-body "Ghillie Suit" that camouflages a player like the full-body "Ghillie Suit" in BATTLEGROUNDS.



Ghillie Suit in BATTLEGROUNDS

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW



Ghillie Suit in *ROS*



Character wearing Ghille Suit in BATTLEGROUNDS



Character wearing Ghille Suit in *ROS*

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

As another example, *ROS* offers various types of pants, shirts, shoes, jackets, hats, gloves, masks, glasses, goggles that can be worn by characters, all of which correspond to similar items in BATTLEGROUNDS.  This type of clothing allows characters to be depicted in everyday outfits rather than in traditional combat gear.  Whereas other video games use only traditional military uniforms, the availability of everyday street clothing as well as military gear in both BATTLEGROUNDS and *ROS* furthers each game's conceit of different types of people being forced to fight one another rather than the traditional video game use of traditional soldiers in a warzone.



Examples of clothing in BATTLEGROUNDS



PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW

1

2

3

4

5

6

7

8

9

10



Examples of clothing in *ROS*

The foregoing are selected representative examples and not an exhaustive catalogue of the large number of similarities.

75.     **Character Configuration.**  The configuration of characters in *ROS* is substantially similar to that of characters in BATTLEGROUNDS.  The organization and capacity of slots for holding items on a character's body in *ROS* are identical to those in BATTLEGROUNDS, exception that the *ROS* configuration has one less waist slot.  The significance of this variation is very minor, however, because it is largely negated by another adjustment, *i.e.*, grenades occupy a waist slot in BATTLEGROUNDS but come equipped (without occupying any configurable slot) in *ROS*. Additionally, in *ROS* a frying pan may be placed over a character's butt by assigning it to the fist slot, just as in BATTLEGROUNDS.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

71

1

2

3

4

5

6

7

8



Character Configuration in BATTLEGROUNDS

9

10

11

12

13

14

15

16

17

18



Character Configuration in *ROS*

19    76.    **Consumables.**  The consumable resources in *ROS* are substantially similar to those in

20  BATTLEGROUNDS.  Each game has a similar assortment of such items, which are depicted

21  similarly, operate similarly, and, on information and belief, possess the same or similar statistics.

22  Every consumable item in *ROS* has a direct counterpart in BATTLEGROUNDS, and

23  BATTLEGROUNDS has only one consumable item (a painkiller depicted as a prescription pill

24  bottle) that lacks a direct counterpart in *ROS*.  For example, each game offers a drink that boosts

25  health and is depicted as a can of everyday beverage which everyday logic suggests would be unable

26  to heal wounds but is used instead in both games to comically provide a non-traditional method of

27  restoring health.  The shared use of this non-traditional health boost demonstrates that Defendants

28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

copied PUBG's expressive depiction of a health boost in order to evoke the same feeling and experience felt by players in BATTLEGROUNDS.



"Energy Drink" in BATTLEGROUNDS



"Sports Drink" in *ROS*

As another example, each game offers a bandage, a first aid kit, and a medical kit that may be used to restore health following injury.

  

Bandage, First Aid Kit, and Med Kit in BATTLEGROUNDS

  

Bandage, First Aid Kit, and Med Kit in *ROS*

As another example, both games offer a syringe that fills the player's boost bar and can be found only in air-dropped supply boxes.

73



Adrenaline Syringe in BATTLEGROUNDS



Cardio Tonic Syringe in *ROS*

As another example, both games offer a fuel container that can be used to refuel vehicles.



Gas Can in BATTLEGROUNDS



Fuel Barrel in *ROS*

The foregoing are selected representative examples and not an exhaustive catalogue of the large number of similarities.

77.     **Vehicles.**  The vehicles in *ROS* are substantially similar to those in BATTLEGROUNDS.  Each game has a similar assortment of vehicles, which are depicted similarly and, on information and belief, possess the same or similar statistics.  For example, both games offer a motorcycle.



Motorcycles in BATTLEGROUNDS



Motorcycle in *ROS*

As a further example, both games use Jeeps that share the same basic structure, including open-air seating and metal bars at the front of the car that can be used as weapons against pedestrian opponents.



UAZ in BATTLEGROUNDS

75

1

2

3

4

5

6

7

8



Jeep in *ROS*

9  As a further example, both games also use sedans that are farcically unequipped for and misplaced in

10  the battlefields depicted in each game.

11

12

13

14

15

16

17



18  Vehicle in BATTLEGROUNDS with vehicle boost bar depicted under vehicle fuel bar

19

20

21

22

23

24

25

26

27



28  Vehicle in *ROS* with vehicle boost bar depicted under vehicle fuel bar

76

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

1   The foregoing are selected representative examples and not an exhaustive catalogue of the large

2   number of similarities.

3        78.   **Air-Dropped Supply Boxes.**  *ROS* features air-dropped supply boxes that are

4   substantially similar to those in BATTLEGROUNDS.  As in BATTLEGROUNDS, in *ROS*, the

5   supply boxes are dropped from an aircraft, which can be heard by the players before the supply

6   boxes drop down.  The supply boxes in *ROS* are depicted in a different color combination than those

7   in BATTLEGROUNDS, but the *ROS* supply boxes mimic their BATTLEGROUNDS counterparts

8   in all other respects.  For example, the supply boxes in both games are covered in tarps and let out

9   visually dramatic plumes of red smoke after landing.  On information and belief, Defendants copied

10  PUBG's expressive depictions of the air-drop area where other depictions could have been used for

11  the purpose of evoking the same iconic air-drop experience depicted in BATTLEGROUNDS.

12

13

14  

15

16

17

18

19

20

21

22  Aircraft That Drops Supply Boxes in BATTLEGROUNDS

23

24

25

26

27

28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

1
2
3
4
5
6
7
8
9
10



Aircraft That Drops Supply Boxes in *ROS*

11
12
13
14
15
16
17
18
19
20



Supply Box With Red Smoke After Landing in BATTLEGROUNDS

21
22
23
24
25
26
27
28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW

1

2

3

4

5

6

7

8



Supply Box With Red Smoke After Landing in *ROS*

9

10

11

12

13

14

15

16



Supply Box in BATTLEGROUNDS

17

18

19

20

21

22

23

24

25

26

27



Supply Box in *ROS*

28

79

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

79.     **Bombardment Zone.**  *ROS* includes a bombardment zone feature that is substantially similar to the bombardment zone feature in BATTLEGROUNDS.  As in BATTLEGROUNDS, the bombardment zone in *ROS* periodically spawns and is depicted by a red-shaded area superimposed on the miniature play area map within the play screen.  As in BATTLEGROUNDS, players in *ROS* receive a warning message about the bombardment zone, and during bombardments interior spaces away from windows within buildings are safe.



Bombardment Zone indicated by red shading on maps in BATTLEGROUNDS



Bombardment Zone indicated by red shading on maps in *ROS*

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW

80.   **Shrinking Gameplay Area.** *ROS* includes a shrinking gameplay area feature that is substantially similar to the shrinking gameplay area feature in BATTLEGROUNDS.  As in BATTLEGROUNDS, the shrinking gameplay area in *ROS* is depicted by a white circle on the gameplay area map.  In both games, the circle shrinks in iterations, with each iteration encompassing one-third of the previous area.  Both games also display a timer that warns players when the next shrink will occur.



