1   QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
2   Claude M. Stern (Bar No. 96737)
      claudestern@quinnemanuel.com
3   Evette D. Pennypacker (Bar No. 203515)
      evettepennypacker@quinnemanuel.com
4   Mark Tung (Bar No. 245782)
      marktung@quinnemanuel.com
5   Michael F. LaFond (Bar No. 303131)
      michaellafond@quinnemanuel.com
6   555 Twin Dolphin Dr., 5th Fl.
    Redwood Shores, California  94065
7   Telephone:     (650) 801-5000
    Facsimile:      (650) 801-5100
8
    *Attorneys for NetEase, Inc., NetEase*
9   *Information Technology Corporation, NetEase*
    *(Hong Kong) Limited, and Hong Kong NetEase*
10  *Interactive Entertainment Limited*

SIDLEY AUSTIN LLP
Steven S. Baik (Bar No. 184622)
  sbaik@sidley.com
Ryuk Park (Bar No. 298744)
  ryuk.park@sidley.com
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: (650) 565-7074
Facsimile: (650) 565-7100

Rollin A. Ransom (Bar No. 196126)
  rransom@sidley.com
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896-6047
Facsimile: (213) 896-6600

Ketan V. Patel (*pro hac vice*)
  ketan.patel@sidley.com
787 Seventh Avenue New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (650) 839-5599

11
12
13  *Attorneys for Plaintiffs PUBG Corporation*
    *and PUBG Santa Monica, Inc.*

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                    OAKLAND DIVISION

17

| | |
|---|---|
| 18  PUBG Corporation and PUBG Santa Monica, Inc. | Case No. 4:18-cv-02010-JSW |
| 19            Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SECOND** |
| 20        v. | **AMENDED COMPLAINT, DISMISSAL OF NETEASE (HONG KONG) LIMITED,** |
| 21  NetEase, Inc., NetEase Information | **AND SETTING TIME FOR NETEASE DEFENDANTS TO RESPOND TO THE** |
| 22  Technology Corporation, and NetEase (Hong Kong) Limited, | **SECOND AMENDED COMPLAINT** |
| 23            Defendants. | |

24

25

26

27

28

Case No. 4:18-cv-02010-JSW

STIPULATION AND [PROPOSED] ORDER REGARDING SECOND AMENDED COMPLAINT, DISMISSAL OF NETEASE (HONG
KONG) LIMITED, AND SETTING TIME FOR NETEASE DEFENDANTS TO RESPOND TO THE COMPLAINT

1   Defendants NetEase, Inc., NetEase Information Technology Corporation, NetEase (Hong

2 Kong) Limited, and Hong Kong NetEase Interactive Entertainment Limited (collectively

3 "NetEase") and Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc. (collectively "PUBG"),

4 by and through their respective attorneys, hereby enter the following stipulation regarding PUBG's

5 Second Amended Complaint, Dismissal of NetEase (Hong Kong) Limited, and Setting the Time for

6 the NetEase Defendants to Respond to the Second Amended Complaint:

7   WHEREAS, on April 2, 2018, PUBG filed the original complaint initiating this litigation;

8   WHEREAS, on April 10, 2018, PUBG filed the operative First Amended Complaint;

9   WHEREAS, on April 13, 2018, NetEase Information Technology Corporation was served

10 with summons and a copy of the First Amended Complaint by way of its agent for service of process;

11   WHEREAS, on May 2, 2018, NetEase Information Technology Corporation and PUBG

12 entered into a stipulation to extend the time for NetEase Information Technology Corporation to

13 respond to the First Amended Complaint;

14   WHEREAS, NetEase and PUBG hereby stipulate and agree to dismiss NetEase (Hong

15 Kong) Limited from the above captioned litigation, without prejudice;

16   WHEREAS, PUBG has prepared a proposed Second Amended Complaint that no longer

17 states claims against NetEase (Hong Kong) Limited, and instead states claims against Hong Kong

18 NetEase Interactive Entertainment Limited;

19   WHEREAS, NetEase has reviewed the proposed Second Amended Complaint, does not

20 object to PUBG filing the proposed Second Amended Complaint, and further agrees to waive service

21 of summons as to NetEase, Inc. and Hong Kong NetEase Interactive Entertainment Limited, in

22 exchange for setting the deadline for all NetEase entities to respond to the Second Amended

23 Complaint through July 17, 2018;

24   NOW THEREFORE, PUBG and NetEase hereby stipulate and agree as follows:

25   • PUBG may file the Second Amended Complaint which NetEase has previously had

26   the opportunity to review, and NetEase will not object to the filing;

