| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Claude M. Stern (Bar No. 96737)<br>  claudestern@quinnemanuel.com<br>Evette D. Pennypacker (Bar No. 203515)<br>  evettepennypacker@quinnemanuel.com<br>Mark Tung (Bar No. 245782)<br>  marktung@quinnemanuel.com<br>Michael F. LaFond (Bar No. 303131)<br>  michaellafond@quinnemanuel.com<br>555 Twin Dolphin Dr., 5th Fl.<br>Redwood Shores, California 94065<br>Telephone:  (650) 801-5000<br>Facsimile:  (650) 801-5100<br><br>*Attorneys for NetEase, Inc., NetEase Information Technology Corporation, NetEase (Hong Kong) Limited, and Hong Kong NetEase Interactive Entertainment Limited* | SIDLEY AUSTIN LLP<br>Steven S. Baik (Bar No. 184622)<br>  sbaik@sidley.com<br>Ryuk Park (Bar No. 298744)<br>  ryuk.park@sidley.com<br>1001 Page Mill Road, Building 1<br>Palo Alto, CA 94304<br>Telephone: (650) 565-7074<br>Facsimile: (650) 565-7100<br><br>Rollin A. Ransom (Bar No. 196126)<br>  rransom@sidley.com<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>Telephone: (213) 896-6047<br>Facsimile: (213) 896-6600<br><br>Ketan V. Patel (*pro hac vice*)<br>  ketan.patel@sidley.com<br>787 Seventh Avenue New York, NY 10019<br>Telephone: (212) 839-5300<br>Facsimile: (650) 839-5599<br><br>*Attorneys for Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PUBG Corporation and PUBG Santa Monica, Inc.<br><br>  Plaintiffs,<br><br>  v.<br><br>NetEase, Inc., NetEase Information Technology Corporation, and NetEase (Hong Kong) Limited,<br><br>  Defendants. | Case No. 4:18-cv-02010-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SECOND AMENDED COMPLAINT, DISMISSAL OF NETEASE (HONG KONG) LIMITED, AND SETTING TIME FOR NETEASE DEFENDANTS TO RESPOND TO THE SECOND AMENDED COMPLAINT** |

Defendants NetEase, Inc., NetEase Information Technology Corporation, NetEase (Hong Kong) Limited, and Hong Kong NetEase Interactive Entertainment Limited (collectively "NetEase") and Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc. (collectively "PUBG"), by and through their respective attorneys, hereby enter the following stipulation regarding PUBG's Second Amended Complaint, Dismissal of NetEase (Hong Kong) Limited, and Setting the Time for the NetEase Defendants to Respond to the Second Amended Complaint:

WHEREAS, on April 2, 2018, PUBG filed the original complaint initiating this litigation;

WHEREAS, on April 10, 2018, PUBG filed the operative First Amended Complaint;

WHEREAS, on April 13, 2018, NetEase Information Technology Corporation was served with summons and a copy of the First Amended Complaint by way of its agent for service of process;

WHEREAS, on May 2, 2018, NetEase Information Technology Corporation and PUBG entered into a stipulation to extend the time for NetEase Information Technology Corporation to respond to the First Amended Complaint;

WHEREAS, NetEase and PUBG hereby stipulate and agree to dismiss NetEase (Hong Kong) Limited from the above captioned litigation, without prejudice;

WHEREAS, PUBG has prepared a proposed Second Amended Complaint that no longer states claims against NetEase (Hong Kong) Limited, and instead states claims against Hong Kong NetEase Interactive Entertainment Limited;

WHEREAS, NetEase has reviewed the proposed Second Amended Complaint, does not object to PUBG filing the proposed Second Amended Complaint, and further agrees to waive service of summons as to NetEase, Inc. and Hong Kong NetEase Interactive Entertainment Limited, in exchange for setting the deadline for all NetEase entities to respond to the Second Amended Complaint through July 17, 2018;

NOW THEREFORE, PUBG and NetEase hereby stipulate and agree as follows:

- PUBG may file the Second Amended Complaint which NetEase has previously had the opportunity to review, and NetEase will not object to the filing;
- NetEase (Hong Kong) Limited is hereby dismissed from the above captioned litigation, without prejudice;

- NetEase, Inc. and Hong Kong NetEase Interactive Entertainment Limited, through their attorneys, hereby waive service of summons as to the Second Amended Complaint;

- NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment Limited shall have up through July 17, 2018 to respond to the Second Amended Complaint.

SO STIPULATED AND AGREED.

DATED: May 24, 2018                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Evette D. Pennypacker*
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  Evette D. Pennypacker (Bar No. 203515)
  evettepennypacker@quinnemanuel.com
  Mark Tung (Bar No. 245782)
  marktung@quinnemanuel.com
  Michael F. LaFond (Bar No. 303131)
  michaellafond@quinnemanuel.com
  QUINN EMANUEL URQUHART & SULLIVAN, LLP
  555 Twin Dolphin Dr., 5th Fl.
  Redwood Shores, California 94065
  Telephone:   (650) 801-5000
  Facsimile:    (650) 801-5100

  *Attorneys for NetEase, Inc., NetEase Information Technology Corporation, NetEase (Hong Kong) Limited, and Hong Kong NetEase Interactive Entertainment Limited*

DATED: May 24, 2018                    SIDLEY AUSTIN LLP

By */s/ Ketan V. Patel*

  Ketan V. Patel (*pro hac vice*)
  ketan.patel@sidley.com
  SIDLEY AUSTIN LLP
  787 Seventh Avenue
  New York, NY 10019
  Telephone: +1 212 839 5300
  Facsimile: +1 650 839 5599

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | Steven S. Baik (SBN 184622) |
|   | sbaik@sidley.com |
| 4 | Ryuk Park (SBN 298744) |
|   | ryuk.park@sidley.com |
| 5 | SIDLEY AUSTIN LLP |
|   | 1001 Page Mill Road |
| 6 | Building 1 |
|   | Palo Alto, CA 94304 |
| 7 | Telephone: +1 650 565 7074 |
|   | Facsimile: +1 650 565 7100 |
| 8 | |
| 9 | Rollin A. Ransom (SBN 196126) |
|   | rransom@sidley.com |
| 10 | SIDLEY AUSTIN LLP |
|   | 555 West Fifth Street |
| 11 | Los Angeles, CA 90013 |
|   | Telephone: +1 213 896 6047 |
| 12 | Facsimile: +1 213 896 6600 |
| 13 | |
|   | *Attorneys for Plaintiffs PUBG Corporation and* |
| 14 | *PUBG Santa Monica, Inc.* |

-4-   Case No. 4:18-cv-02010-JSW

STIPULATION AND [PROPOSED] ORDER REGARDING SECOND AMENDED COMPLAINT, DISMISSAL OF NETEASE (HONG KONG) LIMITED, AND SETTING TIME FOR NETEASE DEFENDANTS TO RESPOND TO THE COMPLAINT

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from _____Ketan V. Patel_____.

By: _____*/s/ Evette D. Pennypacker*_____.

Dated: May 24, 2018

1 **[~~PROPOSED~~] ORDER**

2  Pursuant to the parties' stipulation, IT IS SO ORDERED.

3  **IT IS SO ORDERED.**

5  Dated: May 29, 2018

6  _____
   The Honorable Jeffrey S. White
7  United States District Court Judge

-6-   Case No. 4:18-cv-02010-JSW

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SECOND AMENDED COMPLAINT, DISMISSAL OF NETEASE (HONG KONG) LIMITED, AND SETTING TIME FOR NETEASE DEFENDANTS TO RESPOND TO THE COMPLAINT