# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBG Corp. and PUBG Santa Monic | CASE No C 4:18-cv-02010-JSW |
| Plaintiff(s) | |
| v. | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| NetEase, Inc., NetEase Information | |
| Defendant(s) | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☒ **Mediation** (ADR L.R. 6)

- ☐ **Private ADR** (*specify process and provider*)

> *Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you **must** file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

- ☐ other requested deadline:

Date: July 3, 2018

Date: July 3, 2018

Attorney for Plaintiff

Attorney for Defendant

---

☐ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date:

U.S. DISTRICT/MAGISTRATE JUDGE

---

*Important: E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR"*

*Form ADR-Stip rev. 1-2017*