1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Claude M. Stern (Bar No. 96737)
2     claudestern@quinnemanuel.com
   Mark Tung (Bar No. 245782)
3     marktung@quinnemanuel.com
   Michael F. LaFond (Bar No. 303131)
4     michaellafond@quinnemanuel.com
   555 Twin Dolphin Dr., 5th Fl.
5  Redwood Shores, California  94065
   Telephone:      (650) 801-5000
6  Facsimile:      (650) 801-5100

7  Attorneys for Net Ease, Inc., NetEase Information
   Technology Corporation, and Hong Kong
8  NetEase Interactive Entertainment, Ltd.

9                      UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                            SAN FRANCISCO DIVISION

12

| 13 | PUBG Corporation and PUBG Santa Monica, Inc. | Case No. 4:18-cv-02010-JSW |
|----|----|----|
| 14 | | **DEFENDANTS NETEASE, INC., NETEASE INFORMATION TECHNOLOGY CORPORATION, AND HONG KONG NETEASE INTERACTIVE ENTERTAINMENT, LTD.'S JOINT NOTICE OF WITHDRAWAL AND WITHDRAWAL, PURSUANT TO CIVIL LOCAL RULE 7-7(E), OF THE ADMINISTRATIVE MOTION FILED AT DOCKET ENTRY 39** |
| 15 | Plaintiffs, | |
| 16 | v. | |
| 17 | Net Ease, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment, Ltd. | |
| 18 | | |
| 19 | Defendants. | |

20

21

22

23

24

25

26

27

28

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**Please take notice** that pursuant to Civil Local Rule 7-7(e) of the Civil Local Rules of the Northern District of California, Defendants NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment Limited (collectively "Defendants") are hereby **withdrawing** their Joint Administrative Motion Seeking Relief from Civil Local Rule 6-1(b), which administrative motion was filed on July 6, 2018, and docketed at entry 39 on the Court's electronic docket.

Since filing the motion, Defendants have been able to meet and confer with Plaintiffs and will file a new motion following those discussions. This withdrawal is made without prejudice to Defendants' right to seek relief related to the subject matter of the withdrawn administrative motion.

DATED: July 8, 2018                QUINN EMANUEL URQUHART & SULLIVAN, LLP


By  */s/ Michael F. LaFond*
Claude M. Stern (Bar No. 96737)
claudestern@quinnemanuel.com
Mark Tung (Bar No. 245782)
marktung@quinnemanuel.com
Michael F. LaFond (Bar No. 303131)
michaellafond@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California  94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

*Attorneys for NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment Limited*