| | |
|---|---|
| Steven S. Baik (SBN 184622)<br>sbaik@sidley.com<br>Ryuk Park (SBN 298744)<br>ryuk.park@sidley.com<br>SIDLEY AUSTIN LLP<br>1001 Page Mill Road<br>Building 1<br>Palo Alto, CA 94304<br>Telephone: +1 650 565 7074<br>Facsimile: +1 650 565 7100 | Ketan V. Patel (*pro hac vice*)<br>ketan.patel@sidley.com<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: +1 212 839 5300<br>Facsimile: +1 650 839 5599 |

Rollin A. Ransom (SBN 196126)
rransom@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6047
Facsimile: +1 213 896 6600

*Attorneys for Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| PUBG Corporation and<br>PUBG Santa Monica, Inc.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>NetEase, Inc., NetEase Information Technology Corporation and Hong Kong NetEase Interactive Entertainment Limited,<br><br>    Defendants. | Case No.  4:18-cv-02010-JSW<br><br>**NOTICE OF APPEARANCE OF ROLLIN A. RANSOM** |

Please take notice that the undersigned, Rollin A. Ransom, is entering an appearance on behalf of Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc. as counsel in the above captioned action. All notices and copies of pleadings, papers, correspondence and other material relevant to this action should be directed to and served upon:

> Rollin A. Ransom (SBN 196126)
> SIDLEY AUSTIN LLP
> 555 West Fifth Street
> Los Angeles, CA 90013
> Telephone: +1 213 896 6047
> Facsimile: +1 213 896 6600
> Email: rransom@sidley.com

Date: July 9, 2018                              By: */s/ Rollin A. Ransom*

> Steven S. Baik (SBN 184622)
> sbaik@sidley.com
> Ryuk Park (SBN 298744)
> ryuk.park@sidley.com
> SIDLEY AUSTIN LLP
> 1001 Page Mill Road
> Building 1
> Palo Alto, CA 94304
> Telephone: +1 650 565 7074
> Facsimile: +1 650 565 7100
>
> Rollin A. Ransom (SBN 196126)
> rransom@sidley.com
> SIDLEY AUSTIN LLP
> 555 West Fifth Street
> Los Angeles, CA 90013
> Telephone: +1 213 896 6047
> Facsimile: +1 213 896 6600
>
> Ketan V. Patel
> ketan.patel@sidley.com
> SIDLEY AUSTIN LLP
> 787 Seventh Avenue
> New York, NY 10019
> Telephone: +1 212 839 5300
> Facsimile: +1 650 839 5599
>
> *Attorneys for Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc.*