SIDLEY AUSTIN LLP
Steven S. Baik (Bar No. 184622)
  sbaik@sidley.com
Ryuk Park (Bar No. 298744)
  ryuk.park@sidley.com
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: (650) 565-7074
Facsimile: (650) 565-7100

Rollin A. Ransom (Bar No. 196126)
  rransom@sidley.com
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896-6047
Facsimile: (213) 896-6600

Ketan V. Patel (*pro hac vice*)
  ketan.patel@sidley.com
787 Seventh Avenue New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (650) 839-5599

*Attorneys for Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
Evette D. Pennypacker (Bar No. 203515)
  evettepennypacker@quinnemanuel.com
Mark Tung (Bar No. 245782)
  marktung@quinnemanuel.com
Michael F. LaFond (Bar No. 303131)
  michaellafond@quinnemanuel.com
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California  94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

*Attorneys for Defendants NetEase Inc., NetEase Information Technology Corporation and Hong Kong NetEase Interactive Entertainment Limited*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PUBG Corporation and PUBG Santa Monica, Inc.<br><br>            Plaintiffs,<br><br>     v.<br><br>NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment Limited<br><br>            Defendants. | Case No. 4:18-cv-02010-JSW<br><br>**JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc. (collectively "PUBG") and Defendants NetEase Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment Limited (collectively, "NetEase"), by and through their respective attorneys, file this Joint Stipulation to reschedule the Case Management Conference currently set for July 20, 2018 at 11:00 A.M.

WHEREAS, pursuant to the April 16, 2018 Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement in this action (D.I. 18), the Initial Case Management Conference in this action is scheduled for July 20, 2018 at 11:00 A.M.;

WHEREAS, NetEase's lead trial counsel, Claude Stern, is unavailable to attend the currently scheduled case management conference;

WHEREAS, pursuant to the calendar posted on the website for the District Court for the Northern District of California, the parties understand that the Court is available on August 17, 2018 for an initial case management conference;

WHEREAS, the parties represent that their respective lead counsels will also be available on August 17, 2018 for an initial case management conference;

WHEREAS, the parties have propounded or intend to soon propound discovery requests and desire to extend the deadline for each party to object or respond to said discovery requests;

WHEREAS, the parties desire to extend the deadline for the exchange of disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

IT IS HEREBY STIPULATED by and between counsel and subject to the approval of the Court that the parties, having met and conferred, agree to the following:

- The Case Management Conference currently set for July 20, 2018 is rescheduled to August 17, 2018 at 11:00 a.m.

- The Joint Case Management Conference Statement shall be filed on or before Friday, August 10, 2018.

- The parties shall serve their respective disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on or before August 3, 2018.

- PUBG shall serve its first set of discovery requests on or before July 18, 2018, and the deadline for NetEase to respond to PUBG's first set of discovery requests is extended to September 14, 2018.

- The deadline for PUBG to respond to NetEase's first set of discovery requests, served on July 2, 2018, is extended to September 7, 2018.

- Both Parties reserve the right to raise any and all applicable objections to any discovery that has been served, or will be served, and the foregoing agreement regarding the due dates for certain discovery responses shall not constitute, or be construed as, a waiver of any such applicable objections.

SO STIPULATED AND AGREED.

DATED: July 11, 2018                SIDLEY AUSTIN LLP


By   */s/ Ketan V. Patel*
     Ketan V. Patel
     *Attorneys for Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc.*


DATED: July 11, 2018                QUINN EMANUEL URQUHART & SULLIVAN LLP


By   */s/ Claude M. Stern*
     Claude M. Stern
     *Attorneys for Defendants NetEase Inc., NetEase Information Technology Corporation and Hong Kong NetEase Interactive Entertainment Limited*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**


DATED: _____, 2018        By: _____
                                        The Hon. Jeffrey S. White
                                        United States District Court Judge

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Claude M. Stern.

By: _____*/s/ Ketan V. Patel*_____

Dated: July 11, 2018