| | |
|---|---|
| SIDLEY AUSTIN LLP<br>Steven S. Baik (Bar No. 184622)<br>  sbaik@sidley.com<br>Ryuk Park (Bar No. 298744)<br>  ryuk.park@sidley.com<br>1001 Page Mill Road, Building 1<br>Palo Alto, CA 94304<br>Telephone: (650) 565-7074<br>Facsimile: (650) 565-7100<br><br>Rollin A. Ransom (Bar No. 196126)<br>  rransom@sidley.com<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>Telephone: (213) 896-6047<br>Facsimile: (213) 896-6600<br><br>Ketan V. Patel (*pro hac vice*)<br>  ketan.patel@sidley.com<br>787 Seventh Avenue New York, NY 10019<br>Telephone: (212) 839-5300<br>Facsimile: (650) 839-5599<br><br>*Attorneys for Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc.* | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Claude M. Stern (Bar No. 96737)<br>  claudestern@quinnemanuel.com<br>Evette D. Pennypacker (Bar No. 203515)<br>  evettepennypacker@quinnemanuel.com<br>Mark Tung (Bar No. 245782)<br>  marktung@quinnemanuel.com<br>Michael F. LaFond (Bar No. 303131)<br>  michaellafond@quinnemanuel.com<br>555 Twin Dolphin Dr., 5th Fl.<br>Redwood Shores, California  94065<br>Telephone:     (650) 801-5000<br>Facsimile:      (650) 801-5100<br><br>*Attorneys for Defendants NetEase Inc., NetEase Information Technology Corporation and Hong Kong NetEase Interactive Entertainment Limited* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PUBG Corporation and PUBG Santa Monica, Inc.<br><br>          Plaintiffs,<br><br>     v.<br><br>NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment Limited<br><br>          Defendants. | Case No. 4:18-cv-02010-JSW<br><br>**JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1  Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc. (collectively "PUBG") and
2  Defendants NetEase Inc., NetEase Information Technology Corporation, and Hong Kong NetEase
3  Interactive Entertainment Limited (collectively, "NetEase"), by and through their respective
4  attorneys, file this Joint Stipulation to reschedule the Case Management Conference currently set
5  for July 20, 2018 at 11:00 A.M.

6  WHEREAS, pursuant to the April 16, 2018 Order Setting Case Management Conference
7  and Requiring Joint Case Management Conference Statement in this action (D.I. 18), the Initial Case
8  Management Conference in this action is scheduled for July 20, 2018 at 11:00 A.M.;

9  WHEREAS, NetEase's lead trial counsel, Claude Stern, is unavailable to attend the
10 currently scheduled case management conference;

11 WHEREAS, pursuant to the calendar posted on the website for the District Court for the
12 Northern District of California, the parties understand that the Court is available on August 17, 2018
13 for an initial case management conference;

14 WHEREAS, the parties represent that their respective lead counsels will also be available
15 on August 17, 2018 for an initial case management conference;

16 WHEREAS, the parties have propounded or intend to soon propound discovery requests and
17 desire to extend the deadline for each party to object or respond to said discovery requests;

18 WHEREAS, the parties desire to extend the deadline for the exchange of disclosures
19 pursuant to Fed. R. Civ. P. 26(a)(1).

20 IT IS HEREBY STIPULATED by and between counsel and subject to the approval of the
21 Court that the parties, having met and conferred, agree to the following:

- The Case Management Conference currently set for July 20, 2018 is rescheduled to August 17, 2018 at 11:00 a.m.
- The Joint Case Management Conference Statement shall be filed on or before Friday, August 10, 2018.
- The parties shall serve their respective disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on or before August 3, 2018.

- PUBG shall serve its first set of discovery requests on or before July 18, 2018, and the deadline for NetEase to respond to PUBG's first set of discovery requests is extended to September 14, 2018.

- The deadline for PUBG to respond to NetEase's first set of discovery requests, served on July 2, 2018, is extended to September 7, 2018.

- Both Parties reserve the right to raise any and all applicable objections to any discovery that has been served, or will be served, and the foregoing agreement regarding the due dates for certain discovery responses shall not constitute, or be construed as, a waiver of any such applicable objections.

SO STIPULATED AND AGREED.

DATED: July 11, 2018                SIDLEY AUSTIN LLP


                                    By   */s/ Ketan V. Patel*
                                         Ketan V. Patel
                                         *Attorneys for Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc.*


DATED: July 11, 2018                QUINN EMANUEL URQUHART & SULLIVAN LLP


                                    By   */s/ Claude M. Stern*
                                         Claude M. Stern
                                         *Attorneys for Defendants NetEase Inc., NetEase Information Technology Corporation and Hong Kong NetEase Interactive Entertainment Limited*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**


DATED: __July 11__, 2018        By: _____/s/ Jeffrey S. White_____
                                     The Hon. Jeffrey S. White
                                     United States District Court Judge

-3-

JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER, CASE NO. 4:18-CV-02010-JSW

ACTIVE 233787069