1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| PUBG Corporation and PUBG Santa Monica, Inc.<br><br>Plaintiffs,<br><br>v.<br><br>NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment, Ltd.<br><br>Defendants. | Case No. 4:18-cv-02010-JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS NETEASE, INC., NETEASE INFORMATION TECHNOLOGY CORPORATION, AND HONG KONG NETEASE INTERACTIVE ENTERTAINMENT, LTD.'S MOTION TO DISMISS** |

On July 17, 2018, Defendants NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment, Ltd. ("Defendants") filed a motion to dismiss Plantiffs PUBG Corporation and PUBG Santa Monica, Inc.'s ("Plaintiffs'") Second Amended Complaint in its entirety.  Having considered all papers filed in support of and in opposition to the Defendants' motion to dismiss, as well as the arguments of counsel, and other pleadings and papers entered into the record, and good cause having been found, the Court hereby GRANTS Defendants' motion in its entirety.

Accordingly, IT IS HEREBY ORDERED THAT:

    1.    Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint is GRANTED; and

    2.    All claims for relief against Defendants are hereby DISMISSED with prejudice.

DATED: _____

By_____
   Hon. Jeffrey S. White
   United States District Court Judge