1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Claude M. Stern (Bar No. 96737)
2    claudestern@quinnemanuel.com
   Margret M. Caruso (Bar. No. 243473)
3    mmc@quinnemanuel.com
   Mark Tung (Bar No. 245782)
4    marktung@quinnemanuel.com
   Michael F. LaFond (Bar No. 303131)
5    michaellafond@quinnemanuel.com
   555 Twin Dolphin Dr., 5th Fl.
6  Redwood Shores, California  94065
   Telephone:     (650) 801-5000
7  Facsimile:      (650) 801-5100

8  Attorneys for NetEase, Inc., NetEase Information
   Technology Corporation, and Hong Kong
9  NetEase Interactive Entertainment, Ltd.

10                      UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13

| 14 | PUBG Corporation and PUBG Santa Monica, Inc. | Case No. 4:18-cv-02010-JSW |
|---|---|---|
| 15 | Plaintiffs, | **DECLARATION OF MICHAEL F. LAFOND FILED IN SUPPORT OF DEFENDANTS NETEASE, INC., NETEASE INFORMATION TECHNOLOGY CORPORATION, AND HONG KONG NETEASE INTERACTIVE ENTERTAINMENT, LTD.'S REQUEST FOR JUDICIAL NOTICE AND MOTION TO DISMISS** |
| 16 | v. | |
| 17 | NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment, Ltd. | |
| 18 | | |
| 19 | Defendants. | |

I, Michael LaFond, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment, Ltd. (collectively "NetEase"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. A new, unopened, Microsoft Xbox One S, which was purchased on July 13, 2018, at the Best Buy located at 1127 Industrial Rd, San Carlos, California, 94070, is being manually filed with the Court, at my direction, as **Exhibit 1** to this declaration. This is the gaming platform for *Playerunkown's Battlegrounds.*

3. A new, unopened, copy of *Playerunkown's Battlegrounds*, which was purchased on July 13, 2018, at the Best Buy located at 1127 Industrial Rd, San Carlos, California, 94070, is being manually filed with the Court, at my direction, as **Exhibit 2** to this declaration.

4. A new, unopened, Samsung Galaxy S9, which was purchased on July 13, 2018, at the Best Buy located at 1127 Industrial Rd, San Carlos, California, 94070, is being manually filed with the Court, at my direction, as **Exhibit 3** to this declaration. This is the gaming platform for NetEase's *Rules of Survival* and *Knives Out*.

5. Attached to this declaration as **Exhibits 4 and 5** is a letter explaining how the Court may use the Samsung Galaxy S9, submitted as Exhibit 3, to download a commercially available copy of NetEase's *Rules of Survival* (as Exhibit 4), and NetEase's *Knives Out* (as Exhibit 5) from the Google Play store.

6. Attached to this declaration as **Exhibit 6**, is a true and correct copy of a *Gamespot* article entitled "Battle Royale Games Explained: Fortnite, PUBG, and What Could Be the Next Big Hit," accessed at https://www.gamespot.com/articles/battle-royale-games-explained-fortnite-pubg-and-wh/1100-6459225/, and which was downloaded on July 10, 2018, at my direction.

7. Attached to this declaration as **Exhibit 7**, is a true and correct copy of a *Digital Trends* article entitled "The History of Battle Royale: From Mod to Worldwide Phenomenon,"

1. accessed at https://www.digitaltrends.com/gaming/history-of-battle-royale-games/, and which was downloaded on July 11, 2018, at my direction.

8. Attached to this declaration as **Exhibit 8**, is a true and correct copy of a *Plarium* article entitled "How Battle Royale Is Changing Online Gaming," accessed at https://plarium.com/en/blog/battle-royale/, and which was downloaded on July 10, 2018, at my direction.

9. Attached to this declaration as **Exhibit 9**, is a true and correct copy of a *Wired* article entitled "Why Battle Royale Games Like 'Fortnite' Are Everywhere (It's Not Just Money)," accessed at https://www.wired.com/story/fortnite-battlefield-rise-of-battle-royale/, and which was downloaded on July 11, 2018, at my direction.

10. Attached to this declaration as **Exhibit 10**, is a true and correct copy of US Patent Number 1,425,808, which I downloaded on July 17, 2018 from Google Patents.

11. Attached to this declaration as **Exhibit 11**, is a true and correct copy of US Patent Number 6,500,214, which I downloaded on July 16, 2018 from Google Patents.

12. Attached to this declaration as **Exhibit 12**, is a true and correct copy of US Patent Application 2012/0137869, which I downloaded on July 16, 2018 from Google Patents.

13. Attached to this declaration as **Exhibit 13**, is a true and correct copy of US Patent Number 4,699,063, which I downloaded on July 16, 2018 from Google Patents.

