# Exhibit 1
# to the LaFond Declaration

# [Filed Manually]

*PUBG Corporation, et al v. NetEase Inc., et al*
Case No. 18-cv-2010