1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Claude M. Stern (Bar No. 96737)
2    claudestern@quinnemanuel.com
   Margret M. Caruso (Bar. No. 243473)
3    mmc@quinnemanuel.com
   Mark Tung (Bar No. 245782)
4    marktung@quinnemanuel.com
   Michael F. LaFond (Bar No. 303131)
5    michaellafond@quinnemanuel.com
   555 Twin Dolphin Dr., 5th Fl.
6  Redwood Shores, California  94065
   Telephone:    (650) 801-5000
7  Facsimile:    (650) 801-5100

8  Attorneys for Net Ease, Inc., NetEase Information
   Technology Corporation, and Hong Kong
9  NetEase Interactive Entertainment, Ltd.

10                        UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                 OAKLAND DIVISION

13

| | |
|---|---|
| PUBG Corporation and PUBG Santa Monica, Inc.<br><br>         Plaintiffs,<br><br>    v.<br><br>NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment, Ltd.<br><br>         Defendants. | Case No. 4:18-cv-02010-JSW<br><br>**NOTICE OF MANUAL FILING**<br><br>**EXHIBITS 1, 2, 3, 14, 15, 16, 17, 18, AND 19 TO THE DECLARATION OF MICHAEL LAFOND IN SUPPORT OF DEFENDANTS NETEASE, INC., NETEASE INFORMATION TECHNOLOGY CORPORATION, AND HONG KONG NETEASE INTERACTIVE ENTERTAINMENT, LTD.'S MOTION TO DISMISS** |

**MANUAL FILING NOTIFICATION**

**EXHIBITS 1, 2, 3, 14, 15, 16, 17, 18, AND 19 TO THE DECLARATION OF MICHAEL LAFOND IN SUPPORT OF DEFENDANTS NETEASE, INC., NETEASE INFORMATION TECHNOLOGY CORPORATION, AND HONG KONG NETEASE INTERACTIVE ENTERTAINMENT, LTD.'S MOTION TO DISMISS**

These filings are maintained in a format that is not compatible with the Northern District of California's Electronic Case Filing ("ECF") system; accordingly, the filings are being submitted physically and are being maintained in the case file in the Clerk's office.

For information on retrieving this filing directly from the court, please see the Court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

These objects were not e-filed for the following reasons:

**Exhibit 1** to the Declaration of Michael LaFond in Support of Defendants NetEase Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment, Ltd.'s Motion to Dismiss is a physical machine that is not compatible with the Northern District of California's ECF System; accordingly it has been submitted physically. It consists of one new, unopened Microsoft Xbox One S.

**Exhibit 2** to the Declaration of Michael LaFond in Support of Defendants NetEase Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment, Ltd.'s Motion to Dismiss is a video game stored in a format that is not compatible with the Northern District of California's ECF System; accordingly it has been submitted on physical storage media. It consists of a new, unopened copy of the "*Playerunknown's Battlegrounds*" video game.

**Exhibit 3** to the Declaration of Michael LaFond in Support of Defendants NetEase Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment, Ltd.'s Motion to Dismiss is a physical machine that is not compatible with the Northern District of

1  California's ECF System; accordingly it has been submitted physically.  It consists of one new,
2  unopened Samsung Galaxy S9.

3

4  **Exhibit 14** to the Declaration of Michael LaFond in Support of Defendants NetEase Inc., NetEase
5  Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment, Ltd.'s
6  Motion to Dismiss is a video stored in an electronic format that is not compatible with the
7  Northern District of California's ECF System; accordingly it has been submitted physically.  It
8  consists of an electronic file stored on a USB flash drive.

9

10  **Exhibit 15** to the Declaration of Michael LaFond in Support of Defendants NetEase Inc., NetEase
11  Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment, Ltd.'s
12  Motion to Dismiss is a video stored in an electronic format that is not compatible with the
13  Northern District of California's ECF System; accordingly it has been submitted physically.  It
14  consists of an electronic file stored on a USB flash drive.

15

16  **Exhibit 16** to the Declaration of Michael LaFond in Support of Defendants NetEase Inc., NetEase
17  Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment, Ltd.'s
18  Motion to Dismiss is a video stored in an electronic format that is not compatible with the
19  Northern District of California's ECF System; accordingly it has been submitted physically.  It
20  consists of an electronic file stored on a USB flash drive.

21

22  **Exhibit 17** to the Declaration of Michael LaFond in Support of Defendants NetEase Inc., NetEase
23  Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment, Ltd.'s
24  Motion to Dismiss is a video stored in an electronic format that is not compatible with the
25  Northern District of California's ECF System; accordingly it has been submitted physically.  It
26  consists of an electronic file stored on a USB flash drive.

27

28

1  **Exhibit 18** to the Declaration of Michael LaFond in Support of Defendants NetEase Inc., NetEase
2  Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment, Ltd.'s
3  Motion to Dismiss is a video stored in an electronic format that is not compatible with the
4  Northern District of California's ECF System; accordingly it has been submitted physically.  It
5  consists of an electronic file stored on a USB flash drive.

7  **Exhibit 19** to the Declaration of Michael LaFond in Support of Defendants NetEase Inc., NetEase
8  Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment, Ltd.'s
9  Motion to Dismiss is a video stored in an electronic format that is not compatible with the
10 Northern District of California's ECF System; accordingly it has been submitted physically.  It
11 consists of an electronic file stored on a USB flash drive.

14 DATED: July 17, 2018

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By */s/ Claude M. Stern*
    Claude M. Stern
    Margret Caruso
    Mark Tung
    Michael F. LaFond
    *Attorneys for NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment Limited*