# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBG Corporation and PUBG Santa Monica, Inc.,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment, Ltd.<br><br>　　　　　Defendants. | Case No. 4:18-cv-02010-JSW<br><br>[PROPOSED] ORDER GRANTING AS MODIFIED ADMINISTRATIVE MOTION OF DEFENDANTS NETEASE, INC., NETEASE INFORMATION TECHNOLOGY CORPORATION, AND HONG KONG NETEASE INTERACTIVE ENTERTAINMENT, LTD. SEEKING LEAVE TO LODGE ELECTRONIC DEVICES WITH THE COURT |

**[PROPOSED] ORDER**

On July 13, 2018, Defendants NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment, Ltd. ("Defendants") filed an administrative motion seeking leave to ~~lodge~~ manually file with the Court:

- one (1) new and unopened Microsoft Xbox One;
- one (1) new and unopened copy of the *Battlegrounds* game; and
- one (1) new and unopened Samsung Galaxy 9S.

The time for opposing the motion has passed, and Plaintiffs have not opposed the motion. ~~Counsel for NetEase was informed that Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc. did not intend to oppose the request to lodge these three item~~s.   After considering the motion, and good cause having been shown, the motion is hereby GRANTED.

Defendants are permitted to ~~lodge~~ manually file the following three items with the court:

- one (1) new and unopened Microsoft Xbox One;
- one (1) new and unopened copy of the *Battlegrounds* game; and
- one (1) new and unopened Samsung Galaxy 9S.

IT IS SO ORDERED: If the Court determines that it must view the exhibits to resolve the motion, it will use the items that have been filed with the Court. Defendants need not submit "chambers copies" of these exhibits.

DATED: July 18, 2018

By _____
Hon. Jeffrey S. White
United States District Court Judge

-1-   Case No. 4:18-cv-02010-JSW
~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO LODGE ELECTRONIC DEVICES WITH THE COURT