SIDLEY AUSTIN LLP
Steven S. Baik (Bar No. 184622)
  sbaik@sidley.com
Ryuk Park (Bar No. 298744)
  ryuk.park@sidley.com
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: (650) 565-7074
Facsimile: (650) 565-7100

Rollin A. Ransom (Bar No. 196126)
  rransom@sidley.com
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896-6047
Facsimile: (213) 896-6600

Ketan V. Patel (*pro hac vice*)
  ketan.patel@sidley.com
787 Seventh Avenue New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (650) 839-5599

*Attorneys for Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
Margret M. Caruso (Bar. No. 243473)
  mmc@quinnemanuel.com
Mark Tung (Bar No. 245782)
  marktung@quinnemanuel.com
Michael F. LaFond (Bar No. 303131)
  michaellafond@quinnemanuel.com
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California  94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

*Attorneys for Defendants NetEase Inc., NetEase Information Technology Corporation and Hong Kong NetEase Interactive Entertainment Limited*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PUBG Corporation and PUBG Santa Monica, Inc.,<br><br>  Plaintiffs,<br><br>  v.<br><br>NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment Limited<br><br>  Defendants. | Case No. 4:18-cv-02010-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, DEFENDANTS' REPLY AND HEARING ON THE SAME** |

Pursuant to Civil L.R. 6-1 and 6-2, Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc. (collectively, "PUBG") and Defendants NetEase Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment Limited (collectively, "NetEase"), by and through their respective attorneys, file this Stipulation requesting an enlargement of time for Plaintiffs PUBG Corporation and PUBG Santa Monica Inc. to file an opposition to Defendants NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment, Ltd.'s Joint Notice of Motion and Motion to Dismiss (D.I. 47), Defendants' reply in support of their Motion to Dismiss, and the hearing on the same.  This request is supported by the attached Declaration of Ketan V. Patel.

IT IS HEREBY STIPULATED by and between counsel and subject to the approval of the Court that the parties agree to the following:

- The time for Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc. to file an opposition to Defendants NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment, Ltd.'s Joint Notice of Motion and Motion to Dismiss (D.I. 47) shall be extended from July 31, 2018 to August 7, 2018.

- The time for Defendants NetEase, Inc., NetEase Information Technology Corporation and Hong Kong NetEase Interactive Entertainment, Ltd.'s reply in support of their Motion to Dismiss shall be extended from August 7, 2018 to August 21, 2018.

- The Hearing on Defendants NetEase, Inc., NetEase Information Technology Corporation and Hong Kong NetEase Interactive Entertainment, Ltd.'s Joint Notice of Motion and Motion to Dismiss (D.I. 47) shall be rescheduled from August 31, 2018 at 9:00 am to September 7, 2018 at 9:00 am.

**SO STIPULATED AND AGREED.**

DATED: July 20, 2018                    SIDLEY AUSTIN LLP


                                        By    */s/ Ketan V. Patel*
                                            Ketan V. Patel
                                            *Attorneys for Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc.*

STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, DEFENDANTS' REPLY AND HEARING ON THE SAME, CASE NO. 4:18-CV-02010-JSW

1 | DATED: July 20, 2018                         QUINN EMANUEL URQUHART & SULLIVAN LLP

By   */s/ Margret M. Caruso*
　　　Margret M. Caruso
　　　*Attorneys for Defendants NetEase Inc., NetEase Information Technology Corporation and Hong Kong NetEase Interactive Entertainment Limited*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: _____, 2018          By: _____
　　　　　　　　　　　　　　　　　　　　　The Hon. Jeffrey S. White
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

-3-
STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, DEFENDANTS' REPLY AND HEARING ON THE SAME, CASE NO. 4:18-CV-02010-JSW

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Margret M. Caruso.

By: _____*/s/ Ketan V. Patel*_____

Dated: July 20, 2018

-4-
STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, DEFENDANTS' REPLY AND HEARING ON THE SAME, CASE NO. 4:18-CV-02010-JSW