UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBG CORPORATION, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>NETEASE, INC., et al.,<br><br>      Defendants. | Case No. 18-cv-02010-JSW<br><br>**ORDER STRIKING OBJECTIONS TO REQUEST FOR JUDICIAL NOTICE WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 59 |

On August 7, 2018, Plaintiffs filed their opposition to Defendants' motion to dismiss and filed separate objections to Defendants' request for judicial notice. Under Northern District Civil Local Rule 7-3(a), "[a]ny evidentiary and procedural objections to the motion must be contained within the brief or memorandum." The Court HEREBY STRIKES Plaintiffs' objections without prejudice, to submitting a revised opposition brief that incorporate the objections. If Plaintiffs require additional pages to address the objections in their opposition brief, they must submit a request to enlarge this Court's page limitations that shows good cause for the request.

**IT IS SO ORDERED.**

Dated: August 8, 2018

_____
JEFFREY S. WHITE
United States District Judge