SIDLEY AUSTIN LLP

Steven S. Baik (SBN 184622)
sbaik@sidley.com
Ryuk Park (SBN 298744)
ryuk.park@sidley.com
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: +1 650 565 7074
Facsimile: +1 650 565 7100

Rollin A. Ransom (SBN 196126)
rransom@sidley.com
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6047
Facsimile: +1 213 896 6600

Ketan V. Patel (*pro hac vice*)
ketan.patel@sidley.com
787 Seventh Avenue
New York, NY 10019
Telephone: +1 212 839 5300
Facsimile: +1 650 839 5599

Amanda R. Farfel (SBN 288126)
afarfel@sidley.com
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: +1 310 595 9661
Facsimile: +1 310 595 9501

*Attorneys for Plaintiffs*
*PUBG Corporation and PUBG Santa Monica, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| PUBG CORPORATION AND PUBG SANTA MONICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NETEASE, INC., NETEASE INFORMATION TECHNOLOGY CORPORATION, AND HONG KONG NETEASE INTERACTIVE ENTERTAINMENT LIMITED, <br><br> Defendants. | Case No. 4:18-cv-02010-JSW <br><br> **DECLARATION OF KETAN V. PATEL IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT IN PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS AND TO ENLARGE TIME** |

I, Ketan V. Patel, declare as follows:

1. I am an attorney licensed to practice in the State of New York and am admitted *pro hac vice* to practice before this Court. I am an associate with the law firm Sidley Austin, LLP, counsel for Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc. ("Plaintiffs" or "PUBG"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. Attached as Exhibit A is a true and correct copy of an August 8, 2018 email sent from Ketan V. Patel to counsel for Defendants NetEase, Inc., NetEase Information Technology Corporation and Hong Kong NetEase Interactive Entertainment Limited (collectively, "Defendants").

3. Attached as Exhibit B is a true and correct copy of an August 8, 2018 email sent from Michael LaFond, counsel for Defendants, to Ketan V. Patel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: August 9, 2018        */s/ Ketan V. Patel*
                              Ketan V. Patel