| | |
|---|---|
| **From:** | Patel, Ketan V. |
| **To:** | Claude M. Stern; Margret Caruso; Mark Tung; Michael LaFond |
| **Cc:** | Baik, Steven; Ransom, Rollin; PUBG-NetEase-Sidley |
| **Subject:** | PUBG Corp. v. NetEase, Inc., 4:18-cv-02010-JSW: Administrative Motion |
| **Date:** | Wednesday, August 8, 2018 6:06:19 PM |
| **Attachments:** | image001.png |

Counsel,

Pursuant to the Court's Order (Dkt. No. 61), PUBG intends to file an administrative motion requesting 10 additional pages for its opposition to NetEase's Motion to Dismiss in order to address NetEase's Request for Judicial Notice and the exhibits cited therein.  PUBG further intends to request the Court extend the time for PUBG's consolidated opposition through Friday, August 10th.

Please let us know if NetEase will oppose the administrative motion.  To facilitate a stipulation, we will agree to not make any substantive changes and will agree to 5 page enlargement for NetEase's reply which will remain due on August 21st.

Regards,
Ketan
**KETAN V. PATEL**
Associate

**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
+1 212 839 5854
ketan.patel@sidley.com
www.sidley.com

**SIDLEY**