| | |
|---|---|
| **From:** | Michael LaFond |
| **To:** | Patel, Ketan V.; Claude M. Stern; Margret Caruso; Mark Tung |
| **Cc:** | Baik, Steven; Ransom, Rollin; PUBG-NetEase-Sidley |
| **Subject:** | RE: PUBG Corp. v. NetEase, Inc., 4:18-cv-02010-JSW: Administrative Motion |
| **Date:** | Wednesday, August 8, 2018 11:11:21 PM |
| **Attachments:** | image001.png |

Ketan,

We cannot agree to PUBG gaining 10 additional pages for its opposition. Moreover, we do not believe the court would permit that number of pages either.  *See, e.g. Ramirez, et al v. Cintas Corporation*, Case No. 3:04-cv-00281-JSW (N.D. Cal. 2005) at D.E. 102 (order modifying stipulation to exceed page limits to grant only 3 additional pages) (White, J.).

Nonetheless, as a professional courtesy, we will agree to a stipulation permitting PUBG to file an amended brief that exceeds the page limit by 3 pages, provided that: (i) PUBG's amended 18 page brief is comprised of an identical reproduction of PUBG's current 15 page merits argument with no modifications, followed by 3 pages of evidentiary objections that do not address any aspect of the merits of NetEase's motion, (ii) PUBG is not permitted to submit additional evidence or declarations in support of its amended brief, (iii) PUBG agrees in advance that if it violates (i) or (ii) its amended brief will be deemed stricken, and (iv) NetEase's reply shall be due two weeks after the date when PUBG's amended brief is filed—though NetEase will not receive additional pages on reply.

We believe this proposal is more than fair for two reasons. First, PUBG's evidentiary objections should have reduced the space available for its merits briefing, so PUBG is effectively gaining three additional pages to address the merits of NetEase's motion. Second, PUBG's complaint is already 158 pages long, making it difficult for us to understand why PUBG would need so many more pages to address NetEase's arguments on a motion to dismiss—put differently, PUBG's 158 pages of complaint should already be enough without the need to file an oversize opposition brief.

Please let us know if you agree and we can draft a stipulation.

Best,

**Michael LaFond**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5064 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
michaellafond@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Patel, Ketan V. [mailto:ketan.patel@sidley.com]
**Sent:** Wednesday, August 08, 2018 6:06 PM
**To:** Claude M. Stern <claudestern@quinnemanuel.com>; Margret Caruso <margretcaruso@quinnemanuel.com>; Mark Tung <marktung@quinnemanuel.com>; Michael LaFond <michaellafond@quinnemanuel.com>
**Cc:** Baik, Steven <sbaik@sidley.com>; Ransom, Rollin <rransom@sidley.com>; PUBG-NetEase-Sidley <PUBGNetEaseSidley@sidley.com>
**Subject:** PUBG Corp. v. NetEase, Inc., 4:18-cv-02010-JSW: Administrative Motion

Counsel,

Pursuant to the Court's Order (Dkt. No. 61), PUBG intends to file an administrative motion requesting 10 additional pages for its opposition to NetEase's Motion to Dismiss in order to address NetEase's Request for Judicial Notice and the exhibits cited therein. PUBG further intends to request the Court extend the time for PUBG's consolidated opposition through Friday, August 10th.

Please let us know if NetEase will oppose the administrative motion. To facilitate a stipulation, we will agree to not make any substantive changes and will agree to 5 page enlargement for NetEase's reply which will remain due on August 21st.

Regards,

Ketan
**KETAN V. PATEL**
Associate

**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
+1 212 839 5854
ketan.patel@sidley.com
www.sidley.com

**SIDLEY**

***********************************************************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

***********************************************************************************