UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PUBG CORPORATION, et al.,

    Plaintiffs,

v.

NETEASE, INC., et al.,

    Defendants.

Case No. 18-cv-02010-JSW

**ORDER RESOLVING ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITS**

Re: Dkt. No. 62

The Court has received and considered Plaintiffs' administrative motion to enlarge the page limits on a revised opposition brief and Defendants' opposition to that motion. The Court HEREBY ORDERS that Plaintiffs shall file a revised opposition brief that shall not exceed twenty-three pages by August 10, 2018. The Court also concludes that Defendants may have up to twenty-three pages to file a reply brief. Defendants shall be mindful that if they incorporate new arguments in their reply brief, the Court may consider granting Plaintiffs the opportunity to file a sur-reply. Defendants' reply shall be due by no later than August 24, 2018. The Court also reserves the right to continue the hearing date on the motion to dismiss.

IT IS SO ORDERED.

Dated: August 10, 2018

_____
JEFFREY S. WHITE
United States District Judge