UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBG CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NETEASE, INC., et al., <br><br> Defendants. | Case No.  4:18-cv-02010-JSW <br><br> **CLERK'S NOTICE CONTINUING HEARING ON MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE** <br><br> Re: Dkt. No. 47 |

YOU ARE HEREBY NOTIFIED that on **September 28, 2018 at 9:00 am**, in Courtroom 5 on the 2nd floor of the Federal Courthouse, 1301 Clay Street, Oakland, California, the HONORABLE JEFFREY S. WHITE will conduct the **Motion to Dismiss** previously noticed for September 7, 2018, in this matter.

YOU ARE FURTHER HEREBY NOTIFIED that the **Initial Case Management Conference** previously scheduled for October 5, 2018 is continued to **October 26, 2018 at 11:00 am**.  The joint case management statement shall be due on or before October 19, 2018.

Dated: August 27, 2018

Susan Y. Soong
Clerk, United States District Court

By: _____
Jennifer Ottolini, Deputy Clerk to the
Honorable JEFFREY S. WHITE
510-637-3541