SIDLEY AUSTIN LLP
Steven S. Baik (Bar No. 184622)
  sbaik@sidley.com
Ryuk Park (Bar No. 298744)
  ryuk.park@sidley.com
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: (650) 565-7074
Facsimile: (650) 565-7100

Rollin A. Ransom (Bar No. 196126)
  rransom@sidley.com
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896-6047
Facsimile: (213) 896-6600

Ketan V. Patel (*pro hac vice*)
  ketan.patel@sidley.com
787 Seventh Avenue New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (650) 839-5599

Amanda R. Farfel (Bar No. 288126)
afarfel@sidley.com
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9661
Facsimile: (310) 595-9501

*Attorneys for Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
Margret M. Caruso (Bar. No. 243473)
  mmc@quinnemanuel.com
Mark Tung (Bar No. 245782)
  marktung@quinnemanuel.com
Michael F. LaFond (Bar No. 303131)
  michaellafond@quinnemanuel.com
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California  94065
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

*Attorneys for Defendants NetEase Inc., NetEase Information Technology Corporation and Hong Kong NetEase Interactive Entertainment Limited*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PUBG Corporation and PUBG Santa Monica, Inc.<br><br>                Plaintiffs,<br><br>       v.<br><br>NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment Limited<br><br>                Defendants. | Case No. 4:18-cv-02010-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME (I) TO THE INITIAL CASE MANAGEMENT CONFERENCE, AND (II) FOR THE PARTIES TO COMPLETE MEDIATION** |

1    Pursuant to Northern District of California Civil Local Rule 6-2, Plaintiffs PUBG
2 Corporation and PUBG Santa Monica, Inc. (collectively, "PUBG") and Defendants NetEase Inc.,
3 NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment
4 Limited (collectively, "NetEase" and with PUBG the "Parties"), by and through their respective
5 attorneys, hereby stipulate as follows:

6    WHEREAS, on July 6, 2018, the Court granted the Parties' stipulation selecting mediation
7 as the Parties' chosen Alternative Dispute Resolution ("ADR") process pursuant to ADR Local Rule
8 3-5 (*see* Dkt. 38);

9    WHEREAS, pursuant to ADR Local Rule 3-7, the Parties currently have ninety (90) days,
10 or until October 4, 2018, to complete their mediation;

11    WHEREAS, the Parties have scheduled a private mediation on October 9, 2018, the earliest
12 convenient date for the Parties, their counsel, and the mediator the Parties agreed to;

13    WHEREAS, on August 27, 2018, the Court entered an order continuing the initial case
14 management conference in this litigation until October 26, 2018;

15    WHEREAS, due to a schedule conflict of Defendants' lead counsel, the Parties seek to have
16 the initial case management conference held on November 16, 2018;

17    NOW THEREFORE, PUBG and NetEase hereby stipulate and agree, and request that the
18 Court enter an order as follows:

- The deadline for the Parties to complete private mediation pursuant to ADR Local Rules 3-5 and 3-7 shall be enlarged to October 10, 2018.

- The initial case management conference shall be continued until November 16, 2018.

**SO STIPULATED AND AGREED.**

DATED: September 20, 2018            SIDLEY AUSTIN LLP

                         By   */s/ Steven S. Baik*
                              Steven S. Baik
                              *Attorneys for Plaintiffs PUBG Corporation and
                              PUBG Santa Monica, Inc.*

-2-    Case No. 4:18-cv-02010-JSW

STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO INITIAL CASE MANAGEMENT CONFERENCE, AND COMPLETION OF MEDIATION

DATED: September 20, 2018            QUINN EMANUEL URQUHART & SULLIVAN LLP

By  */s/ Michael F. LaFond*
   Michael F. LaFond
   *Attorneys for Defendants NetEase Inc., NetEase Information Technology Corporation and Hong Kong NetEase Interactive Entertainment Limited*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from    Steven S. Baik    .

By:    */s/ Michael F. LaFond*

Dated: September 20, 2018

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: _____, 2018        By: _____
                                    The Hon. Jeffrey S. White
                                    United States District Court Judge