UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBG CORPORATION, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NETEASE, INC., et al.,<br><br>    Defendants. | Case No. 4:18-cv-02010-JSW<br><br>**CLERK'S NOTICE VACATING HEARING ON MOTION TO DISMISS**<br><br>Re: Dkt. No. 47 |

YOU ARE HEREBY NOTIFIED that the hearing on the Motion to Dismiss scheduled on September 28, 2018 at 9:00 A.M., in Courtroom 5 on the 2nd floor of the Federal Courthouse, 1301 Clay Street, Oakland, California, before the HONORABLE JEFFREY S. WHITE is vacated. A written ruling shall issue in due course.

Dated: September 24, 2018

                                      Susan Y. Soong
                                      Clerk, United States District Court

                                      By: _____
                                      Jennifer Ottolini, Deputy Clerk to the
                                      Honorable JEFFREY S. WHITE
                                      510-637-3541

United States District Court
Northern District of California