SIDLEY AUSTIN LLP
Steven S. Baik (Bar No. 184622)
  sbaik@sidley.com
Jinyung Lee (Bar No. 307222)
  jinyung.lee@sidley.com
Ryuk Park (Bar No. 298744)
  ryuk.park@sidley.com
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: (650) 565-7074
Facsimile: (650) 565-7100

Rollin A. Ransom (Bar No. 196126)
  rransom@sidley.com
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896-6047
Facsimile: (213) 896-6600

Ketan V. Patel (*pro hac vice*)
  ketan.patel@sidley.com
787 Seventh Avenue New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (650) 839-5599

Amanda R. Farfel (Bar No. 288126)
afarfel@sidley.com
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9661
Facsimile: (310) 595-9501

*Attorneys for Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
Margret M. Caruso (Bar. No. 243473)
  mmc@quinnemanuel.com
Mark Tung (Bar No. 245782)
  marktung@quinnemanuel.com
Michael F. LaFond (Bar No. 303131)
  michaellafond@quinnemanuel.com
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California  94065
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

*Attorneys for Defendants NetEase Inc., NetEase Information Technology Corporation and Hong Kong NetEase Interactive Entertainment Limited*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PUBG Corporation and PUBG Santa Monica, Inc.<br><br>            Plaintiffs,<br><br>     v.<br><br>NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment Limited<br><br>            Defendants. | Case No. 4:18-cv-02010-JSW<br><br>**JOINT NOTICE REGARDING THE IMPACT OF A RULING ON THE NETEASE DEFENDANTS' MOTION TO DISMISS ON SETTLEMENT EFFORTS** |

1  The Court's Order Enlarging Time for the Parties to Complete Mediation and Instructions
2 to Parties Regarding Motion to Dismiss (Dkt. 73), instructed the Parties to provide their views
3 regarding whether a ruling on the NetEase Defendants' pending Motion to Dismiss would help or
4 hinder settlement efforts.  In response to the Court's request, the Parties hereby submit this joint
5 notice, and state as follows:
6  <u>Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc. ("PUBG")</u>:  PUBG believes
7 that a ruling on the pending motion to dismiss would help settlement efforts.
8  <u>Defendants NetEase Inc., Hong Kong NetEase Interactive Entertainment Ltd., and NetEase
9 Information Technology Corporation ("NetEase")</u>:  NetEase has no objection to, and welcomes, the
10 Court's ruling on the pending motion to dismiss.  However, in response to the Court's inquiry,
11 NetEase acknowledges that based on Defense Counsel's experience, a ruling either entirely for the
12 defendants/moving parties or for the plaintiffs/opposing parties will naturally tend to polarize the
13 parties in settlement discussions, and may inhibit them.
14
15 DATED: September 26, 2018            SIDLEY AUSTIN LLP
16
17
                                       By   */s/ Steven S. Baik*
18                                          Steven S. Baik
                                            *Attorneys for Plaintiffs PUBG Corporation and*
19                                          *PUBG Santa Monica, Inc.*
20
21 DATED: September 26, 2018            QUINN EMANUEL URQUHART & SULLIVAN
                                       LLP
22
23
24                                     By   */s/ Claude M. Stern*
                                            Claude M. Stern
25                                          *Attorneys for Defendants NetEase Inc., NetEase*
                                            *Information Technology Corporation and Hong*
26                                          *Kong NetEase Interactive Entertainment Limited*
27
28

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from _____Steven S. Baik_____.

By: _____/s/ Claude M. Stern_____

Dated: September 26, 2018