QUINN EMANUEL URQUHART & SULLIVAN, LLP
Claude M. Stern (Bar No. 96737)
 claudestern@quinnemanuel.com
Margret M. Caruso (Bar. No. 243473)
 margretcaruso@quinnemanuel.com
Mark Tung (Bar No. 245782)
 marktung@quinnemanuel.com
Michael F. LaFond (Bar No. 303131)
 michaellafond@quinnemanuel.com
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California  94065
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Attorneys for NetEase, Inc., NetEase Information
Technology Corporation, and Hong Kong
NetEase Interactive Entertainment, Ltd.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| PUBG Corporation and PUBG Santa Monica, Inc.<br><br>    Plaintiffs,<br><br>    v.<br><br>NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment, Ltd.<br><br>    Defendants. | Case No. 4:18-cv-02010-JSW<br><br>**DECLARATION OF MICHAEL F. LAFOND FILED IN SUPPORT OF THE NETEASE DEFENDANTS' ADMINISTRATIVE MOTION TO STAY MOTION TO DISMISS DETERMINATION PENDING OUTCOME OF RULE 11 DISPUTE** |

I, Michael LaFond, declare as follows:

1.      I am an attorney licensed to practice in the State of California and am admitted to practice before this Court.  I am an associate with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment, Ltd. (collectively "NetEase").  I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2.      I have located images displayed in PUBG's complaint offered for sale on a variety of Third Party websites, including but not limited to the Unreal Marketplace (https://www.unrealengine.com/marketplace/store), Chamferzone (https://chamferzone.com/), Iron Belly Studios (https://ironbellystudios.com/), and Sketchfab (https://sketchfab.com/).

3.      Attached hereto as **Exhibit A** is a true and correct, highlighted printout of the website and images appearing at https://www.unrealengine.com/marketplace/classic-us-grenades, which images I captured on October 29, 2018.

4.      Attached hereto as **Exhibit B** is a true and correct, highlighted printout of the website and images appearing at https://www.unrealengine.com/marketplace/first-aid-set, which images I captured on October 29, 2018.

5.      Attached hereto as **Exhibit C** is a true and correct, highlighted printout of the website appearing at https://www.unrealengine.com/en-US/faq, which images I captured on October 29, 2018.

6.      On October 18, 2019 I sent a letter from counsel for NetEase, Claude Stern, to Steve Baik, counsel for Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc. ("PUBG"). A true and correct copy of that letter is attached hereto as **Exhibit D**.

7.      On October 23, 2019 I was copied on a letter sent by Mr. Baik to Mr. Stern, which letter replied to Mr. Stern's letter of October 18.  A true and correct copy of Mr. Baik's October 23 letter (without attachment) is attached hereto as **Exhibit E**.

8.      On October 29, 2018, at 10:56 a.m., I sent an email to counsel for PUBG requesting both their position regarding a Motion to Stay adjudication of NetEase's Motion to

1   Dismiss, and requesting a meet and confer.  Later that day, at 4:07 p.m., I received a reply email

2   from Rollin Ransom, counsel for PUBG.  I responded to Mr. Ransom, by email, at 11:57 a.m. on

3   October 30, 2018.  A true and correct copy of this email exchange is attached hereto as **Exhibit F**.

4           I declare under penalty of perjury under the laws of the United States of America that the

5   foregoing is true and correct.

6   DATED: October 30, 2018

7

8

9   _____

    Michael LaFond