# Exhibit C

NEWS   ABOUT   LEARN   COMMUNITY

🔍 ✕

🌐
日本語 [Japanese]
General Information
한국어 [Korean]
简体中文 [Simplified Chinese]
Customer Billing
👤 Sign In

Usage Rights

Refunds

Submission

Publishing

Support

Payouts

Distribution

Sales

# MARKETPLACE FREQUENTLY ASKED QUESTIONS (FAQ)

**The Unreal Engine Marketplace is the e-commerce platform through which content creators using UE4 connect with developers by providing a wealth of game-ready content and code.**

You can sign up to become a publisher and submit your Unreal Engine products using the Publisher Portal, and if approved, you'll receive 88% of the base price for every sale of your published products. For a more thorough explanation of this process, please read the Unreal Engine EULA and Marketplace Distribution Agreement, both legal documents that explain your rights and obligations related to your use of the Unreal Engine and Epic's resale and distribution of digital content.

To learn what's expected of customers, publishers, and products on the Marketplace, see the Marketplace Guidelines.

# GENERAL INFORMATION

> How do I notify Epic of a bug I've found using the Marketplace?

> How do I provide Epic feedback about my experience using the Marketplace?

# CUSTOMER BILLING

> What can I do if I'm having trouble downloading a Marketplace product I've purchased?

> What forms of payment are accepted?

> What billing information does Epic store?

> How do I receive a receipt of any transaction?

# USAGE RIGHTS

> How can I use the products I've purchased from the Marketplace or Learn Tab?

> Can I modify the products that I purchase?

> Can I use these products in other gaming engines, like Source or Unity?

> Can I share products with my team?

# REFUNDS

> What is the Marketplace refund policy?

> How do I request a refund for a Marketplace product I've purchased?

> **Can I directly contact the publisher for a refund?**

## SUBMISSION ⛶

> **How do I submit a new product for approval of Marketplace publishing rights?**

> **What's required of products submitted to the Marketplace?**

> **What will my submission be reviewed for?**

> **When my submission is pending approval, what happens next?**

> **Why was my submission rejected?**

> **Who is responsible for testing and QA of my products?**

## PUBLISHING ⛶

> **When will my product be published?**

> **Can I download my own product from the Epic Games Launcher after I publish it?**

> **Can I remove my published product from the Marketplace?**

## SUPPORT ⛶

> **What level of support of my product am I responsible for?**

> **What can I do if I need help assisting a customer?**

> **Am I responsible for updating my products' Supported Engine Versions?**

> **If I want my product to support a new major engine version, do I need to submit a File Update?**

> **How do I submit a File Update for my published product?**

> **How do I update my product's media and/or information?**

# PAYOUTS

> **When do I get paid?**

> **How do I change my financial information?**

> **What do I need for my tax information?**

> **What happens in cases of fraud?**

# DISTRIBUTION

> **What is the Marketplace Distribution Agreement?**

> **What are my rights after agreeing to have my product sold on the Marketplace?**

> **What can a customer do with my product?**

> **What is the customer getting when they purchase my product?**

> **Can customers modify, resell or transfer my product?**

> **Can I sell my product somewhere other than the Marketplace?**

## SALES  ⛶

> **How can I request an individual sale for one of my products?**

---

 (https://twitter.com/unrealengine)
 (https://www.facebook.com/UnrealEngine)
 (http://www.twitch.tv/unrealengine)
 (http://instagram.com/UnrealEngine)
 (http://www.youtube.com/unrealengine)
 (https://www.unrealengine.com/rss)

Features (/features)

Logo & Branding (/branding)

Roadmap (https://trello.com/b/gHooNW9I/ue4-roadmap)

Education (/education)

Academic Partners (/academic-partners)

More Resources (/resources)

Awards (/awards)

Custom License Terms (/custom-licensing)

SIGN UP FOR UNREAL ENGINE NEWS ()

© 2004-2018, Epic Games, Inc. All rights reserved. Unreal and its logo are Epic's trademarks or registered trademarks in the US and elsewhere.

Terms of Service (http://epicgames.com/tos)　|　Privacy Policy (http://epicgames.com/privacypolicy)

 (https://epicgames.com)