UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBG CORPORATION, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>NETEASE, INC., et al.,<br><br>  Defendants. | Case No. 18-cv-02010-JSW<br><br>**ORDER REGARDING ADMINISTRATIVE MOTION**<br><br>**RE: DKT. NO. 78** |

The Court has received Defendants' administrative motion to stay a ruling on the pending motion to dismiss. The phrase "meet and confer" means:

> to communicate directly and discuss in good faith the issue(s) required under the particular Rule or order. Unless these Local Rules otherwise provide or a Judge otherwise orders, such communication may take place by telephone. The mere sending of a written, electronic, or voice-mail communication, however, does not satisfy a requirement to "meet and confer" or to "confer." Rather, this requirement can be satisfied only through direct dialogue and discussion – either in a face to face meeting or in a telephone conversation.

N.D. Civ. L.R. 1-5(n).

The Court ORDERS the parties to meet and confer as that phrase is defined above by November 6, 2018 or to file certifications that the meet and confer process did not simply consist of the email string attached as Exhibit F to the LaFond declaration in support of the motion.

**IT IS SO ORDERED.**

Dated: October 31, 2018

_____
JEFFREY S. WHITE
United States District Judge