United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PUBG CORPORATION, et al.,

Plaintiffs,

v.

NETEASE, INC., et al.,

Defendants.

Case No.  18-cv-02010-JSW

**ORDER DENYING ADMINISTRATIVE MOTION TO STAY AND DENYING ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY**

Re: Dkt. Nos. 78, 81

Now before the Court for consideration are Defendants' administrative motion to stay a ruling on the pending motion to dismiss and their administrative motion to file a reply to that motion.  Although the time for ruling on the latter motion has not passed, the Court does not require a response from Plaintiffs.

It is evident that the parties have not had sufficient time to meet and confer on these issues, and the Court will grant the parties until Wednesday, November 14, 2018, to attempt to reach a resolution through the meet and confer process, which shall be in person or by telephone.  Each party shall certify that they have complied with that Order.

The Court also will not defer a ruling on the motion to dismiss pending resolution of a motion for sanctions.  The Court would, however, consider permitting the parties to submit supplemental briefing on the motion to dismiss, given Plaintiffs' assertion that it is not seeking protection for images it has obtained on a non-exclusive basis from third parties.

//

//

//

//

1    Accordingly, by November 16, 2018, the parties shall submit a joint letter brief that either

2    sets forth an agreed upon resolution of the issue or their competing positions on how the Court

3    should proceed.

4         **IT IS SO ORDERED.**

5    Dated:  November 7, 2018

6    _____

7    JEFFREY S. WHITE
     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2