United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBG CORPORATION, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>NETEASE, INC., et al.,<br><br>            Defendants. | Case No. 18-cv-02010-JSW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND INSTRUCTIONS TO PARTIES RE SCHEDULING**<br><br>Re: Dkt. No. 83 |

The Court has received the parties' joint case management conference statement. The Court VACATES the case management conference scheduled for November 16, 2018. The Court will reschedule the case management conference when it resolves the pending motion to dismiss. The Court reminds the parties that under the Northern District Civil Local Rules, the parties must notice a hearing no earlier than 35 days after a motion is filed. The Court also directs the parties to review its Guidelines for Civil Jury Trials, which sets forth deadlines to exchange motions in limine and oppositions thereto and the deadlines for all pretrial filings. The parties' proposed dates for holding a pretrial conference is not realistic, given that it falls within 30 days after the deadline to hear dispositive motions. The Court also advises the parties that it holds pretrial conferences three weeks prior to trial.

When the parties submit an updated case management conference statement, they shall take these factors into consideration in proposing their deadlines to file and hear dispositive

//

//

//

//

1  motions and their proposed dates for the pretrial conference and trial.

2  **IT IS SO ORDERED.**

3  Dated: November 13, 2018

4  _____
   JEFFREY S. WHITE
5  United States District Judge