| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Claude M. Stern (Bar No. 96737)<br>  claudestern@quinnemanuel.com<br>Margret M. Caruso (Bar. No. 243473)<br>  mmc@quinnemanuel.com<br>Mark Tung (Bar No. 245782)<br>  marktung@quinnemanuel.com<br>Michael F. LaFond (Bar No. 303131)<br>  michaellafond@quinnemanuel.com<br>555 Twin Dolphin Dr., 5th Fl.<br>Redwood Shores, California 94065<br>Telephone:     (650) 801-5000<br>Facsimile:     (650) 801-5100<br><br>*Attorneys for Defendants NetEase Inc., NetEase Information Technology Corporation and Hong Kong NetEase Interactive Entertainment Limited* | Steven S. Baik (SBN 184622)<br>  sbaik@sidley.com<br>Jinyung Lee (Bar No. 307222)<br>  jinyung.lee@sidley.com<br>Ryuk Park (SBN 298744)<br>  ryuk.park@sidley.com<br>SIDLEY AUSTIN LLP<br>1001 Page Mill Road, Building 1<br>Palo Alto, CA 94304<br>Telephone: (650) 565 7074<br>Facsimile: (650) 565 7100<br><br>Rollin A. Ransom (Bar No. 196126)<br>  rransom@sidley.com<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>Telephone: (213) 896-6047<br>Facsimile: (213) 896-6600<br><br>Ketan V. Patel (*pro hac vice*)<br>  ketan.patel@sidley.com<br>787 Seventh Avenue New York, NY 10019<br>Telephone: (212) 839-5300<br>Facsimile: (650) 839-5599<br><br>Amanda R. Farfel (Bar No. 288126)<br>  afarfel@sidley.com<br>1999 Avenue of the Stars, 17th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 595-9661<br>Facsimile: (310) 595-9501<br><br>*Attorneys for Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PUBG Corporation and PUBG Santa Monica, Inc.<br><br>        Plaintiffs,<br><br>        v.<br><br>NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment Limited,<br><br>        Defendants. | Case No. 4:18-cv-02010-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR PARTIES TO SUBMIT A JOINT LETTER BRIEF** |

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR PARTIES TO SUBMIT A JOINT LETTER BRIEF, CASE NO. 4:18-CV-02010-JSW

Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc. (collectively "PUBG") and Defendants NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment Limited (collectively "NetEase"), by and through their respective attorneys, hereby enter the following stipulation and proposed order regarding the Court's November 7, 2018 Order (ECF No. 82) setting a November 16, 2018 deadline for the parties to submit a joint letter brief proposing either an agreed upon resolution or competing positions for supplemental briefing as to Defendants' Motion to Dismiss (ECF No. 47):

WHEREAS, on October 30, 2018 Defendants filed an Administrative Motion to Stay a determination on Defendants' Motion to Dismiss. (ECF No. 78);

WHEREAS, on November 7, 2018, the Court denied Defendants' Administrative Motion and ordered the parties to meet and confer, by November 14, 2018, regarding the substance of Defendants' Administrative Motion and any related amendments to Plaintiffs' Second Amended Complaint. (ECF No. 82)  The Court further ordered the parties to submit, by November 16, 2018, a joint letter brief addressing proposals for any supplemental briefing on Defendants' Motion to Dismiss (*Id.*);

WHEREAS, on November 14, 2018, the parties met and conferred on these issues;

WHEREAS, the parties believe that the meet and confer process has been productive and that further meet and confer efforts may resolve additional areas of dispute;

NOW THEREFORE, PUBG and NetEase hereby stipulate and agree, and request that the Court enter an order as follows:

- The parties certify that they have met and conferred by telephone in an attempt to reach resolution regarding the issues raised in Defendants' Administrative Motion to Stay;

- The parties agree that further meet and confer efforts may be productive in order to resolve additional areas of dispute;

- The deadline for the parties to submit a joint letter brief setting forth either an agreed upon resolution or competing positions on how the Court should proceed is extended to November 27, 2018;

**SO STIPULATED AND AGREED.**

1
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR PARTIES TO SUBMIT A JOINT LETTER BRIEF, CASE NO. 4:18-CV-02010-JSW

| | | |
|---|---|---|
| 1 | DATED: November 15, 2018 | By */s/ Ketan V. Patel* |

    Steven S. Baik (SBN 184622)
     sbaik@sidley.com
    Jinyung Lee (Bar No. 307222)
     jinyung.lee@sidley.com
    Ryuk Park (SBN 298744)
     ryuk.park@sidley.com
    SIDLEY AUSTIN LLP
    1001 Page Mill Road, Building 1
    Palo Alto, CA 94304
    Telephone: (650) 565 7074
    Facsimile: (650) 565 7100

    Rollin A. Ransom (SBN 196126)
     rransom@sidley.com
    SIDLEY AUSTIN LLP
    555 West Fifth Street
    Los Angeles, CA 90013
    Telephone: (213) 896 6047
    Facsimile: (213) 896 6600

    Ketan V. Patel (*pro hac vice*)
     ketan.patel@sidley.com
    SIDLEY AUSTIN LLP
    787 Seventh Avenue
    New York, NY 10019
    Telephone: (212) 839 5300
    Facsimile: (212) 839 5599

    Amanda R. Farfel (Bar No. 288126)
     afarfel@sidley.com
    1999 Avenue of the Stars, 17th Floor
    Los Angeles, CA 90067
    Telephone: (310) 595-9661
    Facsimile: (310) 595-9501
    *Counsel for Plaintiffs*

DATED: November 15, 2018    By */s/ Claude M. Stern*

    QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Claude M. Stern (Bar No. 96737)
     claudestern@quinnemanuel.com
    Margret M. Caruso (Bar. No. 243473)
     mmc@quinnemanuel.com
    Mark Tung (Bar No. 245782)
     marktung@quinnemanuel.com
    Michael F. LaFond (Bar No. 303131)
     michaellafond@quinnemanuel.com
    555 Twin Dolphin Dr., 5th Fl.
    Redwood Shores, California  94065
    Telephone:   (650) 801-5000
    Facsimile:   (650) 801-5100
    *Counsel for Defendants*

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR PARTIES TO SUBMIT A JOINT LETTER BRIEF, CASE NO. 4:18-CV-02010-JSW

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Claude M. Stern.

By: _____/s/ Ketan V. Patel_____

Dated: November 15, 2018

~~[PROPOSED]~~ **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

**IT IS SO ORDERED.**

Dated: November 16, 2018

_____
The Honorable Jeffrey S. White
United States District Court Judge