Steven S. Baik (SBN 184622)
  sbaik@sidley.com
Jinyung Lee (Bar No. 307222)
  jinyung.lee@sidley.com
Ryuk Park (SBN 298744)
  ryuk.park@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: (650) 565 7074
Facsimile: (650) 565 7100

Rollin A. Ransom (Bar No. 196126)
  rransom@sidley.com
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896-6047
Facsimile: (213) 896-6600

Ketan V. Patel (*pro hac vice*)
  ketan.patel@sidley.com
787 Seventh Avenue New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (650) 839-5599

Amanda R. Farfel (Bar No. 288126)
  afarfel@sidley.com
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9661
Facsimile: (310) 595-9501

Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
Margret M. Caruso (Bar. No. 243473)
  mmc@quinnemanuel.com
Mark Tung (Bar No. 245782)
  marktung@quinnemanuel.com
Michael F. LaFond (Bar No. 303131)
  michaellafond@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

*Attorneys for Defendants NetEase Inc.,
NetEase Information Technology Corporation
and Hong Kong NetEase Interactive
Entertainment Limited*

*Attorneys for Plaintiffs PUBG Corporation and
PUBG Santa Monica, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PUBG Corporation and PUBG Santa Monica, Inc.<br><br>    Plaintiffs,<br><br>    v.<br><br>NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment Limited,<br><br>    Defendants. | Case No. 4:18-cv-02010-JSW<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING EXTENSION OF TIME FOR PARTIES TO SUBMIT A JOINT LETTER BRIEF** |

JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING EXTENSION OF TIME
FOR PARTIES TO SUBMIT A JOINT LETTER BRIEF, CASE NO. 4:18-CV-02010-JSW

Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc. (collectively "PUBG") and Defendants NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment Limited (collectively "NetEase"), by and through their respective attorneys, hereby enter the following stipulation and proposed order regarding the Court's November 7, 2018 Order (ECF No. 82) setting a November 16, 2018 deadline for the parties to submit a joint letter brief proposing either an agreed upon resolution or competing positions for supplemental briefing as to Defendants' Motion to Dismiss (ECF No. 47) and the Court's November 16, 2018 Order (ECF No. 87) extending that deadline to November 27, 2018:

WHEREAS, on November 18, 2018 and November 19, 2018, the parties held discussions regarding the case, the effect of which may be to moot various pending issues before this Court;

WHEREAS, on November 19, 2018, the parties agreed that a short extension of all pending deadlines may assist in resolving additional areas of dispute while conserving judicial resources;

NOW THEREFORE, PUBG and NetEase hereby stipulate and agree, and request that the Court enter an order as follows:

- The deadline for the parties to submit a joint letter brief setting forth either an agreed upon resolution or competing positions on how the Court should proceed with supplemental briefing is extended to December 11, 2018;

- The parties agree that this extension is neither an admission nor concession by either party as to any of the underlying claims, defenses or other outstanding areas of dispute.

**SO STIPULATED AND AGREED.**

1

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR PARTIES TO SUBMIT A JOINT LETTER BRIEF, CASE NO. 4:18-CV-02010-JSW

| | | |
|---|---|---|
| 1 | DATED: November 20, 2018 | By */s/ Ketan V. Patel* |
| | | Steven S. Baik (SBN 184622) |
| | | sbaik@sidley.com |
| | | Jinyung Lee (Bar No. 307222) |
| | | jinyung.lee@sidley.com |
| | | Ryuk Park (SBN 298744) |
| | | ryuk.park@sidley.com |
| | | SIDLEY AUSTIN LLP |
| | | 1001 Page Mill Road, Building 1 |
| | | Palo Alto, CA 94304 |
| | | Telephone: (650) 565 7074 |
| | | Facsimile: (650) 565 7100 |
| | | |
| | | Rollin A. Ransom (SBN 196126) |
| | | rransom@sidley.com |
| | | SIDLEY AUSTIN LLP |
| | | 555 West Fifth Street |
| | | Los Angeles, CA 90013 |
| | | Telephone: (213) 896 6047 |
| | | Facsimile: (213) 896 6600 |
| | | |
| | | Ketan V. Patel (*pro hac vice*) |
| | | ketan.patel@sidley.com |
| | | SIDLEY AUSTIN LLP |
| | | 787 Seventh Avenue |
| | | New York, NY 10019 |
| | | Telephone: (212) 839 5300 |
| | | Facsimile: (212) 839 5599 |
| | | |
| | | Amanda R. Farfel (Bar No. 288126) |
| | | afarfel@sidley.com |
| | | 1999 Avenue of the Stars, 17th Floor |
| | | Los Angeles, CA 90067 |
| | | Telephone: (310) 595-9661 |
| | | Facsimile: (310) 595-9501 |
| | | *Counsel for Plaintiffs* |
| | DATED: November 20, 2018 | By */s/ Claude M. Stern* |
| | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | | Claude M. Stern (Bar No. 96737) |
| | | claudestern@quinnemanuel.com |
| | | Margret M. Caruso (Bar. No. 243473) |
| | | mmc@quinnemanuel.com |
| | | Mark Tung (Bar No. 245782) |
| | | marktung@quinnemanuel.com |
| | | Michael F. LaFond (Bar No. 303131) |
| | | michaellafond@quinnemanuel.com |
| | | 555 Twin Dolphin Dr., 5th Fl. |
| | | Redwood Shores, California  94065 |
| | | Telephone:    (650) 801-5000 |
| | | Facsimile:    (650) 801-5100 |
| | | *Counsel for Defendants* |

2

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR PARTIES TO SUBMIT A JOINT LETTER BRIEF, CASE NO. 4:18-CV-02010-JSW

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

**IT IS SO ORDERED.**

Dated: November 26, 2018

_____
The Honorable Jeffrey S. White
United States District Court Judge