| | |
|---|---|
| Steven S. Baik (SBN 184622)<br>  sbaik@sidley.com<br>Jinyung Lee (Bar No. 307222)<br>  jinyung.lee@sidley.com<br>Ryuk Park (SBN 298744)<br>  ryuk.park@sidley.com<br>SIDLEY AUSTIN LLP<br>1001 Page Mill Road, Building 1<br>Palo Alto, CA 94304<br>Telephone: (650) 565 7074<br>Facsimile: (650) 565 7100<br><br>Rollin A. Ransom (Bar No. 196126)<br>  rransom@sidley.com<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>Telephone: (213) 896-6047<br>Facsimile: (213) 896-6600<br><br>Ketan V. Patel (*pro hac vice*)<br>  ketan.patel@sidley.com<br>787 Seventh Avenue New York, NY 10019<br>Telephone: (212) 839-5300<br>Facsimile: (650) 839-5599<br><br>Amanda R. Farfel (Bar No. 288126)<br>  afarfel@sidley.com<br>1999 Avenue of the Stars, 17th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 595-9661<br>Facsimile: (310) 595-9501<br><br>*Attorneys for Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc.* | Claude M. Stern (Bar No. 96737)<br>  claudestern@quinnemanuel.com<br>Margret M. Caruso (Bar. No. 243473)<br>  mmc@quinnemanuel.com<br>Mark Tung (Bar No. 245782)<br>  marktung@quinnemanuel.com<br>Michael F. LaFond (Bar No. 303131)<br>  michaellafond@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>555 Twin Dolphin Dr., 5th Fl.<br>Redwood Shores, California  94065<br>Telephone:    (650) 801-5000<br>Facsimile:     (650) 801-5100<br><br>*Attorneys for Defendants NetEase Inc., NetEase Information Technology Corporation and Hong Kong NetEase Interactive Entertainment Limited* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PUBG Corporation and PUBG Santa Monica, Inc.<br><br>        Plaintiffs,<br><br>        v.<br><br>NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment Limited,<br><br>        Defendants. | Case No. 4:18-cv-02010-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR PARTIES TO SUBMIT A JOINT LETTER BRIEF** |

Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc. (collectively "PUBG") and Defendants NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment Limited (collectively "NetEase"), by and through their respective attorneys, hereby enter the following stipulation and proposed order regarding the Court's November 7, 2018 Order (ECF No. 82) setting a November 16, 2018 deadline for the parties to submit a joint letter brief proposing either an agreed upon resolution or competing positions for supplemental briefing as to Defendants' Motion to Dismiss (ECF No. 47), the Court's November 16, 2018 Order (ECF No. 87) extending that deadline to November 27, 2018 and the Court's November 26, 2018 Order (ECF No. 89) further extending that deadline to December 11, 2018:

WHEREAS, the parties have continued to hold discussions regarding the case, the effect of which may be to moot various pending issues before this Court;

WHEREAS, on December 11, 2018, the parties agreed that an additional extension of all pending deadlines may assist in resolving additional areas of dispute while conserving judicial resources;

NOW THEREFORE, PUBG and NetEase hereby stipulate and agree, and request that the Court enter an order as follows:

- The deadline for the parties to submit a joint letter brief setting forth either an agreed upon resolution or competing positions on how the Court should proceed with supplemental briefing is extended to January 15, 2019;

- The parties agree that this extension is neither an admission nor concession by either party as to any of the underlying claims, defenses or other outstanding areas of dispute.

**SO STIPULATED AND AGREED.**

1  DATED: December 11, 2018             By */s/ Ketan V. Patel*
                                         Steven S. Baik (SBN 184622)
                                          sbaik@sidley.com
                                         Jinyung Lee (Bar No. 307222)
                                          jinyung.lee@sidley.com
                                         Ryuk Park (SBN 298744)
                                          ryuk.park@sidley.com
                                         SIDLEY AUSTIN LLP
                                         1001 Page Mill Road, Building 1
                                         Palo Alto, CA 94304
                                         Telephone: (650) 565 7074
                                         Facsimile: (650) 565 7100

                                         Rollin A. Ransom (SBN 196126)
                                          rransom@sidley.com
                                         SIDLEY AUSTIN LLP
                                         555 West Fifth Street
                                         Los Angeles, CA 90013
                                         Telephone: (213) 896 6047
                                         Facsimile: (213) 896 6600

                                         Ketan V. Patel (*pro hac vice*)
                                          ketan.patel@sidley.com
                                         SIDLEY AUSTIN LLP
                                         787 Seventh Avenue
                                         New York, NY 10019
                                         Telephone: (212) 839 5300
                                         Facsimile: (212) 839 5599

                                         Amanda R. Farfel (Bar No. 288126)
                                          afarfel@sidley.com
                                         1999 Avenue of the Stars, 17th Floor
                                         Los Angeles, CA 90067
                                         Telephone: (310) 595-9661
                                         Facsimile: (310) 595-9501
                                         *Counsel for Plaintiffs*

20  DATED: December 11, 2018            By */s/ Claude M. Stern*
                                         QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP
                                         Claude M. Stern (Bar No. 96737)
                                           claudestern@quinnemanuel.com
                                         Margret M. Caruso (Bar. No. 243473)
                                           mmc@quinnemanuel.com
                                         Mark Tung (Bar No. 245782)
                                           marktung@quinnemanuel.com
                                         Michael F. LaFond (Bar No. 303131)
                                           michaellafond@quinnemanuel.com
                                         555 Twin Dolphin Dr., 5th Fl.
                                         Redwood Shores, California  94065
                                         Telephone:     (650) 801-5000
                                         Facsimile:     (650) 801-5100
                                         *Counsel for Defendants*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Claude M. Stern.

By: _____/s/ Ketan V. Patel_____

Dated: December 11, 2018

# [PROPOSED] ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

**IT IS SO ORDERED.**

Dated: _____

                                        The Honorable Jeffrey S. White
                                        United States District Court Judge