Steven S. Baik (SBN 184622)
 sbaik@sidley.com
Jinyung Lee (Bar No. 307222)
 jinyung.lee@sidley.com
Ryuk Park (SBN 298744)
 ryuk.park@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: (650) 565 7074
Facsimile: (650) 565 7100

Rollin A. Ransom (Bar No. 196126)
 rransom@sidley.com
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896-6047
Facsimile: (213) 896-6600

Ketan V. Patel (*pro hac vice*)
 ketan.patel@sidley.com
787 Seventh Avenue New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (650) 839-5599

Amanda R. Farfel (Bar No. 288126)
 afarfel@sidley.com
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9661
Facsimile: (310) 595-9501

*Attorneys for Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc.*

Claude M. Stern (Bar No. 96737)
 claudestern@quinnemanuel.com
Margret M. Caruso (Bar. No. 243473)
 mmc@quinnemanuel.com
Mark Tung (Bar No. 245782)
 marktung@quinnemanuel.com
Michael F. LaFond (Bar No. 303131)
 michaellafond@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California 94065
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

*Attorneys for Defendants NetEase Inc., NetEase Information Technology Corporation and Hong Kong NetEase Interactive Entertainment Limited*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PUBG Corporation and PUBG Santa Monica, Inc.<br><br>        Plaintiffs,<br><br>        v.<br><br>NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment Limited,<br><br>        Defendants. | Case No. 4:18-cv-02010-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR PARTIES TO SUBMIT A JOINT LETTER BRIEF** |

1  Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc. (collectively "PUBG") and
2  Defendants NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase
3  Interactive Entertainment Limited (collectively "NetEase"), by and through their respective
4  attorneys, hereby enter the following stipulation and proposed order regarding the Court's
5  November 7, 2018 Order (ECF No. 82) setting a November 16, 2018 deadline for the parties to
6  submit a joint letter brief proposing either an agreed upon resolution or competing positions for
7  supplemental briefing as to Defendants' Motion to Dismiss (ECF No. 47), the Court's November
8  16, 2018 Order (ECF No. 87) extending that deadline to November 27, 2018 the Court's November
9  26, 2018 Order (ECF No. 89) extending that deadline to December 11, 2018 and the Court's
10  December 12, 2018 Order (ECF No. 91) further extending that deadline to January 15, 2019:

11  WHEREAS, the parties have continued to hold discussions regarding the case, the effect of
12  which may be to moot various pending issues before this Court;

13  WHEREAS, on January 15, 2019, the parties agreed that an additional extension of all
14  pending deadlines may assist in resolving additional areas of dispute while conserving judicial
15  resources;

16  NOW THEREFORE, PUBG and NetEase hereby stipulate and agree, and request that the
17  Court enter an order as follows:

- The deadline for the parties to submit a joint letter brief setting forth either an agreed upon resolution or competing positions on how the Court should proceed with supplemental briefing is extended to February 4, 2019;

- The parties agree that this extension is neither an admission nor concession by either party as to any of the underlying claims, defenses or other outstanding areas of dispute.

**SO STIPULATED AND AGREED.**

1
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME
FOR PARTIES TO SUBMIT A JOINT LETTER BRIEF, CASE NO. 4:18-CV-02010-JSW

| | | |
|---|---|---|
| 1 | DATED: January 15, 2019 | By */s/ Ketan V. Patel* |
| 2 | | Steven S. Baik (SBN 184622) |
| | | sbaik@sidley.com |
| 3 | | Jinyung Lee (Bar No. 307222) |
| | | jinyung.lee@sidley.com |
| 4 | | Ryuk Park (SBN 298744) |
| | | ryuk.park@sidley.com |
| 5 | | SIDLEY AUSTIN LLP |
| | | 1001 Page Mill Road, Building 1 |
| 6 | | Palo Alto, CA 94304 |
| | | Telephone: (650) 565 7074 |
| 7 | | Facsimile: (650) 565 7100 |

Rollin A. Ransom (SBN 196126)
 rransom@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896 6047
Facsimile: (213) 896 6600

Ketan V. Patel (*pro hac vice*)
 ketan.patel@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839 5300
Facsimile: (212) 839 5599

Amanda R. Farfel (Bar No. 288126)
 afarfel@sidley.com
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9661
Facsimile: (310) 595-9501
*Counsel for Plaintiffs*

DATED: January 15, 2019                By */s/ Claude M. Stern*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Claude M. Stern (Bar No. 96737)
 claudestern@quinnemanuel.com
Margret M. Caruso (Bar. No. 243473)
 mmc@quinnemanuel.com
Mark Tung (Bar No. 245782)
 marktung@quinnemanuel.com
Michael F. LaFond (Bar No. 303131)
 michaellafond@quinnemanuel.com
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California  94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100
*Counsel for Defendants*

2
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME
FOR PARTIES TO SUBMIT A JOINT LETTER BRIEF, CASE NO. 4:18-CV-02010-JSW

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Claude M. Stern.

By: _____/s/ Ketan V. Patel_____

Dated: January 15, 2019

<u>[PROPOSED] ORDER</u>

Pursuant to the parties' stipulation, IT IS SO ORDERED.

**IT IS SO ORDERED.**

Dated: January 16, 2019

_____
The Honorable Jeffrey S. White
United States District Court Judge