1    Steven S. Baik (SBN 184622)                    Claude M. Stern (Bar No. 96737)
      sbaik@sidley.com                                 claudestern@quinnemanuel.com
2    Jinyung Lee (Bar No. 307222)                   Margret M. Caruso (Bar. No. 243473)
      jinyung.lee@sidley.com                           mmc@quinnemanuel.com
3    Ryuk Park (SBN 298744)                         Mark Tung (Bar No. 245782)
      ryuk.park@sidley.com                             marktung@quinnemanuel.com
4    SIDLEY AUSTIN LLP                               Michael F. LaFond (Bar No. 303131)
     1001 Page Mill Road, Building 1                   michaellafond@quinnemanuel.com
5    Palo Alto, CA 94304                            QUINN EMANUEL URQUHART &
     Telephone: (650) 565 7074                      SULLIVAN, LLP
6    Facsimile: (650) 565 7100                      555 Twin Dolphin Dr., 5th Fl.
                                                    Redwood Shores, California  94065
7    Rollin A. Ransom (Bar No. 196126)             Telephone:     (650) 801-5000
      rransom@sidley.com                            Facsimile:     (650) 801-5100
8    555 West Fifth Street
     Los Angeles, CA 90013                          *Attorneys for Defendants NetEase Inc.,*
9    Telephone: (213) 896-6047                      *NetEase Information Technology Corporation*
     Facsimile: (213) 896-6600                      *and Hong Kong NetEase Interactive*
10                                                  *Entertainment Limited*

     Ketan V. Patel (*pro hac vice*)
11    ketan.patel@sidley.com
     787 Seventh Avenue New York, NY 10019
12   Telephone: (212) 839-5300
     Facsimile: (650) 839-5599
13
     Amanda R. Farfel (Bar No. 288126)
14    afarfel@sidley.com
     1999 Avenue of the Stars, 17th Floor
15   Los Angeles, CA 90067
     Telephone: (310) 595-9661
16   Facsimile: (310) 595-9501

17   *Attorneys for Plaintiffs PUBG Corporation and*
     *PUBG Santa Monica, Inc.*
18
                         UNITED STATES DISTRICT COURT
19
                       NORTHERN DISTRICT OF CALIFORNIA
20
                               OAKLAND DIVISION
21
     PUBG Corporation and PUBG Santa Monica,        Case No. 4:18-cv-02010-JSW
22   Inc.
                                                    **JOINT STIPULATION AND [PROPOSED]**
23            Plaintiffs,                           **ORDER REGARDING EXTENSION OF**
                                                    **TIME FOR PARTIES TO SUBMIT A**
24         v.                                       **JOINT LETTER BRIEF**

25   NetEase, Inc., NetEase Information
     Technology Corporation, and Hong Kong
26   NetEase Interactive Entertainment Limited,

27            Defendants.

28

     JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME
       FOR PARTIES TO SUBMIT A JOINT LETTER BRIEF, CASE NO. 4:18-CV-02010-JSW

1  Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc. (collectively "PUBG") and

2  Defendants NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase

3  Interactive Entertainment Limited (collectively "NetEase"), by and through their respective

4  attorneys, hereby enter the following stipulation and proposed order regarding the Court's

5  November 7, 2018 Order (ECF No. 82) setting a November 16, 2018 deadline for the parties to

6  submit a joint letter brief proposing either an agreed upon resolution or competing positions for

7  supplemental briefing as to Defendants' Motion to Dismiss (ECF No. 47), the Court's November

8  16, 2018 Order (ECF No. 87) extending that deadline to November 27, 2018, the Court's November

9  26, 2018 Order (ECF No. 89) extending that deadline to December 11, 2018, the Court's December

10  12, 2018 Order (ECF No. 91) extending that deadline to January 15, 2019 and the Court's January

11  16, 2019 Order (ECF No. 93) further extending that deadline to February 4, 2019:

12  WHEREAS, the parties have continued to hold discussions regarding the case, the effect of

13  which may be to moot various pending issues before this Court;

