1  Steven S. Baik (SBN 184622)
    sbaik@sidley.com
2  Jinyung Lee (Bar No. 307222)
    jinyung.lee@sidley.com
3  Ryuk Park (SBN 298744)
    ryuk.park@sidley.com
4  SIDLEY AUSTIN LLP
   1001 Page Mill Road, Building 1
5  Palo Alto, CA 94304
   Telephone: (650) 565 7074
6  Facsimile: (650) 565 7100

7  Rollin A. Ransom (Bar No. 196126)
    rransom@sidley.com
8  555 West Fifth Street
   Los Angeles, CA 90013
9  Telephone: (213) 896-6047
   Facsimile: (213) 896-6600

10
   Ketan V. Patel (*pro hac vice*)
11   ketan.patel@sidley.com
   787 Seventh Avenue New York, NY 10019
12  Telephone: (212) 839-5300
   Facsimile: (650) 839-5599
13
   Amanda R. Farfel (Bar No. 288126)
14   afarfel@sidley.com
   1999 Avenue of the Stars, 17th Floor
15  Los Angeles, CA 90067
   Telephone: (310) 595-9661
16  Facsimile: (310) 595-9501

17  *Attorneys for Plaintiffs PUBG Corporation and
    PUBG Santa Monica, Inc.*

Claude M. Stern (Bar No. 96737)
 claudestern@quinnemanuel.com
Margret M. Caruso (Bar. No. 243473)
  mmc@quinnemanuel.com
Mark Tung (Bar No. 245782)
 marktung@quinnemanuel.com
Michael F. LaFond (Bar No. 303131)
 michaellafond@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California  94065
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

*Attorneys for Defendants NetEase Inc.,
NetEase Information Technology Corporation
and Hong Kong NetEase Interactive
Entertainment Limited*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PUBG Corporation and PUBG Santa Monica, Inc.<br><br>Plaintiffs,<br><br>v.<br><br>NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment Limited,<br><br>Defendants. | Case No. 4:18-cv-02010-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR PARTIES TO SUBMIT A JOINT LETTER BRIEF** |

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME
FOR PARTIES TO SUBMIT A JOINT LETTER BRIEF, CASE NO. 4:18-CV-02010-JSW

Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc. (collectively "PUBG") and Defendants NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment Limited (collectively "NetEase"), by and through their respective attorneys, hereby enter the following stipulation and proposed order regarding the Court's November 7, 2018 Order (ECF No. 82) setting a November 16, 2018 deadline for the parties to submit a joint letter brief proposing either an agreed upon resolution or competing positions for supplemental briefing as to Defendants' Motion to Dismiss (ECF No. 47), the Court's November 16, 2018 Order (ECF No. 87) extending that deadline to November 27, 2018, the Court's November 26, 2018 Order (ECF No. 89) extending that deadline to December 11, 2018, the Court's December 12, 2018 Order (ECF No. 91) extending that deadline to January 15, 2019, the Court's January 16, 2019 Order (ECF No. 93) extending that deadline to February 4, 2019 and the Court's February 5, 2019 Order (ECF No. 95) further extending that deadline to February 18, 2019:

WHEREAS, the parties have continued to hold discussions regarding the case, the effect of which may be to moot various pending issues before this Court;

WHEREAS, on February 18, 2019, the parties agreed that an additional extension of all pending deadlines may assist in resolving additional areas of dispute while conserving judicial resources;

NOW THEREFORE, PUBG and NetEase hereby stipulate and agree, and request that the Court enter an order as follows:

- The deadline for the parties to submit a joint letter brief setting forth either an agreed upon resolution or competing positions on how the Court should proceed with supplemental briefing is extended to February 22, 2019;

- The parties agree that this extension is neither an admission nor concession by either party as to any of the underlying claims, defenses or other outstanding areas of dispute.

**SO STIPULATED AND AGREED.**

| | | |
|---|---|---|
| 1 | DATED: February 18, 2019 | By */s/ Ketan V. Patel* |
| | | Steven S. Baik (SBN 184622) |
| | | sbaik@sidley.com |
| | | Jinyung Lee (Bar No. 307222) |
| | | jinyung.lee@sidley.com |
| | | Ryuk Park (SBN 298744) |
| | | ryuk.park@sidley.com |
| | | SIDLEY AUSTIN LLP |
| | | 1001 Page Mill Road, Building 1 |
| | | Palo Alto, CA 94304 |
| | | Telephone: (650) 565 7074 |
| | | Facsimile: (650) 565 7100 |

Rollin A. Ransom (SBN 196126)
rransom@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896 6047
Facsimile: (213) 896 6600

Ketan V. Patel (*pro hac vice*)
ketan.patel@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839 5300
Facsimile: (212) 839 5599

Amanda R. Farfel (Bar No. 288126)
afarfel@sidley.com
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9661
Facsimile: (310) 595-9501
*Counsel for Plaintiffs*

DATED: February 18, 2019           By */s/ Claude M. Stern*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Claude M. Stern (Bar No. 96737)
claudestern@quinnemanuel.com
Margret M. Caruso (Bar. No. 243473)
mmc@quinnemanuel.com
Mark Tung (Bar No. 245782)
marktung@quinnemanuel.com
Michael F. LaFond (Bar No. 303131)
michaellafond@quinnemanuel.com
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100
*Counsel for Defendants*

2
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME
FOR PARTIES TO SUBMIT A JOINT LETTER BRIEF, CASE NO. 4:18-CV-02010-JSW

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Claude M. Stern.

By: _____*/s/ Ketan V. Patel*_____

Dated: February 18, 2019

---

3
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR PARTIES TO SUBMIT A JOINT LETTER BRIEF, CASE NO. 4:18-CV-02010-JSW

1 **[PROPOSED] ORDER**

2  Pursuant to the parties' stipulation, IT IS SO ORDERED.

3  **IT IS SO ORDERED.**

4

5  Dated: _____

6                                                                        The Honorable Jeffrey S. White
                                                                         United States District Court Judge