| | |
|---|---|
| Steven S. Baik (SBN 184622)<br>  sbaik@sidley.com<br>Jinyung Lee (Bar No. 307222)<br>  jinyung.lee@sidley.com<br>Ryuk Park (SBN 298744)<br>  ryuk.park@sidley.com<br>SIDLEY AUSTIN LLP<br>1001 Page Mill Road, Building 1<br>Palo Alto, CA 94304<br>Telephone: (650) 565 7074<br>Facsimile: (650) 565 7100<br><br>Rollin A. Ransom (Bar No. 196126)<br>  rransom@sidley.com<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>Telephone: (213) 896-6047<br>Facsimile: (213) 896-6600<br><br>Ketan V. Patel (*pro hac vice*)<br>  ketan.patel@sidley.com<br>787 Seventh Avenue New York, NY 10019<br>Telephone: (212) 839-5300<br>Facsimile: (650) 839-5599<br><br>Amanda R. Farfel (Bar No. 288126)<br>  afarfel@sidley.com<br>1999 Avenue of the Stars, 17th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 595-9661<br>Facsimile: (310) 595-9501<br><br>*Attorneys for Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc.* | Claude M. Stern (Bar No. 96737)<br>  claudestern@quinnemanuel.com<br>Margret M. Caruso (Bar. No. 243473)<br>  mmc@quinnemanuel.com<br>Mark Tung (Bar No. 245782)<br>  marktung@quinnemanuel.com<br>Michael F. LaFond (Bar No. 303131)<br>  michaellafond@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>555 Twin Dolphin Dr., 5th Fl.<br>Redwood Shores, California  94065<br>Telephone:     (650) 801-5000<br>Facsimile:      (650) 801-5100<br><br>*Attorneys for Defendants NetEase Inc., NetEase Information Technology Corporation and Hong Kong NetEase Interactive Entertainment Limited* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PUBG Corporation and PUBG Santa Monica, Inc.<br><br>           Plaintiffs,<br><br>      v.<br><br>NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment Limited,<br><br>           Defendants. | Case No. 4:18-cv-02010-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR PARTIES TO SUBMIT A JOINT LETTER BRIEF** |

Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc. (collectively "PUBG") and Defendants NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment Limited (collectively "NetEase"), by and through their respective attorneys, hereby enter the following stipulation and proposed order regarding the Court's November 7, 2018 Order (ECF No. 82) setting a November 16, 2018 deadline for the parties to submit a joint letter brief proposing either an agreed upon resolution or competing positions for supplemental briefing as to Defendants' Motion to Dismiss (ECF No. 47), the Court's November 16, 2018 Order (ECF No. 87) extending that deadline to November 27, 2018, the Court's November 26, 2018 Order (ECF No. 89) extending that deadline to December 11, 2018, the Court's December 12, 2018 Order (ECF No. 91) extending that deadline to January 15, 2019, the Court's January 16, 2019 Order (ECF No. 93) extending that deadline to February 4, 2019 and the Court's February 5, 2019 Order (ECF No. 95) further extending that deadline to February 18, 2019:

WHEREAS, the parties have continued to hold discussions regarding the case, the effect of which may be to moot various pending issues before this Court;

WHEREAS, on February 18, 2019, the parties agreed that an additional extension of all pending deadlines may assist in resolving additional areas of dispute while conserving judicial resources;

NOW THEREFORE, PUBG and NetEase hereby stipulate and agree, and request that the Court enter an order as follows:

- The deadline for the parties to submit a joint letter brief setting forth either an agreed upon resolution or competing positions on how the Court should proceed with supplemental briefing is extended to February 22, 2019;

- The parties agree that this extension is neither an admission nor concession by either party as to any of the underlying claims, defenses or other outstanding areas of dispute.

**SO STIPULATED AND AGREED.**

---

1
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR PARTIES TO SUBMIT A JOINT LETTER BRIEF, CASE NO. 4:18-CV-02010-JSW

| | |
|---|---|
| DATED: February 18, 2019 | By */s/ Ketan V. Patel* |
| | Steven S. Baik (SBN 184622) |
| | sbaik@sidley.com |
| | Jinyung Lee (Bar No. 307222) |
| | jinyung.lee@sidley.com |
| | Ryuk Park (SBN 298744) |
| | ryuk.park@sidley.com |
| | SIDLEY AUSTIN LLP |
| | 1001 Page Mill Road, Building 1 |
| | Palo Alto, CA 94304 |
| | Telephone: (650) 565 7074 |
| | Facsimile: (650) 565 7100 |
| | |
| | Rollin A. Ransom (SBN 196126) |
| | rransom@sidley.com |
| | SIDLEY AUSTIN LLP |
| | 555 West Fifth Street |
| | Los Angeles, CA 90013 |
| | Telephone: (213) 896 6047 |
| | Facsimile: (213) 896 6600 |
| | |
| | Ketan V. Patel (*pro hac vice*) |
| | ketan.patel@sidley.com |
| | SIDLEY AUSTIN LLP |
| | 787 Seventh Avenue |
| | New York, NY 10019 |
| | Telephone: (212) 839 5300 |
| | Facsimile: (212) 839 5599 |
| | |
| | Amanda R. Farfel (Bar No. 288126) |
| | afarfel@sidley.com |
| | 1999 Avenue of the Stars, 17th Floor |
| | Los Angeles, CA 90067 |
| | Telephone: (310) 595-9661 |
| | Facsimile: (310) 595-9501 |
| | *Counsel for Plaintiffs* |
| DATED: February 18, 2019 | By */s/ Claude M. Stern* |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | Claude M. Stern (Bar No. 96737) |
| | claudestern@quinnemanuel.com |
| | Margret M. Caruso (Bar. No. 243473) |
| | mmc@quinnemanuel.com |
| | Mark Tung (Bar No. 245782) |
| | marktung@quinnemanuel.com |
| | Michael F. LaFond (Bar No. 303131) |
| | michaellafond@quinnemanuel.com |
| | 555 Twin Dolphin Dr., 5th Fl. |
| | Redwood Shores, California 94065 |
| | Telephone:    (650) 801-5000 |
| | Facsimile:    (650) 801-5100 |
| | *Counsel for Defendants* |

2
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME
FOR PARTIES TO SUBMIT A JOINT LETTER BRIEF, CASE NO. 4:18-CV-02010-JSW

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Claude M. Stern.


By: _____/s/ Ketan V. Patel_____

Dated: February 18, 2019

---

3
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR PARTIES TO SUBMIT A JOINT LETTER BRIEF, CASE NO. 4:18-CV-02010-JSW

~~[PROPOSED]~~ ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

**IT IS SO ORDERED.**

Dated: February 19, 2019

_____
The Honorable Jeffrey S. White
United States District Court Judge

---

4
JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING EXTENSION OF TIME
FOR PARTIES TO SUBMIT A JOINT LETTER BRIEF, CASE NO. 4:18-CV-02010-JSW