UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBG CORPORATION, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>NETEASE, INC., et al.,<br><br>　　　　Defendants. | Case No. 18-cv-02010-JSW<br><br>**ORDER REGARDING OVERDUE JOINT LETTER BRIEF**<br><br>Re: Dkt. Nos. 82, 96 |

On February 19, 2019, the Court entered an Order granting the parties' stipulation to extend the time to submit a joint letter brief regarding Defendant's pending motion to dismiss. Pursuant to that stipulation, the joint letter brief was due on February 22, 2019. The parties did not file a joint letter brief on that date. That letter brief was intended to address the parties' views on how to resolve the pending motion to dismiss in light of the fact that Plaintiff has stated it does not seek protection for images it obtained on a non-exclusive basis from third parties.

By no later than March 15, 2019, the parties shall submit the joint letter brief contemplated by the Court's Order dated November 7, 2018. If the parties have been unable to agree on a resolution of how to address that issue, they shall submit a letter brief that contains their competing positions. The Court shall not resolve the pending motion until it receives the parties' views on this issue.

**IT IS SO ORDERED.**

Dated: February 26, 2019

_____
JEFFREY S. WHITE
United States District Judge