| | |
|---|---|
| Steven S. Baik (SBN 184622)<br>  sbaik@sidley.com<br>Jinyung Lee (Bar No. 307222)<br>  jinyung.lee@sidley.com<br>Ryuk Park (SBN 298744)<br>  ryuk.park@sidley.com<br>SIDLEY AUSTIN LLP<br>1001 Page Mill Road, Building 1<br>Palo Alto, CA 94304<br>Telephone: (650) 565 7074<br>Facsimile: (650) 565 7100<br><br>Rollin A. Ransom (Bar No. 196126)<br>  rransom@sidley.com<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>Telephone: (213) 896-6047<br>Facsimile: (213) 896-6600<br><br>Ketan V. Patel (*pro hac vice*)<br>  ketan.patel@sidley.com<br>787 Seventh Avenue New York, NY 10019<br>Telephone: (212) 839-5300<br>Facsimile: (650) 839-5599<br><br>Amanda R. Farfel (Bar No. 288126)<br>  afarfel@sidley.com<br>1999 Avenue of the Stars, 17th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 595-9661<br>Facsimile: (310) 595-9501<br><br>*Attorneys for Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc.* | Claude M. Stern (Bar No. 96737)<br>  claudestern@quinnemanuel.com<br>Margret M. Caruso (Bar. No. 243473)<br>  mmc@quinnemanuel.com<br>Mark Tung (Bar No. 245782)<br>  marktung@quinnemanuel.com<br>Michael F. LaFond (Bar No. 303131)<br>  michaellafond@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>555 Twin Dolphin Dr., 5th Fl.<br>Redwood Shores, California  94065<br>Telephone:     (650) 801-5000<br>Facsimile:     (650) 801-5100<br><br>*Attorneys for Defendants NetEase Inc., NetEase Information Technology Corporation and Hong Kong NetEase Interactive Entertainment Limited* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PUBG Corporation and PUBG Santa Monica, Inc.<br><br>    Plaintiffs,<br><br>    v.<br><br>NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment Limited,<br><br>    Defendants. | Case No. 4:18-cv-02010-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RESPECTING SETTLEMENT** |

JOINT STIPULATION AND [PROPOSED] ORDER RESPECTING SETTLEMENT,
CASE NO. 4:18-CV-02010-JSW

Plaintiffs PUBG Corporation and PUBG Santa Monica, Inc. (collectively "PUBG") and Defendants NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment Limited (collectively "NetEase"), by and through their respective attorneys, hereby enter the following stipulation and proposed order:

WHEREAS, the parties have settled this matter, pursuant to a settlement agreement dated effective as of March 11, 2019 ("the Agreement");

WHEREAS, the Agreement requires the completion of certain actions before this action may be dismissed with prejudice;

WHEREAS, the parties wish to avoid unnecessary expenditure of the Court's time in the interim;

NOW THEREFORE, PUBG and NetEase hereby stipulate and agree, and request that the Court enter an order as follows:

- All deadlines in this action are stayed through April 12, 2019; and
- On or before April 12, 2019, the parties shall submit either a Stipulation of Dismissal with Prejudice and [Proposed] Order, or a joint statement as to why the action may not be dismissed pursuant to the Agreement.

**SO STIPULATED AND AGREED.**

| | | |
|---|---|---|
| DATED: March 15, 2019 | | By */s/ Rollin A. Ransom* |

Steven S. Baik (SBN 184622)
 sbaik@sidley.com
Jinyung Lee (Bar No. 307222)
 jinyung.lee@sidley.com
Ryuk Park (SBN 298744)
 ryuk.park@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: (650) 565 7074
Facsimile: (650) 565 7100

Rollin A. Ransom (SBN 196126)
 rransom@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896 6047
Facsimile: (213) 896 6600

Ketan V. Patel (*pro hac vice*)
 ketan.patel@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839 5300
Facsimile: (212) 839 5599

Amanda R. Farfel (Bar No. 288126)
 afarfel@sidley.com
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9661
Facsimile: (310) 595-9501
*Counsel for Plaintiffs*

DATED: March 15, 2019               By */s/ Michael F. LaFond*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Claude M. Stern (Bar No. 96737)
 claudestern@quinnemanuel.com
Margret M. Caruso (Bar. No. 243473)
 mmc@quinnemanuel.com
Mark Tung (Bar No. 245782)
 marktung@quinnemanuel.com
Michael F. LaFond (Bar No. 303131)
 michaellafond@quinnemanuel.com
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California 94065
Telephone:   (650) 801-5000
Facsimile:    (650) 801-5100
*Counsel for Defendants*

2
JOINT STIPULATION AND [PROPOSED] ORDER RESPECTING SETTLEMENT,
CASE NO. 4:18-CV-02010-JSW

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Rollin A. Ransom.

By: ___*/s/ Michael F. LaFond*___

Dated: March 15, 2019

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

    **IT IS SO ORDERED.**


Dated: _____

                                     The Honorable Jeffrey S. White
                                     United States District Court Judge