Steven S. Baik (SBN 184622)
sbaik@sidley.com
Ryuk Park (SBN 298744)
ryuk.park@sidley.com
Jinyung Lee(SBN 307222)
jinyung.lee@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: +1 650 565 7074
Facsimile: +1 650 565 7100

Rollin A. Ransom (SBN 196126)
rransom@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6047
Facsimile: +1 213 896 6600

Ketan V. Patel (*pro hac vice*)
ketan.patel@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: +1 212 839 5300
Facsimile: +1 650 839 5599

Amanda R. Farfel (SBN 288126)
afarfel@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone : +1 310 595 9661
Facsimile: +1 310 595 9501

*Attorneys for Plaintiffs*
*PUBG Corporation and PUBG Santa Monica, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND

| | |
|---|---|
| PUBG CORPORATION AND PUBG SANTA MONICA, INC.,<br>Plaintiffs,<br><br>v.<br><br>NETEASE, INC., NETEASE INFORMATION TECHNOLOGY CORPORATION, AND HONG KONG NETEASE INTERACTIVE ENTERTAINMENT LIMITED,<br>Defendants. | Case No.  4:18-cv-02010-JSW<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Assigned to: Hon. Jeffrey S. White |

1    WHEREAS, Plaintiffs and Defendants have settled this matter on or about March 11, 2019.

2    THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants

3    through their designated counsel that the above-captioned action should be dismissed with prejudice

4    pursuant to Fed. R. Civ. P. 41(a)(1)(A).  The parties further stipulate that each party shall bear its

5    own attorney's fees, expenses and costs.

6    IT IS SO STIPULATED.

7    DATED: April 5, 2019                    By /s/ Steven S. Baik

8                                            Steven S. Baik (SBN 184622)
                                               sbaik@sidley.com
9                                            Jinyung Lee (Bar No. 307222)
                                               jinyung.lee@sidley.com
10                                           Ryuk Park (SBN 298744)
                                               ryuk.park@sidley.com
11                                           SIDLEY AUSTIN LLP
                                             1001 Page Mill Road, Building 1
12                                           Palo Alto, CA 94304
                                             Telephone: (650) 565 7074
13                                           Facsimile: (650) 565 7100

14                                           Rollin A. Ransom (SBN 196126)
                                               rransom@sidley.com
15                                           SIDLEY AUSTIN LLP
                                             555 West Fifth Street
16                                           Los Angeles, CA 90013
                                             Telephone: (213) 896 6047
17                                           Facsimile: (213) 896 6600

18                                           *Counsel for Plaintiffs*

19

20   DATED : April 5, 2019                   By: /s/Claude M. Stern

21                                           QUINN EMANUEL URQUHART &
                                             SULLIVAN, LLP
22                                           Claude M. Stern (Bar No. 96737)
                                               claudestern@quinnemanuel.com
23                                           Margret M. Caruso (Bar. No. 243473)
                                               mmc@quinnemanuel.com
24                                           Mark Tung (Bar No. 245782)
                                               marktung@quinnemanuel.com
25                                           Michael F. LaFond (Bar No. 303131)
                                               michaellafond@quinnemanuel.com
26                                           555 Twin Dolphin Dr., 5th Fl.
                                             Redwood Shores, California  94065
27                                           Telephone:    (650) 801-5000
                                             Facsimile:    (650) 801-5100
28                                           *Counsel for Defendants*

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

1

**<u>ORDER</u>**

2

The Court having considered the stipulation of the parties, and good cause appearing

3 therefor, orders that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

4 IT IS SO ORDERED.

5

6 Dated: _____                    _____

7                                                Honorable Jeffrey S. White
                                                 United States District Judge
8                                                Northern District of California

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
