Steven S. Baik (SBN 184622)
sbaik@sidley.com
Ryuk Park (SBN 298744)
ryuk.park@sidley.com
Jinyung Lee (SBN 307222)
jinyung.lee@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: +1 650 565 7074
Facsimile: +1 650 565 7100

Rollin A. Ransom (SBN 196126)
rransom@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6047
Facsimile: +1 213 896 6600

Ketan V. Patel (*pro hac vice*)
ketan.patel@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: +1 212 839 5300
Facsimile: +1 650 839 5599

Amanda R. Farfel (SBN 288126)
afarfel@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone : +1 310 595 9661
Facsimile: +1 310 595 9501

*Attorneys for Plaintiffs*
*PUBG Corporation and PUBG Santa Monica, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND

| | |
|---|---|
| PUBG CORPORATION AND PUBG SANTA MONICA, INC., <br> Plaintiffs, <br> v. <br> NETEASE, INC., NETEASE INFORMATION TECHNOLOGY CORPORATION, AND HONG KONG NETEASE INTERACTIVE ENTERTAINMENT LIMITED, <br> Defendants. | Case No. 4:18-cv-02010-JSW <br><br> **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** <br><br> Assigned to: Hon. Jeffrey S. White |

WHEREAS, Plaintiffs and Defendants have settled this matter on or about March 11, 2019.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants through their designated counsel that the above-captioned action should be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A). The parties further stipulate that each party shall bear its own attorney's fees, expenses and costs.

IT IS SO STIPULATED.

DATED: April 5, 2019

By /s/ Steven S. Baik
Steven S. Baik (SBN 184622)
sbaik@sidley.com
Jinyung Lee (Bar No. 307222)
jinyung.lee@sidley.com
Ryuk Park (SBN 298744)
ryuk.park@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: (650) 565 7074
Facsimile: (650) 565 7100

Rollin A. Ransom (SBN 196126)
rransom@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896 6047
Facsimile: (213) 896 6600

*Counsel for Plaintiffs*

DATED : April 5, 2019

By: /s/Claude M. Stern
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Claude M. Stern (Bar No. 96737)
claudestern@quinnemanuel.com
Margret M. Caruso (Bar. No. 243473)
mmc@quinnemanuel.com
Mark Tung (Bar No. 245782)
marktung@quinnemanuel.com
Michael F. LaFond (Bar No. 303131)
michaellafond@quinnemanuel.com
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California 94065
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100
*Counsel for Defendants*

## ORDER

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

IT IS SO ORDERED.

Dated: April 8, 2019

_____
Honorable Jeffrey S. White
United States District Judge
Northern District of California