**FILED**

**JUN 10 2019**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

_____

www.cand.uscourts.gov

Susan Y. Soong
Clerk of Court

General Court Number
510-637-3530

June 10, 2019

CASE NUMBER:  18-cv-02010-JSW
CASE TITLE:  <u>PUBG Corporation v. NetEase, Inc.</u>

**RECEIPT**

I acknowledge receipt of the following exhibits in the above case:

07/18/2018 Docket #50 MANUALLY FILED EXHIBITS 14 - 19 (flash drive) re 47-3 Declaration of Michael La Fond in Support of MOTION to Dismiss filed by NetEase (Hong Kong) Limited, NetEase Information Technology Corporation, NetEase, Inc.

07/19/2018 Docket 51 Manually Filed EXHIBIT No. 1 - One New Unopened Microsoft Xbox S Re: 47 -3 Declaration of Michael LaFond filed by NetEase (Hong Kong) Limited, NetEase Information Technology Corporation, NetEase, Inc.

07/19/2018 Docket 52 Manually Filed EXHIBIT No. 2 - One New Unopened Copy of the "Playerununknown's Battelgrounds" Video Game Re: 47 -3 Declaration of Michael LaFond filed by NetEase (Hong Kong) Limited, NetEase Information Technology Corporation, NetEase, Inc.

07/19/2018 Docket 53 Manually Filed EXHIBIT No. 3 - One New Unopened Samsung Galaxy S9 Re: 47 -3 Declaration of Michael LaFond filed by NetEase (Hong Kong) Limited, NetEase Information Technology Corporation, NetEase, Inc.

*Cynthia J. Lenahan*
_____
by:  Cynthia Lenahan
Case Systems Administrator

Counsel for:     <u>Net Ease, Inc., et. al.</u>
                 Name of Defendant

Name of Party Authorized by Counsel, Michael Lafond, at Docket Entry 104:

*Uriel Carmona*
_____
Uriel Carmona