Shrinking circle and timer depicted in BATTLEGROUNDS



Mini-map showing shrinking blue circle indicating restricted area in BATTLEGROUNDS

81

1

2

3

4

5

6

7

8



Shrinking circle and timer depicted in *ROS*

9

10    81.    **"Winner Winner Chicken Dinner."**  On information and belief, when a player

11  emerges victorious at the end of *ROS*, his or her screen displays "WINNER WINNER CHICKEN

12  DINNER," the same catchphrase that was creatively selected by PUBG to congratulate winners of

13  BATTLEGROUNDS and that has become emblematic of BATTLEGROUNDS.  The phrase is

14  displayed in all capital letters in both games.

15

16

17

18    

19

20

21

22    Sample victory screen display in BATTLEGROUNDS

23

24

25

26

27

28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW



Sample victory screen display in *ROS*

Additionally, in *ROS*, the final screen of the game for all players displays the bust of a chicken.  The chicken is depicted in the lower-right area of the screen, both for the winner of the game (as depicted above) and for the other players (as depicted below).  On information and belief, Defendants' decision to include chicken imagery in the concluding screen display of *ROS* was made for the sole purpose of evoking the iconic "Winner Winner Chicken Dinner" concluding emblem of BATTLEGROUNDS.



Sample game conclusion screen for player who did not win in *ROS*

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW

82.     **Advertising, Marketing and Promotional Materials.**  On information and belief, Defendants have advertised, marketed and/or promoted *ROS* in a manner intended to confuse consumers into believing that *ROS* is affiliated with or otherwise related to BATTLEGROUNDS. These actions are evidenced by the relationship in the Android Google Play Store and Apple App Store between *ROS* and BATTLEGROUNDS, the similarities between the appearance and description of *ROS* and BATTLEGROUNDS and the use of images unique to BATTLEGROUNDS on the *ROS* Facebook page.  For example, within the Google Play Store, *ROS* appears as the third result when searching for "PUBG Game" and is promoted using vehicles similar to those in BATTLEGROUNDS.



Google Play Store Results for Term "PUBG Game"

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW

1
2
3
4
5
6
7
8
9
10
11
12



13
Use of Jeep in Google Play Store Description of *ROS*

14
Further, in the Apple App Store *ROS* appears as the third result when searching for "PUBG" and is

15
promoted using depictions of parachutes, vehicles and supply boxes used in BATTLEGROUNDS.

16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15



Apple App Store Results for Term "PUBG Game"

16

17

18

19

20

21

22

23

24



25

Use of Parachutes, Supply Box with Red Smoke and Jeep in Apple App Store Description of *ROS*

26

27

Defendants have also advertised, marketed and promoted *ROS* on Facebook using imagery and

28

86

1   expressions reminiscent of those created for BATTLEGROUNDS.  For example, the *ROS* Facebook

2   page advertises vehicles, supply boxes, locations and weapons unique to BATTLEGROUNDS.

3   Further, the *ROS* Facebook page uses imagery and advertisements that evoke the "Winner Winner

4   Chicken Dinner" messaging used in BATTLEGROUNDS.

 

Vehicles and Supply Boxes in *ROS* Advertising



Frying Pan in *ROS* Advertising

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW





PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW

1
2
3
4
5
6
7
8
9
10
11
12



13
14
15
16
17
18
19
20
21
22
23
24
25



26

Evocations of "Winner Winner Chicken Dinner" in *ROS* Advertising

27
28

89

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

Defendants have also advertised *ROS* using vehicles and locations that do not appear in *ROS* but do appear in BATTLEGROUNDS (ex. a two-seater buggy, a four-propeller military aircraft, power plant with a single cooling tower).



Two-Seater Buggy and Power Plant with Single Cooling Tower in *ROS* Advertising



Two-Seater Buggy in BATTLEGROUNDS

90

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW

1
2
3
4
5
6
7
8
9
10



Power Plant with Two Cooling Towers in *ROS*

11
12
13
14
15
16
17
18
19
20



Power Plant with One Cooling Tower in BATTLEGROUNDS

21
22
23
24
25
26
27
28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19



Four-Propeller Military Aircraft in *ROS* Advertising

**Copying in *Knives Out* Game**

20

21

22      83.     ***Knives Out:*** *Knives Out* ("*KO*") is a video game for mobile devices that was made

23  and released by Defendants.  On information and belief, *KO* was released in the United States on or

24  about November 3, 2017.

25      84.     On information and belief, Defendants created *KO* by copying BATTLEGROUNDS

26  and with the intention of creating a version of BATTLEGROUNDS for mobile devices.

27      85.     On information and belief, Defendants intended to create consumer confusion as to

28

92

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

the source of *KO* and intended to cause consumers to believe, incorrectly, that *KO* had been developed by PUBG.  On information and belief, Defendants intended to misappropriate consumer goodwill toward PUBG in order to market and gain economic benefit from *KO*.

86.     On information and belief, there has in fact been confusion in the marketplace as to the source and origin of *KO*, with consumers believing, incorrectly, that *KO* was developed by PUBG.  For example, *KO* has been referred to in the marketplace as "Mobile PUBG" or "PUBG Mobile":



MOBILE PUBG - Knives Out - Solo Adventures #1
BeachBanana • 4.8K views • 1 month ago
Subscribe for more videos: https://www.youtube.com/channel/UCF3rEszvE9AGlS0Mm6VwSNg?
sub_confirmation=1 —————————



"Knives Out" The PUBG Mobile Experience
Pixel Enemy ✔ 1.2K views • 1 month ago
"Knives Out" The **PUBG Mobile** Experience Subscribe: https://www.youtube.com/subscription_center?
add_user=pixelenemy **Knives**
4K



PUBG Mobile ( Knives Out )
AgentVenom SG • 1.5K views • 2 months ago
Me and GH05T SG attempt to play **Knives Out**! Glitches at the end caused us to loose... whoops! A
spoiler! •==•==•==•==•==•==Links



Knives Out Mobile PUBG Game Gameplay
sonicOring • 847 views • 2 months ago
**Knives Out Mobile PUBG** Game Gameplay app game by NetEase Games on iOS, iPhone, iPad, Android
Gameplay Trailer. HD

Sampling of player videos available on YouTube.com
(https://www.youtube.com/results?search_query=pubg+knives+out)

87.     On information and belief, commentators in the industry have characterized *KO* as a

93

copy, or "knockoff" of BATTLEGROUNDS.  For example, one commentator called *KO* "a damn near carbon copy" of BATTLEGROUNDS that "mimic[s]" BATTLEGROUNDS "to an uncomfortable degree."  http://toucharcade.com/2017/11/14/playerunknowns-battlegrounds-mobile-knockoff-knives-out/.  Other commentators have noted that "NetEase's strategy of quickly launching multiple PUBG clones appears to be paying off."

http://www.pocketgamer.biz/asia/news/67212/knives-out-100-million-downloads/; *see also*

http://www.droidgamers.com/2017/11/24/pubg-knives-netease-android/ ("Just when you thought you had enough Player Unknown's Battlegrounds mobile clones by NetEase, you get another. Knives Out is out now on Google Play, and it looks remarkably similar to last week's Rules of Survival.").