27   • NetEase (Hong Kong) Limited is hereby dismissed from the above captioned

28   litigation, without prejudice;

STIPULATION AND [PROPOSED] ORDER REGARDING SECOND AMENDED COMPLAINT, DISMISSAL OF NETEASE (HONG KONG) LIMITED, AND SETTING TIME FOR NETEASE DEFENDANTS TO RESPOND TO THE COMPLAINT

1    • NetEase, Inc. and Hong Kong NetEase Interactive Entertainment Limited, through

2       their attorneys, hereby waive service of summons as to the Second Amended

3       Complaint;

4    • NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong

5       NetEase Interactive Entertainment Limited shall have up through July 17, 2018 to

6       respond to the Second Amended Complaint.

7    SO STIPULATED AND AGREED.

8  DATED: May 24, 2018                 QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP
9

10                                     By */s/ Evette D. Pennypacker*

11                                         Claude M. Stern (Bar No. 96737)
                                           claudestern@quinnemanuel.com
12                                         Evette D. Pennypacker (Bar No. 203515)
                                           evettepennypacker@quinnemanuel.com
13                                         Mark Tung (Bar No. 245782)
                                           marktung@quinnemanuel.com
14                                         Michael F. LaFond (Bar No. 303131)
                                           michaellafond@quinnemanuel.com
15                                         QUINN EMANUEL URQUHART &
                                           SULLIVAN, LLP
16                                         555 Twin Dolphin Dr., 5th Fl.
                                           Redwood Shores, California  94065
17                                         Telephone:    (650) 801-5000
                                           Facsimile:    (650) 801-5100
18
                                           *Attorneys for NetEase, Inc., NetEase Information*
19                                         *Technology Corporation, NetEase (Hong Kong)*
                                           *Limited, and Hong Kong NetEase Interactive*
20                                         *Entertainment Limited*

21

22 DATED: May 24, 2018                 SIDLEY AUSTIN LLP

23

24                                     By */s/ Ketan V. Patel*

25                                         Ketan V. Patel (*pro hac vice*)
                                           ketan.patel@sidley.com
26                                         SIDLEY AUSTIN LLP
                                           787 Seventh Avenue
27                                         New York, NY 10019
                                           Telephone: +1 212 839 5300
28                                         Facsimile: +1 650 839 5599

STIPULATION AND [PROPOSED] ORDER REGARDING SECOND AMENDED COMPLAINT, DISMISSAL OF NETEASE (HONG
KONG) LIMITED, AND SETTING TIME FOR NETEASE DEFENDANTS TO RESPOND TO THE COMPLAINT

1

2

3      Steven S. Baik (SBN 184622)
       sbaik@sidley.com
4      Ryuk Park (SBN 298744)
       ryuk.park@sidley.com
5      SIDLEY AUSTIN LLP
       1001 Page Mill Road
6      Building 1
       Palo Alto, CA 94304
7      Telephone: +1 650 565 7074
       Facsimile: +1 650 565 7100
8

9      Rollin A. Ransom (SBN 196126)
       rransom@sidley.com
10     SIDLEY AUSTIN LLP
       555 West Fifth Street
11     Los Angeles, CA 90013
       Telephone: +1 213 896 6047
12     Facsimile: +1 213 896 6600

13
       *Attorneys for Plaintiffs PUBG Corporation and*
14     *PUBG Santa Monica, Inc.*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING SECOND AMENDED COMPLAINT, DISMISSAL OF NETEASE (HONG
KONG) LIMITED, AND SETTING TIME FOR NETEASE DEFENDANTS TO RESPOND TO THE COMPLAINT

1

2

**SIGNATURE ATTESTATION**

3

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the

4

filing of this document has been obtained from _____Ketan V. Patel_____ .

5

6

By: ____*/s/ Evette D. Pennypacker*_____ .

7

Dated: May 24, 2018

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING SECOND AMENDED COMPLAINT, DISMISSAL OF NETEASE (HONG
KONG) LIMITED, AND SETTING TIME FOR NETEASE DEFENDANTS TO RESPOND TO THE COMPLAINT

1

**[PROPOSED] ORDER**

2    Pursuant to the parties' stipulation, IT IS SO ORDERED.

3          **IT IS SO ORDERED.**

4

5    Dated: _____

6                                                    The Honorable Jeffrey S. White
                                                     United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING SECOND AMENDED COMPLAINT, DISMISSAL OF NETEASE (HONG
KONG) LIMITED, AND SETTING TIME FOR NETEASE DEFENDANTS TO RESPOND TO THE COMPLAINT