14. An 11 minute and 8 second, timestamped video file, depicting accurate and unedited gameplay from *Playerunkown's Battlegrounds*, as well as accurate and unedited player interactions with the *Playerunkown's Battlegrounds* interface, which was recorded using a PowerSpec G315 Windows 10 64-bit Computer, with 16GB of RAM and an NVIDIA GTX1070 PCIe graphics card with 8GB of video RAM, and which was recorded and timestamped between the dates of July 9, 2018 and July 15, 2018, is being manually filed with the Court on a USB flash drive, at my direction, as **Exhibit 14** to this declaration.

15. An 11 minute and 4 second, timestamped video file, depicting accurate and unedited gameplay from *Playerunkown's Battlegrounds*, as well as accurate and unedited player interactions with the *Playerunkown's Battlegrounds* interface, which was recorded using a

PowerSpec G315 Windows 10 64-bit Computer, with 16GB of RAM and an NVIDIA GTX1070 PCIe graphics card with 8GB of video RAM, and which was recorded and timestamped between the dates of July 9, 2018 and July 15, 2018, is being manually filed with the Court on a USB flash drive, at my direction, as **Exhibit 15** to this declaration.

16. An 8 minute and 23 second, timestamped video file, depicting accurate and unedited gameplay from NetEase's *Rules of Survival*, as well as accurate and unedited player interactions with the *Rules of Survival* interface, as displayed on an Apple iPhone 8 with 256GB of RAM, and which was recorded and timestamped between the dates of July 5, 2018 and July 15, 2018, is being manually filed with the Court on a USB flash drive, at my direction, as **Exhibit 16** to this declaration.

17. A 10 minute and 51 second, timestamped video file, depicting accurate and unedited gameplay from NetEase's *Rules of Survival*, as well as accurate and unedited player interactions with the *Rules of Survival* interface, as displayed on an Apple iPhone 8 with 256GB of RAM, and which was recorded and timestamped between the dates of July 5, 2018 and July 15, 2018, is being manually filed with the Court on a USB flash drive, at my direction, as **Exhibit 17** to this declaration.

18. A 6 minute and 27 second, timestamped video file, depicting accurate and unedited gameplay from NetEase's *Knives Out*, as well as accurate and unedited player interactions with the *Knives Out* interface, as displayed on an Apple iPhone 8 with 256GB of RAM, and which was recorded and timestamped between the dates of July 5, 2018 and July 15, 2018, is being manually filed with the Court on a USB flash drive, at my direction, as **Exhibit 18** to this declaration.

19. A 9 minute and 12 second, timestamped video file, depicting accurate and unedited gameplay from NetEase's *Knives Out*, as well as accurate and unedited player interactions with the *Knives Out* interface, as displayed on an Apple iPhone 8 with 256GB of RAM, and which was recorded and timestamped between the dates of July 5, 2018 and July 15, 2018, is being manually filed with the Court on a USB flash drive, at my direction, as **Exhibit 19** to this declaration.

20. Attached as **Exhibit 20** to this declaration is a chart comparing images from the Second Amended Complaint filed in this litigation at electronic docket entry 32 with true and

1 correct, and in some instances enlarged, screenshots taken of NetEase's *Rules of Survival* using an
2 Apple iPhone 8 with 256GB of RAM, which screenshots were taken between July 5, 2018 and
3 July 15, 2018, and, along with the chart, were created at my direction.

4     21.    Attached as **Exhibit 21** to this declaration is a chart comparing images from the
5 Second Amended Complaint filed in this litigation at electronic docket entry 32 with true and
6 correct, and in some instances enlarged, screenshots taken of NetEase's *Knives Out* using an
7 Apple iPhone 8 with 256GB of RAM, which screenshots were taken between July 5, 2018 and
8 July 15, 2018, and, along with the chart, were created at my direction.

9     22.    Attached as **Exhibit 22** to this declaration is a true and correct excerpt from the
10 April 21, 2018 Form 20-F for NetEase Inc., as filed with the Securities and Exchange
11 Commission, which can be accessed at http://phx.corporate-
12 ir.net/External.File?item=UGFyZW50SUQ9NjY3MTExfENoaWxkSUQ9Mzc0OTI5fFR5cGU9M
13 Q==&t=1, and which I excerpted on July 17, 2018.

14     23.    Attached as **Exhibit 23** to this declaration is a true and correct copy of Copyright
15 Circular FL-108, which can be accessed at https://www.copyright.gov/fls/fl108.pdf, and which I
16 downloaded from the Copyright Office website on July 17, 2018.

17     24.    Attached as **Exhibit 24** to this declaration is a true and correct copy of the Internet
18 Movie Database webpage entry for the movie *21*, which I accessed and downloaded from
19 https://www.imdb.com/title/tt0478087/?ref_=fn_al_tt_1 on July 17, 2018.

21     I declare under penalty of perjury under the laws of the United States of America that the
22 foregoing is true and correct.
23 DATED: July 17, 2018

    Michael LaFond