14  WHEREAS, on February 4, 2019, the parties agreed that an additional extension of all

15  pending deadlines may assist in resolving additional areas of dispute while conserving judicial

16  resources;

17  NOW THEREFORE, PUBG and NetEase hereby stipulate and agree, and request that the

18  Court enter an order as follows:

19
20
- The deadline for the parties to submit a joint letter brief setting forth either an agreed upon resolution or competing positions on how the Court should proceed with supplemental briefing is extended to February 18, 2019;

21
22
- The parties agree that this extension is neither an admission nor concession by either party as to any of the underlying claims, defenses or other outstanding areas of dispute.

23  **SO STIPULATED AND AGREED.**

24

25

26

27

28

1

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME
FOR PARTIES TO SUBMIT A JOINT LETTER BRIEF, CASE NO. 4:18-CV-02010-JSW

1  DATED: February 4, 2019       By */s/ Ketan V. Patel*

2                                      Steven S. Baik (SBN 184622)
                                        sbaik@sidley.com
3                                      Jinyung Lee (Bar No. 307222)
                                        jinyung.lee@sidley.com
4                                      Ryuk Park (SBN 298744)
                                        ryuk.park@sidley.com
5                                      SIDLEY AUSTIN LLP
                                       1001 Page Mill Road, Building 1
6                                      Palo Alto, CA 94304
                                       Telephone: (650) 565 7074
7                                      Facsimile: (650) 565 7100

8                                      Rollin A. Ransom (SBN 196126)
                                        rransom@sidley.com
9                                      SIDLEY AUSTIN LLP
                                       555 West Fifth Street
10                                     Los Angeles, CA 90013
                                       Telephone: (213) 896 6047
11                                     Facsimile: (213) 896 6600

12                                     Ketan V. Patel (*pro hac vice*)
                                        ketan.patel@sidley.com
13                                     SIDLEY AUSTIN LLP
                                       787 Seventh Avenue
14                                     New York, NY 10019
                                       Telephone: (212) 839 5300
15                                     Facsimile: (212) 839 5599

16                                     Amanda R. Farfel (Bar No. 288126)
                                        afarfel@sidley.com
17                                     1999 Avenue of the Stars, 17th Floor
                                       Los Angeles, CA 90067
18                                     Telephone: (310) 595-9661
                                       Facsimile: (310) 595-9501
19                                     *Counsel for Plaintiffs*

20 DATED: February 4, 2019       By */s/ Claude M. Stern*

21                                     QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP
                                       Claude M. Stern (Bar No. 96737)
22                                       claudestern@quinnemanuel.com
                                       Margret M. Caruso (Bar. No. 243473)
23                                       mmc@quinnemanuel.com
                                       Mark Tung (Bar No. 245782)
24                                       marktung@quinnemanuel.com
                                       Michael F. LaFond (Bar No. 303131)
25                                       michaellafond@quinnemanuel.com
                                       555 Twin Dolphin Dr., 5th Fl.
26                                     Redwood Shores, California  94065
                                       Telephone:     (650) 801-5000
27                                     Facsimile:     (650) 801-5100
                                       *Counsel for Defendants*
28

                                          2

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME
FOR PARTIES TO SUBMIT A JOINT LETTER BRIEF, CASE NO. 4:18-CV-02010-JSW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Claude M. Stern.

By: _____*/s/ Ketan V. Patel*_____

Dated: February 4, 2019

---

3

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME
FOR PARTIES TO SUBMIT A JOINT LETTER BRIEF, CASE NO. 4:18-CV-02010-JSW

1

**[PROPOSED] ORDER**

2    Pursuant to the parties' stipulation, IT IS SO ORDERED.

3        **IT IS SO ORDERED.**

4

5     Dated: _____

6                                              _____
                                               The Honorable Jeffrey S. White
                                               United States District Court Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME
FOR PARTIES TO SUBMIT A JOINT LETTER BRIEF, CASE NO. 4:18-CV-02010-JSW