88.     On information and belief, the *KO* app can be downloaded to a mobile device free of charge, and the *KO* game can be played free of charge.  On information and belief, Defendants have released *KO* into the marketplace at or below cost for the purpose of gaining market share before PUBG release BATTLEGROUNDS for mobile devices.

89.     *KO* contains many elements that are substantially similar to copyrightable elements of creative audiovisual expression in BATTLEGROUNDS, including at least the following.

90.     **Total Look and Feel.**  The overall look, feel, and audiovisual style of *KO* closely mimic the stylized realism of BATTLEGROUNDS.

| *Knives Out* | BATTLEGROUNDS |
|---|---|

 

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW

 

 

91.    **Overall Gameplay.**  The overall look and feel of gameplay in *KO* very closely matches that of BATTLEGROUNDS.  For example, the narrative arc of the game; the audio and visual representations of movement, shooting, and healing; and the battle formats presented (*e.g.*, player versus everyone and small teams of five players versus everyone, with 100 players per game) all correspond to those of BATTLEGROUNDS.

92.    **Pre-play Area.**  As in BATTLEGROUNDS, the *KO* audiovisual experience begins with a pre-play area where players can meet each other and try out weapons while waiting for enough players to join.  While prior games have used pre-play screens and areas, the expressive depiction of a pre-play area in BATTLEGROUNDS, which encourages players to interact with another, use weapons, and explore gameplay mechanics is unique.  On information and belief, Defendants copied PUBG's expressive depictions of the pre-play area where other depictions could have been used for the purpose of evoking the same pre-play experience depicted in BATTLEGROUNDS.

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW

1
2
3
4
5
6
7
8



9
10
11
12
13
14
15
16



Pre-play area in *KO*

17   93.   **Play Area Map.**  Like BATTLEGROUNDS, *KO* provides a map defining the area of

18 play, and the *KO* map is substantially similar to the BATTLEGROUNDS map.  The

19 BATTLEGROUNDS map and *KO* map each comprises a square-ish mass of land with primary and

20 secondary islands, a major waterway, and bridges.  Both maps feature mountainous topography

21 which is depicted as if taken using a reconnaissance satellite, yellow gridlines, yellow featured

22 location indicators and white lettered descriptions of those features areas.  Although maps have been

23 used in prior games, the depiction of the map in *KO* is strikingly similar to the depiction of the map

24 in BATTLEGROUNDS.  On information and belief, Defendants copied PUBG's expressive

25 depiction of the map where another depiction could have been used.

26
27
28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW



BATTLEGROUNDS Play Area Map



*KO* Play Area Map

**94.    Scenes and Locations.**  Many of the locations, structures, landscapes, and other features within the *KO* play area closely correspond to those within the BATTLEGROUNDS play area.  For example, the BATTLEGROUNDS play area and the *KO* play area each contain at least areas containing ruins, a port with shipping containers, a power plant, a warehouse area, and a wetland area.  These areas in *KO* are strikingly similar to those in BATTLEGROUNDS.  On

97

information and belief, Defendants copied PUBG's expressive depictions of the scenes and locations identified below where other depictions could have been used for the purpose of evoking the same gameplay experience depicted in BATTLEGROUNDS.

| *Knives Out* | BATTLEGROUNDS |
| --- | --- |

 

 

 



98

 

The foregoing are selected representative examples and not an exhaustive catalogue of the large number of similarities.

95.    **Buildings.**  The *KO* play area contains numerous buildings that are substantially similar to buildings in BATTLEGROUNDS.  Although buildings have been used in prior games, the facades and layouts of the buildings in *KO* are strikingly similar to those in BATTLEGROUNDS. On information and belief, Defendants copied PUBG's expressive depictions of the buildings identified below where other depictions could have been used for the purpose of evoking the same gameplay experience depicted in BATTLEGROUNDS.  For example, each game contains a two-story hexagonal tower with stairs, windows, rooflines, and overall structure of the same shapes, proportions, and layouts.



Two-story hexagonal tower in BATTLEGROUNDS

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW



Two-story hexagonal tower in *KO*

As another example, each game contains a two-home cluster in which the homes' masses, windows, doors, rooflines, balconies, patios, and overall structure are the same shapes, proportions, and layouts in both games.



Pair of homes in BATTLEGROUNDS



Pair of homes in *KO*

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW

As another example, each game contains a two-story home with a garage, garage roof deck, and masses of the same shapes, proportions, and layouts.





Two-story home in BATTLEGROUNDS



Two-story home in *KO*

Garage roof deck on two-story home in BATTLEGROUNDS

101



Garage roof deck on two-story home in *KO*

As another example, each game contains a small, freestanding, single-story angular structure with a tiled roof, a single door, and a row of vertically short, horizontally elongated windows that extends around all the walls at approximately eye-level.



Exterior of structure with eye-level windows in BATTLEGROUNDS



102

1
2
3
4
5
6
7
8



Exterior of structures with eye-level windows in *KO*

9
10
11
12
13
14
15



Interior of structure with eye-level windows in BATTLEGROUNDS

16
17
18
19
20
21
22
23
24



Interior of structure with eye-level windows in *KO*

25
26
27
28

As another example, each game contains a three-story residential building with masses, rooflines, entrances, windows, and roof decks, of the same shapes, proportions, and layouts, as well as similar façades and staircases.

103

1

2

3

4

5

6

7



8    Three-story residential building in BATTLEGROUNDS

9

10

11

12

13

14



15    Three-story residential building in *KO*

16

17

18

19

20

21

22



23    Roof deck on three-story residential building in BATTLEGROUNDS

24

25

26

27

28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW

1
2
3
4
5
6
7
8



Roof deck on three-story residential building in *KO*

9
10
11
12
13
14
15



Staircase in three-story residential building in BATTLEGROUNDS

16
17
18
19
20
21
22
23



Staircase in three-story residential building in *KO*

24  As another example, each game contains an elongated single-story building with mass, windows,

25  entrances, and steps of similar shapes, proportions, and layouts.  Further, both contain a second door

26  on the left side of the building.

27
28

105

1
2
3
4
5
6
7



Single-story building in BATTLEGROUNDS

8
9
10
11
12
13
14
15



Single-story building in *KO*

16  Further, both houses contain vacated and rundown interiors with wooden floors and a bathroom

17  adjacent to the front door.

18
19
20
21
22
23
24



Interior of single-story building in BATTLEGROUNDS

25
26
27
28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

1
2
3
4
5
6
7



Interior of single-story building in *KO*

8
9
10

As another example, each game contains a plain rectangular garage with smooth façade where a four-passenger vehicle is respawned.

11
12
13
14
15
16



Rectangular garage in BATTLEGROUNDS

17
18
19
20
21
22
23



Rectangular garage in *KO*

24
25
26

As another example, each game contains a light brown warehouse with a textured façade, gable roof, and triangular pediment above the entrance.

27
28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

1
2
3
4
5
6
7



Warehouse in BATTLEGROUNDS

8
9
10
11
12
13
14
15



Warehouse in *KO*

16   Further, both warehouses contains wooden crates stacked along the walls and in the middle of the
17   room.

18
19
20
21
22
23



24   Wooden crates in warehouse in BATTLEGROUNDS

25
26
27
28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

1
2
3
4
5
6
7
8



Wooden crates in warehouse in *KO*

9  The foregoing are selected representative examples and not an exhaustive catalogue of the large
10  number of similarities.

11       96.    **Air Jump.**  Play begins in *KO* with a transport aircraft from which players jump,
12  freefall, and parachute into the play area.  Similar to BATTLEGROUNDS, the route of the aircraft is
13  shown in a mini-map, and players can choose to jump at any point.  Both *KO* and
14  BATTLEGROUNDS use similar types of vehicles, similar expressions of a satellite-view map
15  depicting yellow gridlines as well as various locations and their names, and similar expressions to
16  indicate the user's location on the map. On information and belief, Defendants, having recognized
17  the sheer volume of misappropriation in *KO*, made a minor change and replaced the originally used
18  military-style transport airplane with a military-style transport helicopter. On information and belief,
19  Defendants copied PUBG's expressive depictions of an Air Jump where other depictions could have
20  been used.

21
22
23
24
25
26
27



Transport Aircraft in BATTLEGROUNDS

28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

1
2
3
4
5
6
7
8



Original Transport Aircraft in *KO*

9
10
11
12
13
14
15
16



Modified Transport Aircraft in *KO*

17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW

1
2
3
4
5
6
7
8
9
10
11
12
13



Aircraft Route Map in PUBG

14
15
16
17
18
19
20
21
22
23
24

Airplane Route Map in *KO*, with location of aircraft shown by circular symbol "⊙" and direction of travel shown by arrow symbol "▽"

25    97.    **Freefall and Parachuting.**  As in BATTLEGROUNDS, following the jump from the

26 aircraft, a player can choose to freefall or parachute toward the ground.  The depiction of freefall in

27 *KO* is strikingly similar to the depiction of freefall in BATTLEGROUNDS.  Further, *KO* uses the

28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW

same depiction of a parachute as used in BATTLEGROUNDS.  On information and belief, Defendants copied PUBG's expressive depictions of freefall and parachuting, where other depictions could have been used, solely for the purpose of evoking the same introductory experience felt by players of BATTLEGROUNDS.



Freefall in BATTLEGROUNDS



Original Freefall in *KO*



Modified Freefall in *KO*

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW

1

2

3

4

5

6

7

8



Parachuting in BATTLEGROUNDS

9

10

11

12

13

14

15

16



Parachuting in *KO*

17

18    98.    **Weapons.**  The firearms, melee weapons, and throwable weapons in *KO* are

19   substantially similar to those in BATTLEGROUNDS.  In general, and on information and belief,

20   each weapon in *KO* corresponds to a weapon in BATTLEGROUNDS that is the same type of

21   weapon, inflicts the same or a similar amount of damage per hit, has a similar appearance, has a

22   similar operation, has similar attachments, and has a similar name.  Further, the assortment of

23   weapons and weapon types available in *KO* are substantially similar to those in

24   BATTLEGROUNDS, as explained in further detail below.

25    99.    **Firearms.**  The firearms in *KO* are substantially similar to those in

26   BATTLEGROUNDS, having the same or similar type, appearance, and, on information and belief,

27   performance statistics (*e.g.*, load capacity and damage inflicted per discharge).  For example, the

28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

AKM assault rifle in BATTLEGROUNDS and the AK-47 assault rifle in *KO* have substantially similar appearances and performance statistics. Although weapons have been used in prior games, on information and belief, Defendants have copied PUBG's graphical, statistical and audio expressions of the weapons identified below where other graphical, statistical and audio expressions could have been used. For example, note the similarity of the wood grain pattern on the stock, fore grip and handles of both AK-47s.



AKM assault rifle in BATTLEGROUNDS



AK-47 assault rifle in *KO*

As another example, the SCAR-L assault rifle in BATTLEGROUNDS and the S-ACR assault rifle in *KO* have substantially similar appearances and performance statistics. Note the same color scheme of the two rifles. Both rifles are available in different color schemes, but Defendants chose the color scheme of their S-ACR rifle to closely mimic the appearance of the SCAR-L rifle in BATTLEGROUNDS.

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

1
2
3
4
5
6



SCAR-L assault rifle in BATTLEGROUNDS

7
8
9
10
11
12
13
14
15



16

S-ACR assault rifle in *KO*

17

As another example, the M16A4 assault rifle in BATTLEGROUNDS and the M4A1 assault rifle in

18

*KO* have substantially similar appearances and performance statistics.

19
20
21
22
23
24



25

"M416" Assault Rifle in BATTLEGROUNDS

26
27
28

115

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW



M4A1 assault rifle in *KO*

As another example, the UMP9 submachine gun in BATTLEGROUNDS and the MP5 submachine gun in *KO* have substantially similar appearances and performance statistics.



UMP9 submachine gun in BATTLEGROUNDS



MP5 submachine gun in *KO*

116

As another example, the Micro Uzi submachine gun in BATTLEGROUNDS and the Uzi submachine gun in *KO* have substantially similar appearances and performance statistics.



Micro Uzi submachine gun in BATTLEGROUNDS



Uzi submachine gun in *KO*

As another example, the Vector submachine gun in BATTLEGROUNDS and the MK5 submachine gun in *KO* have substantially similar appearances and performance statistics.



Vector submachine gun in BATTLEGROUNDS

117

1
2
3
4
5
6
7



MK5 submachine gun in *KO*

8
9
10
11

As another example, the M24 sniper rifle in BATTLEGROUNDS and the M24 sniper rifle in *KO*
have substantially similar appearances and performance statistics.  In particular, both depictions of
this rifle share the same stock with an extended recoil pad.

12
13
14



15

M24 sniper rifle in BATTLEGROUNDS

16
17
18
19
20
21
22
23



24

M24 sniper rifle in *KO*

25
26
27

As another example, the AWM sniper rifle in BATTLEGROUNDS and the AWM sniper rifle in *KO*
have substantially similar appearances and performance statistics.  Note the use of the same color
scheme in the KO version, despite the fact that the AWM rifle is available in different color

28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

1  schemes.



AWM sniper rifle in BATTLEGROUNDS

AWM sniper rifle in *KO*

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW

1
2
3
4
5



Mauser sniper rifle in BATTLEGROUNDS

6
7
8
9
10
11
12
13
14
15
16



Mauser sniper rifle in *KO*

17 The foregoing are selected representative examples and not an exhaustive catalogue of the large
18 number of similarities.

19      100.    **Attachments and Modifications for Firearms.**  The attachments and modifications
20 for firearms in *KO* are substantially similar to those in BATTLEGROUNDS, having the same or
21 similar type, appearance, and, on information and belief, performance statistics.  For example, both
22 games offer muzzle attachments in the form of silencers/suppressors, compensators, and flash hiders;
23 both games offer vertical and horizontal grip attachments of similar types; both games offer similar
24 assortments of magazines and stocks, such as quick-draw and extended magazines; and both games
25 offer similar assortments of scopes, including a "holographic sight" that is depicted similarly in both
26 games.  Selected representative examples are shown below.

27
28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW



"Red Dot Sight" in BATTLEGROUNDS



"Holographic Sight" in *Knives Out*



Stock in BATTLEGROUNDS



Stock in *Knives Out*



Extended Magazine for Submachine Guns in BATTLEGROUNDS



Submachine Gun Extended Magazine for *Knives Out*

121



Suppressor, Compensator, and Flash Hider for Sniper Rifles in BATTLEGROUNDS

  

Suppressors, Compensator, and Flash Hider for Sniper Rifles in *Knives Out*

The foregoing are selected representative examples and not an exhaustive catalogue of the large number of similarities.

101.   **Melee Weapons.**  The melee weapons in *KO* are substantially similar to those in BATTLEGROUNDS.  For example, both games offer cookware in the shape of a pan.  The use of cookware as a melee weapon is highly uncommon in shooter type games, and Defendants' use of a pot lid with the same shape and properties as the frying pan introduced in BATTLEGROUNDS was intended to misappropriate Plaintiff PUBG's unique expression.



Frying Pan in BATTLEGROUNDS

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW



Pot Cover in *KO*

102.   **Throwable Weapons.**  The throwable weapons in *KO* also are substantially similar to those in BATTLEGROUNDS.  Each game has at least three grenades:  a frag grenade, a stun grenade, and a smoke grenade.  The grenades in *KO* are depicted similarly to the frag grenade in BATTLEGROUNDS.  The BATTLEGROUNDS frag grenade and the frag grenade used in *KO* are each depicted as having a removable pin, a lever and a rounded body with two lines of writing.  On information and belief, Defendants copied PUBG's expressive depictions of the grenades identified above where other depictions could have been used.



Frag Grenade in BATTLEGROUNDS



Frag Grenade an in *KO*

123

103.   **Armor.**  The armor in *KO* is substantially similar to the armor in BATTLEGROUNDS.  Each game has three levels of helmets and three levels of body armor, and these items are depicted similarly, operate similarly, and, on information and belief, provide the same levels of damage reduction.

  

BATTLEGROUNDS Helmets providing good damage reduction (Level 1), better damage reduction (Level 2), and best damage reduction (Level 3), respectively

  

*KO* Helmets providing good damage reduction (Level 1), better damage reduction (Level 2), and best damage reduction (Level 3), respectively

The different levels of helmets are expressed similarly across both games.  For example, the "Level 1" helmet in both games is a motorcycle or scooter-style helmet which covers the top, back and sides of the wearer's head.  The "Level 2" helmet in both games is a camouflaged military helmet and covers the same areas of the wearer's head as the "Level 1" helmet.  Finally, the "Level 3" helmet in both games resembles a special forces helmet covers all sides of the wearer's head including the front and has a shiny black appearance, and both include a visor.  On information and belief, Defendants copied PUBG's expressive depictions of the helmets identified above where other depictions could have been used.



BATTLEGROUNDS Body Armor providing good damage reduction (Level 1), better damage reduction (Level 2), and best damage reduction (Level 3), respectively



*KO* Body Armor providing good damage reduction (Level 1), better damage reduction (Level 2), and best damage reduction (Level 3), respectively

The different levels of armor are expressed similarly across both games. For example, the "Level 1" armor in both games is a snow-camouflaged vest with thin straps across the wearer's shoulders, back and chest. The "Level 2" armor in both games is a thicker vest, with thicker straps and pouches on the chest and waistline. Finally, the "Level 3" armor in both games has metal clasps on the wearer's shoulders and contains segmented sections across the chest of the wearer. On information and belief, Defendants copied PUBG's expressive depictions of the armor identified above where other depictions could have been used. In addition to the armor described above, both games also provide a frying pan-type item for use as armor, as discussed further below.

104.    **Frying Pan.** As explained above in paragraph 99, *KO* provides a pot lid that can be used both as a melee weapon and as armor, like the frying pan in BATTLEGROUNDS. The pot lid in *KO* is designed with the same shape and characteristics as the frying pan in BATTLEGROUNDS. As with the BATTLEGROUNDS frying pan, the pot lid provides medium damage output when used as a melee weapon and can deflect shots when in a character's hand or on a character's back (butt),

analogous to the frying pan in BATTLEGROUNDS. On information and belief, Defendants'
decision to include a pot lid as a melee weapon and armor item in *KO* was made for the sole purpose
of evoking the iconic frying pan emblem of BATTLEGROUNDS.



Frying pan in BATTLEGROUNDS

Pot cover in *KO*

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Frying pan wielded as melee weapon in BATTLEGROUNDS



Pot cover wielded as melee weapon in *KO*



Frying pan worn as butt armor in BATTLEGROUNDS

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW



Pot cover worn as butt armor in *KO*

105.   **Clothing and Other Wearable Equipment.**  The clothing and other items of wearable equipment in *KO* are substantially similar to those in BATTLEGROUNDS.  Each game has a similar assortment of such items, which are depicted similarly, operate similarly, and, on information and belief, possess the same or similar statistics.  For example, *KS* offers three levels of backpacks with increasing capacity, corresponding to those in BATTLEGROUNDS.

  

BATTLEGROUNDS Backpacks providing good damage reduction (Level 1), better damage reduction (Level 2), and best damage reduction (Level 3), respectively

 

*KO* Backpacks providing good damage reduction (Level 1), better damage reduction (Level 2), and best damage reduction (Level 3), respectively

128

1   The different levels of backpacks are expressed similarly across both games.  For example, the

2   "Level 1" backpacks in both games are tan-colored and pear-shaped.  The "Level 2" backpacks are

3   both green and similarly pear shaped.  Finally, the "Level 3" backpacks in both games are much

4   rounder and are camouflaged.  On information and belief, Defendants copied PUBG's expressive

5   depictions of the backpacks identified above where other depictions could have been used.

6   As another example, *KO* offers a full-body "Ghillie Suit" that camouflages a player like the full-

7   body "Ghillie Suit" in BATTLEGROUNDS.

8

9

10

11   

12

13

14   "Ghillie Suit" in BATTLEGROUNDS

15

16

17

18

19

20   

21

22

23

24

25

26

27   Character wearing Ghillie Suit in BATTLEGROUNDS

28
PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

1
2
3
4
5
6
7
8



9      Character wearing green Ghillie Suit in *KO*

10     As another example, *KO* offers various types of pants, shirts, shoes, jackets, hats, gloves, masks,

11     glasses, goggles that can be worn by characters, which correspond to similar items in

12     BATTLEGROUNDS.  This type of clothing allows characters to be depicted in everyday outfits

13     rather than in traditional combat gear.  Whereas other video games use only traditional military

14     uniforms, the availability of everyday street clothing as well as military gear in both

15     BATTLEGROUNDS and *KO* furthers each game's conceit of different types of people being forced

17     to fight one another rather than the traditional video game use of traditional soldiers in a warzone.

18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

1
2
3
4
5
6
7
8
9
10
11
12
13



Clothing in BATTLEGROUNDS

14
15
16
17
18
19
20



21
22
23
24
25
26



27
28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

1
2
3
4
5
6
7



8
9
10
11
12
13



14

Clothing in *KO*

15   The foregoing are selected representative examples and not an exhaustive catalogue of the large

16   number of similarities.

17       106.   **Character Configuration.**  The configuration of characters in *KO* is substantially

18   similar to that of characters in BATTLEGROUNDS.  Each game provides two shoulder slots and

19   two waist slots that may hold items.  Additionally, in *KO*, a frying pan or pot lid may be placed over

20   a character's butt by assigning it to a specific slot, just as in BATTLEGROUNDS.

21
22
23
24
25
26
27
28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Character Configuration in BATTLEGROUNDS



Character Configuration in *KO*

107.  **Consumables.**  The consumable resources in *KO* are substantially similar to those in

BATTLEGROUNDS.  Each game has a similar assortment of such items, which are depicted

similarly, operate similarly, and, on information and belief, possess the same or similar performance

statistics.  Every consumable item in *KS* has a direct counterpart in BATTLEGROUNDS, and

BATTLEGROUNDS has only two consumable items (a painkiller depicted as a prescription pill

bottle and a syringe) that lack a direct counterpart in *KO*.  For example, each game offers a drink that

boosts health and is depicted as an everyday beverage which everyday logic suggests would be

unable to heal wounds but is used instead in both games to comically provide a non-traditional

133

method of restoring health.  The shared use of this non-traditional health boost demonstrates that Defendants copied PUBG's expressive depiction a health boost in order to evoke the same feeling and experience felt by players in BATTLEGROUNDS.



"Energy Drink" in BATTLEGROUNDS



Health-restoring drink in *KO*

As another example, each game offers a bandage, a first aid kit, and a more fully equipped medical box kit that may be used to restore health following injury.  As shown below, these health restoration features are each expressed using similar depictions across both games.  In both games, the bandage is expressed using a green sealed pouch with writing on the front.  The first aid kit in both games is depicted as a re-sealable, camouflaged pouch whereas the med kit in each game is expressed as a flip-top box containing various combat medic tools and supplies:

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

  

Bandage, First Aid Kit, and Med Kit in BATTLEGROUNDS

  

Bandage, Medical (First Aid) Kit, and Medical Box in *KO*

The foregoing are selected representative examples and not an exhaustive catalogue of the large number of similarities.

108.   **Vehicles.**  The vehicles in *KO* are substantially similar to those in BATTLEGROUNDS.  Each game has a similar assortment of vehicles, which are expressed similarly, operate similarly, and, on information and belief, possess the same or similar performance statistics.  For example, each game utilizes at least a buggy, a four door sedan and a motorcycle that share strikingly similar depictions.  For example, the buggy in both games shares the same basic structure, including oversized wheels supporting a single seat, open-air roll cage:



Buggy in BATTLEGROUNDS

135

1

2

3

4

5

6

7



Buggy in *KO*

8  As a further example, both games also use generic mid-size 4-door family sedans that are farcically

9  unequipped for and misplaced in the battlefields depicted in each game.

10

11

12

13

14

15



16  Sedan in BATTLEGROUNDS

17

18

19

20

21

22



Sedan in *KO*

23

24  Additionally, both games depict dual-sport motorcycles that are expressed using similarly placed

25  rear-view mirrors, wheel covers, seats and exhaust pipes.

26

27

28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW



Motorcycle in BATTLEGROUNDS



Motorcycle in *KO*

The foregoing are selected representative examples and not an exhaustive catalogue of the large number of similarities.

109.    **Air-Dropped Supply Boxes.**  *KO* features air-dropped supply boxes that are substantially similar to those in BATTLEGROUNDS.  As in BATTLEGROUNDS, in *KO*, the supply boxes are dropped from an aircraft, which can be heard by the players before the supply boxes drop down.  The supply boxes in *KO* are depicted in a different color combination than those in BATTLEGROUNDS, but the *KO* supply boxes mimic their BATTLEGROUNDS counterparts in all other respects.  For example, the supply boxes in both games are covered in tarps and let out visually dramatic plumes of red smoke after landing.  On information and belief, Defendants copied PUBG's expressive depictions of the air drop where other depictions could have been used for the purpose of evoking the same iconic air-drop experience depicted in BATTLEGROUNDS.

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW

1

2

3

4

5

6

7

8



Aircraft That Drops Supply Boxes in BATTLEGROUNDS

9

10

11

12

13

14

15

16

17



Aircraft That Drops Supply Boxes in *KO*

18

19

20

21

22

23

24

25



Loading Screen Showing Fixed-Wing Aircraft Dropping Supply Boxes in *KO*

26

27

28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW

1

2

3

4

5

6

7

8



Supply Box With Red Smoke After Landing in a Field of Wheat in BATTLEGROUNDS

9

10

11

12

13

14

15

16



17

18

19

20

21

22

23

24



Supply Box With Red Smoke After Landing in a Field in *KO*

25

26

27

28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW

1
2
3
4
5
6
7
8
9
10



Supply Box in BATTLEGROUNDS

11
12
13
14
15
16
17
18



Supply Box in *KO*

19
20    110.   **Bombardment Zone.**  *KO* includes a bombardment zone feature that is substantially
21 similar to the bombardment zone feature in BATTLEGROUNDS.  As in BATTLEGROUNDS, the
22 bombardment zone in *KO* periodically spawns and is expressed as a red-shaded circular area
23 superimposed on the miniature play area map within the play screen.
24
25
26
27
28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

1

2

3

4

5

6

7

8



9

Bombardment Zone indicated by red circular shading on maps in BATTLEGROUNDS

10

11

12



13

14

15

16

17

18

Bombardment Zone indicated by red circular shading on maps in *KO*

19    111.    **Shrinking Gameplay Area.**  *KO* includes a shrinking gameplay area feature that is

20  substantially similar to the shrinking gameplay area feature in BATTLEGROUNDS.  As in

21  BATTLEGROUNDS, the shrinking gameplay area in *KO* is expressed on the map by a white circle

22  that is centered in a "safe area" to which players are directed.  In both games, the circle shrinks in

23  iterations, with each iteration encompassing one-third of the previous area.  Both games also display

24  a timer that warns players when the next shrink will occur.  Additionally, both games express the

25  boundary of the shrinking gameplay area as a shimmering translucent wall in the gameplay view.

26  On information and belief, the shimmering translucent wall in *KO* originally was depicted in blue, as

27  in BATTLEGROUNDS, but has been changed to orange.

28

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW

1
2
3
4
5
6
7
8



Shrinking circle and timer depicted on map in BATTLEGROUNDS

9
10
11
12
13
14
15
16
17





Shrinking circle and timer depicted on map in *KO*

18
19
20
21
22
23
24
25
26
27
28

142



Boundary depicted as shimmering wall in gameplay view in BATTLEGROUNDS



Boundary depicted as shimmering wall in gameplay view in *KO*

112.     **Advertising, Marketing and Promotional Materials.**  On information and belief, Defendants have advertised, marketed and/or promoted *KO* in a manner intended to confuse consumers into believing that *KO* is affiliated with or otherwise related to BATTLEGROUNDS. These actions are evidenced by the relationship in the Android Google Play Store and Apple App Store between *KO* and BATTLEGROUNDS, the similarities between the appearance and description of *KO* and BATTLEGROUNDS and the use of images unique to BATTLEGROUNDS on the *KO* Facebook page.  For example, within the Google Play Store, *KO* uses a near-identical icon showing a male player in a white shirt, wearing a level 3 helmet with a rifle on his back and is advertised using a jeep and a buggy.  In the Apple Play Store, *KO* is advertised using the iconic player in a white button up shirt and tie, level 3 helmet and rifle.

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW



Icon for BATTLEGROUNDS from PUBG Website (https://playbattlegrounds.com/main.pu)



*KO* Icon in Google Play Store



*KO* Icon in Apple App Store

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW

113.    Defendants have also advertised, marketed and promoted *KO* on Facebook using imagery and expressions reminiscent of those created for BATTLEGROUNDS.  For example, the *KO* Facebook page expressly advertises and promotes "chicken dinner," pot lids as weapons and certain vehicles which, on information and belief, appear in BATTLEGROUNDS but do not appear in *KO*.





PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28





146



Evocations of "Winner Winner Chicken Dinner" in *KO* Advertising



Advertising "Pot Lid" as Capable of Deflecting Bullets

147



**Knives Out** is with ภูมิ คลาสิก.
December 11, 2017 · 🌐

Brave fighters, to ensure fairness and a positive gaming experience, we have implemented a strict anti-cheating policy. If evidence of cheating is found, we will ban said account. If you want to appeal, please reach us through Facebook Message or our Email. Please include your in-game name+server+platform (Android/iOS/PC), and we will get back to you ASAP.

👍 Like          💬 Comment

ด.เด็งเด็ก สุราษฎร์ธานี, Iding, Kan Sei and 884 others like this.          Top Comments ▾

**Knives Out** shared Jay-ar Quinto's video.
February 5 · 🌐

Jay-ar Quinto shows everyone that Knives out is #norules #justfight, a pot cover can beat anything! Show us your amazing moments brave fighters!

**Jay-ar Quinto**
January 8 · ☼

👍 Like          💬 Comment

José Francisco de Oliveira, ศักดาดี้ สาธร, Julio Cesàr and 273 others     Top Comments ▾
like this.

148

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-JSW





"Pot Lid" in *KO* Advertising

1
2
3
4
5
6
7
8
9
10
11
12



Motorcycle with Sidecar in *KO* Advertising

13
14
15
16
17
18
19
20
21
22
23



Motorcycle with Sidecar in BATTLEGROUNDS

24

**PUBG's Efforts to Enforce Its Rights**

25

114.    PUBG has attempted to address its dispute with Defendants through other channels

26

besides litigation, but Defendants have refused to acknowledge PUBG's intellectual property rights.

27

For example, PUBG has sought removal of *Rules of Survival* and *Knives Out* from the Apple App

28

150

Store distribution platforms, putting Defendants on notice of their misappropriation of PUBG's copyrights and trade dress.

115.   **Apple App Store.**  On or about January 24, 2018, representatives of Plaintiff PUBG Corporation submitted a complaint to Apple explaining that the app *Rules of Survival* and the app *Knives Out*, both offered by NetEase Games in the Apple App Store, infringe the copyrights in PUBG Corporation's online game *PLAYERUNKNOWN'S* BATTLEGROUNDS.  On or about January 31, 2018, a representative of Apple provided notice of that complaint to representatives of NetEase Games.

116.   After receiving notice of PUBG's copyright infringement allegations, NetEase refused to remove or modify the accused games and knowingly persisted in its infringement.  On or about January 31, 2018, a representative of NetEase Games responded to Apple and PUBG Corporation, denying that *Rules of Survival* and *Knives Out* infringe PUBG Corporation's rights. The parties exchanged emails but made no progress toward resolving the dispute.

117.   Once it became apparent that NetEase was unwilling to acknowledge PUBG's intellectual property rights, PUBG determined that legal action would be necessary to enforce its rights.  On or about February 14, 2018, a representative of PUBG Corporation emailed NetEase Games and Apple sating, "Since it is very clear that NetEase Games disagrees with PUBG Corporation's claims, PUBG Corporation has decided to take legal actions against NetEase Games." On or about February 15, 2018, a representative of NetEase Games responded to PUBG Corporation and Apple, asking Apple "to withdraw this case until any valid judgements are received."  Thus, after receiving repeated notice, NetEase continued to willfully infringe PUBG's rights.

**CLAIMS FOR RELIEF**

**FIRST CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT UNDER 17 U.S.C. § 101 *et seq.*)**

118.   PUBG repeats and realleges each and every allegation contained in paragraphs 1 through 117.

119.   The PC game BATTLEGROUNDS is an original work of authorship and constitutes

151

copyrightable subject matter under the copyright laws of the United States. PUBG owns, and at all relevant times has owned, the copyright in BATTLEGROUNDS. The deposit, application, and fee required for registration of the copyright have been delivered to the Copyright Office in proper form.

120. Among the exclusive rights granted to PUBG under the Copyright Act are the exclusive rights to reproduce BATTLEGROUNDS and its copyrightable components, to prepare derivative works based upon BATTLEGROUNDS and its copyrightable components, and to publicly display, perform, distribute, and sell BATTLEGROUNDS and its copyrightable components and such reproductions or derivative works based upon BATTLEGROUNDS or its copyrightable components.

121. By developing each version of *ROS* and *KO*, Defendants have created or caused to be created reproductions of BATTLEGROUNDS and its copyrightable components and/or derivative works based upon BATTLEGROUNDS or its copyrightable components, all of which are substantially similar in visual appearance and/or audio sound to PUBG's original work, without authorization from Plaintiff. Such actions infringe PUBG's exclusive copyrights in BATTLEGROUNDS and its copyrightable components, in violation of 17 U.S.C. §§ 106(1) and 106(2).

122. By releasing each version of *ROS* and *KO*, Defendants have publicly displayed, performed, distributed, sold, and/or offered to distribute or sell unauthorized reproductions of and/or derivative works based upon BATTLEGROUNDS and/or its copyrightable components without authorization from Plaintiff. Such actions infringe PUBG's exclusive copyrights in BATTLEGROUNDS and its copyrightable components, in violation of 17 U.S.C. §§ 106(3), 106(4), 106(5), and 106(6).

123. On information and belief, Defendants' acts of infringement have been and continue to be willful, intentional, knowing, and purposeful, in disregard of and indifferent to PUBG's rights.

124. As a direct and proximate result of Defendants' infringing conduct, Defendants have derived benefit and have caused PUBG both monetary and non-monetary damage.

125. PUBG is entitled to an injunction restraining Defendants from engaging in any further

1  acts in violation of the United States and California copyright and trade dress laws.  PUBG has

2  suffered irreparable harm as a result of Defendants' infringing activities and will continue to suffer

3  irreparable harm in the future unless Defendants are enjoined from their infringing conduct.

**SECOND CLAIM FOR RELIEF**
**(TRADE DRESS INFRINGEMENT UNDER 15 U.S.C. § 1125(a))**

6       126.    PUBG repeats and realleges each and every allegation contained in paragraphs 1

7  through 125.

8       127.    The total image and overall audiovisual appearance of PUBG's BATTLEGROUNDS

9  game has acquired distinctiveness through secondary meaning which identifies its source and which

10  distinguishes it from the products of others.  Consumers widely associate the total image and overall

11  audiovisual appearance as well as the distinctive elements and combination of elements uniquely

12  with PUBG.  To take just a few of the examples identified above, the use of cookware as a weapon

13  or armor in a shooter game, the use of certain vehicles and landscapes and combinations thereof, the

14  use of distinctive supply boxes and the celebratory reference to chicken are elements of ornamental

15  flair that are not functional but have acquired secondary meaning, as shown by their use by players

16  in memes, parodies, skits and other contexts to refer to the BATTLEGROUNDS game and to its

17  developer, *i.e.*, PUBG.

18       128.    Because each version of Defendants' *ROS* and *KO* games mimic the total image and

19  overall audiovisual appearance of PUBG's BATTLEGROUNDS game as well as distinctive

20  elements and combinations of elements within PUBG's BATTLEGROUNDS game and because

21  Defendants have specifically advertised and marketed both *ROS* and *KO* using these elements and

22  combinations of elements, there is a likelihood of consumer confusion regarding the origin of

23  Defendants' *ROS* and *KO* games, including whether they were developed by PUBG, are associated

24  with PUBG or PUBG's BATTLEGROUNDS game or were sponsored and/or approved by PUBG.

25  Defendants' use has and continues to impair the distinctiveness of PUBG's trade dress.  Defendants'

26  distribution of such a confusingly similar game infringes PUBG's exclusive rights in the trade dress

27  of BATTLEGROUNDS, in violation of 15 U.S.C. § 1125(a)(1)(A).

28

153

129.   On information and belief, Defendants' acts of infringement have been and continue to be willful, intentional, knowing, and purposeful, in disregard of and indifferent to PUBG's rights.

130.   As a direct and proximate result of Defendants' infringing conduct, Defendants have derived benefit and have caused PUBG both monetary and non-monetary damage.

131.   PUBG has suffered irreparable harm as a result of Defendants' infringing activities and will continue to suffer irreparable harm in the future unless Defendants are enjoined from their infringing conduct.

**THIRD CLAIM FOR RELIEF**
**(UNFAIR COMPETITION UNDER CAL. BUS. & PROF. CODE § 17200)**

132.   PUBG repeats and realleges each and every allegation contained in paragraphs 1 through 131.

133.   Defendants have committed unlawful, unfair, and/or fraudulent business acts by copying PUBG's BATTLEGROUNDS game in each version of their *ROS* and *KO* games and introducing the *ROS* and *KO* games to the marketplace at or below cost.  This act was intended to injure PUBG and has injured PUBG by unfairly using PUBG's own development efforts and consumer goodwill to capture mobile gaming market share before PUBG launched its own mobile version of BATTLEGROUNDS, in violation of Cal. Bus. & Prof. Code § 17200.

134.   On information and belief, Defendants' unlawful, unfair, and/or fraudulent business acts have been and continue to be willful, intentional, knowing, and purposeful, in disregard of and indifferent to PUBG's rights.

135.   As a direct and proximate result of Defendants' unlawful, unfair, and/or fraudulent business conduct, Defendants have derived benefit and have caused PUBG both monetary and non-monetary damage.

136.   PUBG has suffered irreparable harm because of Defendants' unlawful, unfair, and/or fraudulent business conduct and will continue to suffer irreparable harm in the future unless Defendants are enjoined from their unlawful, unfair, and/or fraudulent business conduct.

1

**FOURTH CLAIM FOR RELIEF**
**(UNFAIR COMPETITION UNDER THE COMMON LAW OF THE STATE OF CALIFORNIA)**

2

3

137.    PUBG repeats and realleges each and every allegation contained in paragraphs 1

4

through 136.

5

138.    Defendants have committed unlawful, unfair, and/or fraudulent business acts by

6

copying PUBG's BATTLEGROUNDS game in each version of their *ROS* and *KO* games and

7

introducing the *ROS* and *KO* games to the marketplace at or below cost.  This act was intended to

8

injure PUBG and has injured PUBG by unfairly using PUBG's own development efforts and

9

consumer goodwill to capture mobile gaming market share before PUBG launched its own mobile

10

version of BATTLEGROUNDS, in violation of the common law of the State of California.

11

139.    On information and belief, Defendants' unlawful, unfair, and/or fraudulent business

12

acts have been and continue to be willful, intentional, knowing, and purposeful, in disregard of and

13

indifferent to PUBG's rights.

14

140.    As a direct and proximate result of Defendants' unlawful, unfair, and/or fraudulent

15

business conduct, Defendants have derived benefit and have caused PUBG both monetary and non-

16

monetary damage.

17

141.    PUBG has suffered irreparable harm because of Defendants' unlawful, unfair, and/or

18

fraudulent business conduct and will continue to suffer irreparable harm in the future unless

19

Defendants are enjoined from their unlawful, unfair, and/or fraudulent business conduct.

20

**PRAYER FOR RELIEF**

21

142.    WHEREFORE, PUBG respectfully requests that the Court:

22

143.    Permanently enjoin Defendants and all other persons or entities who are in active

23

concert or participation with Defendants from continuing to infringe PUBG's copyrighted work,

24

continuing to infringe PUBG's trade dress, and continuing to engage in unlawful, unfair, and/or

25

fraudulent business conduct;

26

144.    Order Defendants to remove each and every version of the games *Rules of Survival*,

27

*Knives Out*, and similarly infringing games, from distribution and to cease developing and

28

155

1 | supporting those games;

2 |     145.    Award PUBG statutory damages for willful copyright infringement in the amount of

3 | $150,000.00 per infringed work, pursuant to 17  U.S.C. § 504(c), or, in the alternative, at PUBG's

4 | election pursuant to 17 U.S.C. § 504(b), PUBG's actual damages and Defendants' profits from

5 | infringement, in amounts to be proven at trial;

6 |     146.    Award PUBG statutory damages for unlawful, unfair, and/or fraudulent business

7 | conduct in an amount to be determined by multiplying the number of violations found to be

8 | committed by $2,500.00, pursuant to Cal. Bus. & Prof. Code § 17206;

9 |     147.    Award PUBG actual damages in an amount sufficient to at least make PUBG whole

10 | from the effects of Defendants' unlawful acts;

11 |     148.    Award PUBG reasonable attorneys' fees and costs pursuant to 17 U.S.C. § 505 and

12 | 15 U.S.C. § 1117(a); and

13 |     149.    Grant PUBG any other and further relief this Court deems just and proper.

**DEMAND FOR JURY TRIAL**

15 |     150.    PUBG requests a trial by jury on all issues to which PUBG is entitled to a trial by

16 | jury.

Date:  May 24, 2018                    By: _/s/ Steven S. Baik_____

Ketan V. Patel (*pro hac vice*)             Steven S. Baik (SBN 184622)
ketan.patel@sidley.com                sbaik@sidley.com
SIDLEY AUSTIN LLP                 Ryuk Park (SBN 298744)
787 Seventh Avenue                 ryuk.park@sidley.com
New York, NY 10019                SIDLEY AUSTIN LLP
Telephone: +1 212 839 5300        1001 Page Mill Road
Facsimile: +1 650 839 5599        Building 1
                                     Palo Alto, CA 94304
                                     Telephone: +1 650 565 7074
                                     Facsimile: +1 650 565 7100

                                     Rollin A. Ransom (SBN 196126)
                                     rransom@sidley.com
                                     SIDLEY AUSTIN LLP
                                     555 West Fifth Street

156

Los Angeles, CA 90013
Telephone: +1 213 896 6047
Facsimile: +1 213 896 6600

*Attorneys for Plaintiffs PUBG Corporation
and PUBG Santa Monica, Inc.*

157

PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION, CASE NO. 4:18-CV-02010-
JSW